# EXHIBIT A



## PROCESS SERVER DELIVERY DETAILS

**Date:**              Mon, Jul 25, 2022
**Server Name:**       DROP SERVICE

| Entity Served | MERCEDES-BENZ USA, LLC |
|---|---|
| Case Number | 22GDCV00438 |
| Jurisdiction | CA |

| Inserts | | |
|---|---|---|
| | | |



22GDCV00438

Assigned for all purposes to: Glendale Courthouse, Judicial Officer: Ralph

lectronically FILED by Superior Court of California, County of Los Angeles on 07/21/2022 10:08 PM Sherri R. Carter, Executive Officer/Clerk of Court, by J. Hernandez,Deputy Clerk

1   Hovanes Margarian, SBN 246359
    hovanes@margarianlaw.com
2   Armen Margarian, SBN 313775
    armen@margarianlaw.com
3   Shushanik Margarian, SBN 318617
    shushanik@margarianlaw.com
4   THE MARGARIAN LAW FIRM
    462 West Colorado Street
5   Glendale, California 91204
    Telephone Number: (818) 553-1000
6   Facsimile Number: (818) 553-1005

7   Attorneys for Plaintiff
    RITA EVAZYAN

8

7/25/22

12:35

9           **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

10      **THE COUNTY OF LOS ANGELES, NORTH CENTRAL DISTRICT**

11

12   RITA EVAZYAN, an individual,              Case No.:   22GDCV00438

13          Plaintiff,

14   vs.                                       **PLAINTIFF'S COMPLAINT FOR**
                                               **DAMAGES**
15   MERCEDES-BENZ USA, LLC, a Delaware
     Limited Liability Company; and DOES 1 through
16   30, inclusive,

17          Defendants.

18

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

## COMPLAINT

NOW COMES the Plaintiff RITA EVAZYAN, an individual, by and through Plaintiff's attorneys of record, The Margarian Law Firm, with Plaintiff's Complaint for Damages against Defendants MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company; and DOES 1 through 30, inclusive, alleges and affirmatively states as follows:

## PARTIES

1.     Plaintiff RITA EVAZYAN ("Plaintiff") is and was at all times relevant herein an individual residing in Los Angeles County, State of California and purchased a 2019 Mercedes GLC350E4 in the State of California.

2.     Defendant MERCEDES-BENZ USA, LLC ("Manufacturer") is and was, at all times relevant herein, a Delaware Limited Liability Company authorized to do business in the State of California and is engaged in the manufacture, sale, and distribution of motor vehicles and related equipment and services. Manufacturer is also in the business of marketing, supplying, and selling written warranties to the public at large through a system of authorized dealerships including CALSTAR MOTORS INC. located and doing business at 700 S. Brand Boulevard, Glendale, CA 91204 ("Seller"). Manufacturer does business in all counties of the State of California.

## BACKGROUND

3.     On or about June 30, 2019, Plaintiff leased a new 2019 Mercedes GLC350E4 bearing the Vehicle Identification Number WDC0G5EB0KF612051 ("Subject Vehicle"), manufactured by Manufacturer and then on or about May 28, 2021, she purchased the Subject Vehicle for valuable consideration. (A true and correct copy of the Motor Vehicle Lease Agreement ("Lease Agreement") is attached hereto and marked Exhibit "A", and a true and correct copy of the Retail Installment Sale Contract ("Purchase Contract") is attached hereto and marked Exhibit "B").

4.     The agreed upon value of the Subject Vehicle according to the Lease Agreement dated June 30, 2019, was Fifty-Four Thousand Eight Hundred Five Dollars and Not Cents ($54,805.00). The total payments under the lease totals Twenty-Three Thousand Thirty-Nine Dollars and No Cents ($23,039.00). The agreed upon value of the Subject Vehicle according to the Purchase Contract dated May 28, 2021, was Thirty-Seven Thousand One Hundred Dollars and No Cents ($37,101.00). The total

cost under the contract including sales tax, registration charges, document fees and other collateral charges, such as bank and finance charges, totals Forty-Four Thousand Six Hundred Nine Dollars and Forty-Six Cents ($44,609.46).

5.    In consideration for the lease agreement and the purchase contract, Manufacturer issued and supplied to Plaintiff several written warranties, including a four (4) year or fifty thousand (50,000) mile factory warranty, as well as other stated warranties fully outlined in the Manufacturer's Warranty Booklet.

6.    On or about June 30, 2019, Plaintiff took possession of the Subject Vehicle and shortly thereafter experienced the various defects listed below that substantially impair the use, value, and safety of the Subject Vehicle.

7.    The defects listed below violate the express written warranties issued to Plaintiff by Manufacturer, as well as the implied warranty of merchantability.

8.    Plaintiff brought the Subject Vehicle to Manufacturer authorized dealerships for various defects, including, but not limited to the following:

        1.    Defective engine – over six (6) failed repair attempts;

              a.    Defective coolant thermostat – over three (3) failed repair attempts;

              b.    Defective motor mount shim– over one (1) failed repair attempt;

              c.    Defective engine coolant pump – over one (1) failed repair attempt;

              d.    Defective engine cover– over one (1) failed repair attempt;

              e.    Defective engine compartment paneling – over one (1) failed repair attempt;

              f.    Defective charge air cooler – over one (1) failed repair attempt;

              g.    Defective engine coolant temperature sensor – over one (1) failed repair attempt;

              h.    Defective intake manifold – over one (1) failed repair attempt;

        2.    Defective air conditioning system – over four (4) failed repair attempts;

              a.    Defective automatic air condition control unit software - over one (1) failed repair attempt;

b.  Defective compressor – over one (1) failed repair attempt;

c.  Defective expansion valve at evaporator – over one (1) failed repair attempt;

d.  Defective expansion valve at hybrid heat exchanger – over one (1) failed repair attempt;

e.  Defective shut off valve – over one (1) failed repair attempt;

f.  Defective dryer packet – over one (1) failed repair attempt;

g.  Defective seals – over none (1) failed repair attempt;

3.  Defective radio – over one (1) failed repair attempt;

4.  Any additional complaints made by Plaintiff, whether or not they are contained in Manufacturer's records or on any repair orders.

9.  Plaintiff provided Manufacturer through Manufacturer's authorized dealers sufficient opportunities to repair the Subject Vehicle.

10.  Plaintiff brought the Subject Vehicle to Manufacturer's authorized dealers for repair on nine (9) occasions. (True and correct copies of the Subject Vehicle's repair orders are attached herein and marked as Exhibit "C").

a.  October 17, 2019: Plaintiff brought the Subject Vehicle to the Seller's place of business. Plaintiff brought the Subject Vehicle in for repair because the "check engine light" was on. The personnel concluded that the issue was connected to the coolant thermostat. Additionally, Plaintiff complained the Subject Vehicle had a hard jerk when starting to drive from a complete stop. Though the personnel found out that the issue was connected to the motor mount shim and ordered the necessary part, they could not verify the issue. The Subject Vehicle had 4,524 miles on it at the time of repair. The Subject Vehicle was undergoing repairs for fifteen (15) days.

b.  April 9, 2020: Plaintiff brought the Subject Vehicle to the Seller's place of business. Plaintiff brought the Subject Vehicle in for repair because the engine cover was cracked. The Subject Vehicle had 9,780 miles on it at the time of repair. The Subject Vehicle was undergoing repairs for one (1) day.

c. August 21, 2020: Plaintiff brought the Subject Vehicle to the Seller's place of business. Plaintiff brought the Subject Vehicle in for repair because the air conditioner was not blowing cold air. The Subject Vehicle had 11,652 miles on it at the time of repair. The Subject Vehicle was undergoing repairs for one (1) day.

d. August 26, 2020: Plaintiff brought the Subject Vehicle to the Seller's place of business. Plaintiff brought the Subject Vehicle in for repair because the air conditioner was not blowing cold air. The personnel performed refrigerant recovery and recharged it. The Subject Vehicle had 11,714 miles on it at the time of repair. The Subject Vehicle was undergoing repairs for two (2) days.

e. February 8, 2021: The Subject Vehicle was towed into the Seller's place of business, because the Subject Vehicle was overheating. The personnel concluded that the issue was connected to the engine coolant pump and replaced the latter. The Subject Vehicle had 14,895 miles on it at the time of repair. The Subject Vehicle was undergoing repairs for five (5) days.

f. June 10, 2021: Plaintiff brought the Subject Vehicle to the Seller's place of business. Plaintiff brought the Subject Vehicle in for repair because of issues the Subject Vehicle had while switching to the electric mode. Although the personnel concluded that the concern was connected to the engine, they failed to verify exactly what was the issue. Additionally, the radio volume was going up and down on its own. The personnel made some volume adjustment. The Subject Vehicle had 19,625 miles on it at the time of repair. The Subject Vehicle was undergoing repairs for one (1) day.

g. October 7, 2021: Plaintiff brought the Subject Vehicle to the Seller's place of business, because "the check engine light" was on again. The personnel concluded that the issue was connected to the coolant thermostat, lower engine compartment paneling, engine coolant temperature sensor, charge air cooler, and intake manifold. They replaced the coolant thermostat and conducted several tests connected to the aforementioned issues. The Subject Vehicle had 24,900 miles on it at the time of repair. The Subject Vehicle was undergoing repairs for six (6) days.

h.  February 28, 2022: Plaintiff brought the Subject Vehicle to the Seller's place of business, because "the check engine light" continued to be on, and Plaintiff felt it was jolting at times. The personnel concluded that the issue was connected to the engine, namely the coolant thermostat. Additionally, Plaintiff experienced issues with the Automatic Air Condition control unit software. The personnel concluded that the issue would be resolved upon the update of the software and the performed the update. The Subject Vehicle had 27,410 miles on it at the time of repair. The Subject Vehicle was undergoing repairs for nine (9) days.

i.  March 30, 2022: Plaintiff brought the Subject Vehicle to MERCEDES-BENZ OF ARCADIA doing business at 101 North Santa Anita Ave, Arcadia, CA 91006. Plaintiff brought the Subject Vehicle in for repair because of the "check engine light" was on and the air conditioner was blowing hot air. The personnel concluded that the issue was connected to the air conditioner compressor, expansion valve at evaporator, expansion valve at hybrid heat exchange, shut off valve, and seals. The personnel at the dealership replaced the aforementioned parts. Additionally, the personnel installed a new dryer packet. The Subject Vehicle had 28,006 miles on it at the time of repair. The Subject Vehicle was undergoing repairs for two (2) days.

11.  Manufacturer, through its authorized dealers, was unable and/or failed to repair the Subject Vehicle within a reasonable number of attempts.

12.  The Subject Vehicle underwent repairs for total for forty-two (42) days.

13.  As of the present date, the Subject Vehicle still has ongoing problems that were never resolved despite multiple repair attempts.

14.  Manufacturer's authorized dealerships' employees allegedly performed repairs and performed the complimentary vehicle inspection of the Subject Vehicle, but there was no change in the defective parts and the Subject Vehicle remains defective.

15.  Plaintiff justifiably lost confidence in the Subject Vehicle's reliability and said defects have substantially impaired the use, value, and/or safety of the Subject Vehicle to Plaintiff.

16.  Said defects could not have been discovered by Plaintiff prior to Plaintiff's acceptance of the

1  Subject Vehicle.

2      17.    As a result of said defects, Plaintiff revoked acceptance of the Subject Vehicle in writing on

3  June 9, 2022. (A true and correct copy of said letter is attached hereto and market Exhibit "D").

4      18.    At the time of revocation, the Subject Vehicle was in substantially the same condition as at

5  delivery except for damage caused by its own defects and ordinary wear and tear.

6      19.    To-date, Manufacturer has failed to accept Plaintiff's demand for revocation and has refused

7  to provide Plaintiff with the remedies Plaintiff is entitled to upon revocation.

8      20.    The Subject Vehicle remains in a defective and un-merchantable condition and continues to

9  exhibit the above-mentioned defects that substantially impair its use, value, and/or safety.

10     21.    Plaintiff has and will continue to be financially damaged due to Manufacturer's failure to

11 comply with the provisions of its express and implied warranties.

12                              **FIRST CAUSE OF ACTION**

13                                  FRAUD AND DECEIT

14                     *(Against All Defendants, Including Does 1 to 30)*

15     22.    Plaintiff re-alleges and incorporates by reference as fully set forth herein all paragraphs of

16 Plaintiff's Complaint for Damages.

17     23.    The particularity requirement for fraud requires the pleading of facts showing how, when,

18 where, to whom, and by what means the representations were made. (*Stansfield v. Starkey*, 220

19 Cal.All.3d 59, 73 (1990).) Every element of fraud herein with specificity have been plead as follows:

20          a.  How: Prior to Plaintiff's visit to Manufacturer's authorized dealership CALSTAR

21              MOTORS INC. on June 30, 2019, Manufacturer represented to Plaintiff that its

22              vehicles were free from any latent defects. These representations were made in

23              Manufacturer's New Vehicle Limited Warranty, as well as brochures, pamphlets,

24              and other advertisement materials produced by Manufacturer.

25          b.  When: At the time of leasing the Subject Vehicle (on June 30, 2019) and prior to

26              Plaintiff leasing the Subject Vehicle.

27          c.  Where: The oral discussions about the safety, quality, and reliability of the Subject

28              Vehicle took place on Manufacturer's website, in the New Vehicle Limited

                                           -7-

Warranty, in the owner's manual, as well as other brochures, pamphlets, and advertisement materials produced by Manufacturer.

   d.  To Whom: The representations regarding the Subject Vehicle were made to Plaintiff.

   e.  What Means: The discussions were made by use of English language, simple words. Manufacturer used its online website as well as its Owner's Manuals and other pamphlets and brochures to represent the Subject Vehicle as being free of defects.

24.    The requirement of specificity in a fraud action against a corporation requires the plaintiff to allege the names of persons who made the allegedly fraudulent representations, their authority to speak, to whom they spoke, what they said or wrote, and when it was said or written. *(Tarmann v. State Far Mut. Auto. Ins. Co.* (1991) 2 Cal.App.4th 153, 157.)

   a.  Names of Persons Who Made the Representations:  The representations were made by Manufacturer's team of advertising and marketing personnel, including but not limited to, Melinda Mernovage, Director of Global Business and Communications of Mercedes-Benz Mobility, and Dimitris Psillakis, Head of Marketing and Sales North America and CEO at Mercedes-Benz USA, LLC.

   b.  Authority to Speak: Manufacturer's online and TV advertisements all invite consumers to visit one of Manufacturer's authorized dealerships and speak with a representative regarding their vehicles. The executives, by the very nature of their role within Manufacturer's company, had the authority to design and implement the fraudulent representations regarding the Subject Vehicle, implement procedures to train dealership personnel, and did do so in fact.

   c.  To Whom They Spoke: The representations regarding the Subject Vehicle were made to Plaintiff.

   d.  What They Said or Wrote: Manufacturer represented to Plaintiff that the Subject Vehicle is in excellent mechanical condition and free of any damage or defects. Manufacturer further represented that the Subject Vehicle was merchantable, safe, reliable, and fit for its ordinary purpose.

   e.  When It Was Said or Written: Prior to the time Plaintiff leased the Subject Vehicle

on June 30, 2019.

25.    Moreover, in line with *Committee on Children's Television, Inc. v General Foods Corp.*, 35 Cal.3d 197, 216 (1983), Manufacturer necessarily possesses full information concerning the facts of the herein controversy since Manufacturer designed the defective vehicles, trained all personnel on how to discuss the defect(s) when the vehicles are brought in for repair, and advertised the Class Vehicles to the public as safe, reliable, and fit for their ordinary purpose. Therefore, despite the heightened pleading standard in a fraud case, in the present matter Manufacturer is well aware of the entire chain of events which has culminated in this lawsuit.

26.    California Civil Code § 1710 identifies four kinds of fraud: (1) intentional misrepresentation, (2) concealment, (3) false promise, and (4) negligent misrepresentation.

27.    Here, the fraud at hand is intentional misrepresentation and concealment.

28.    **Intentional misrepresentation** occurs when (A) a Manufacturer represents to another that a fact was true; (B) the representation was actually false; (C) the Manufacturer knew the representation was false (or was reckless about its truth); (D) the Manufacturer intended the other person to rely on the statement; (E) the other person did rely on the statement; and (F) the other person was harmed by the reliance. See Civ. Code, § 1710(1); *Lazar v. Superior Court* (1996) 12 Cal.4th 631, 638.

    A.  On June 30, 2019, Manufacturer, by and through its agents, including but not limited to Manufacturer's authorized sales personnel, intentionally misrepresented material facts to Plaintiff, including but not limited to the following:

- That the Subject Vehicle was in excellent mechanical condition.
- That the Subject Vehicle was functionable and reliable.
- That the Subject Vehicle was safe and fit for its ordinary purpose.
- That the Subject Vehicle had no latent defect(s).
- That the Subject Vehicle was merchantable.

    B.  The aforementioned representations are clearly false.

    C.  Manufacturer made these representations knowing that they were false or made them recklessly and without regard for their truth. Manufacturer had knowledge of these material facts through sources not available to Plaintiff, including but not limited to pre-

release testing data, early consumer complaints about the aforementioned defects, testing conducted in response to those complaints, aggregate data from Manufacturer authorized dealers, including dealer repair orders and high warranty reimbursement rates that can cost in the thousand dollars for each vehicle, and from other internal sources. Manufacturer had a duty to disclose the defects because:

- Manufacturer knew the representations made to Plaintiff were false [and/or made the representations recklessly and without regard for its truth] because it knew the Subject Vehicle was defective and therefore was not functionable, reliable, safe, or fit for its ordinary purpose. Manufacturer knew this by having its experts inspect the Subject Vehicle before and after the vehicle acquisition and by running the vehicle history.

- Alternatively, in making such misrepresentations and committing such wrongful acts, Manufacturer acted with the conscious and reckless disregard to the truth or falsity of such misrepresentations and promises and wrongful acts. If Manufacturer did not know affirmatively that the Subject Vehicle was defective and therefore was not in excellent mechanical condition, functionable, reliable, safe, fit for its ordinary purpose, or merchantable, then it should not have stated otherwise.

D. Manufacturer intended for Plaintiff to rely on the statements, and subsequently intended to defraud Plaintiff, since they wanted Plaintiff to lease the Subject Vehicle despite its defects.

E. Plaintiff reasonably relied on Manufacturer's assurances that the Subject Vehicle was in excellent mechanical condition, functionable, reliable, safe, fit for its ordinary purpose, with no defects, and merchantable.

- Such reliance upon the misrepresentations, material omissions, and/or wrongful acts was justified and reasonable under the circumstances. Manufacturer is an established business with a positive reputation and a reassuring infrastructure which put Plaintiff at ease. This gave Plaintiff no reason to mistrust

Manufacturer.

- The representation from Manufacturer was material – a reasonable person would find it important to know that the Subject Vehicle was defective; thus, was not in excellent mechanical condition, functionable, reliable, safe, fit for its ordinary purpose, or merchantable. These factors affect the Subject Vehicle's reliability, lifespan, and value.

- The harm to Plaintiff was not otherwise inevitable or due to unrelated causes because Plaintiff would simply not have leased the vehicle at all and/or would have paid much less for the Subject Vehicle.

F. As a direct and proximate result of the acts and omissions of Manufacturer, Plaintiff has suffered damages for which relief is sought herein. Specifically, damages include all monthly payments made on the Subject Vehicle and the full purchase price of the Subject Vehicle, the depreciation in value of the Subject Vehicle, and any and all incidental and consequential damages as a result of the lease and later purchase, which would not have taken place but-for the fraudulent misrepresentations both prior to and at the time of lease, including the money spent for the Subject Vehicles' repairs, storage, and/or towing as well as the money spent on rental vehicles. Alternatively, Plaintiff suffered damages in the amount of the difference between the Subject Vehicle and a similar vehicle that was in excellent mechanical condition and did not suffer from any defects, as represented to Plaintiff, plus tax and licensing fees.

- Manufacturer intentionally misrepresented the Subject Vehicle. Plaintiff is therefore entitled to recission and restitution in an amount according to proof at trial.

- Plaintiff now owns a vehicle that has a diminished value as a result of Manufacturer's intentional misrepresentation of, and failure to timely disclose, the aforementioned defects and the serious safety and quality issues caused by Manufacturer's conduct.

- The value of the Subject Vehicle is diminished because any reasonable consumer

will be reluctant to lease the Subject Vehicle for the same price upon an honest disclosure of its history and current condition.

- Manufacturer's conduct was oppressive, fraudulent, and malicious, and constitutes despicable conduct in conscious disregard for Plaintiff's rights. Accordingly, Manufacturer is liable to Plaintiff for its damages in an amount to be proven at trial, including, but not limited to, Plaintiff's lost benefit of the bargain or overpayment for the Subject Vehicle at the time of the lease and later purchase, the diminished value of the Subject Vehicle due to the aforementioned defects, and/or the costs incurred in storing, maintaining, or otherwise disposing of the Subject Vehicle.

29.     **Concealment** exists where the Manufacturer (A) concealed or suppressed a material fact; (B) had knowledge of this material fact; (C) that this material fact was not within reasonably diligent attention, observation, and judgment of the plaintiff; (D) that the Manufacturer suppressed or concealed this fact with the intention that the plaintiff be misled as to the true condition of the property; (E) that the plaintiff was reasonably so misled; and (F) that the plaintiff suffered damage as a result.

A. On June 30, 2019, Manufacturer, by and through its agents, including but not limited to Manufacturer's authorized sales personnel, concealed, or suppressed material facts regarding the Subject Vehicle, including but not limited to the following:

- That the Subject Vehicle was not in excellent mechanical condition.
- That the Subject Vehicle was not functionable and reliable.
- That the Subject Vehicle was not safe and fit for its ordinary purpose.
- That the Subject Vehicle had latent defect(s).
- That the Subject Vehicle was unmerchantable.

B. Manufacturer made these representations knowing that they were false or made them recklessly and without regard for their truth. Manufacturer had knowledge of these material facts through sources not available to Plaintiff, including but not limited to pre-release testing data, early consumer complaints about the aforementioned defects, testing conducted in response to those complaints, aggregate data from Manufacturer authorized

dealers, including dealer repair orders and high warranty reimbursement rates that can cost in the thousand dollars for each vehicle, and from other internal sources. Manufacturer had a duty to disclose the defects because they:

- Had exclusive and/or far superior knowledge and access to the facts, and knew the facts were not known to or reasonable discoverable by Plaintiff;
- Intentionally concealed the foregoing from Plaintiff;
- Made incomplete representations about the safety and reliability of the aforementioned defects, while purposefully withholding material facts from Plaintiff that contradicted these representations.

C. Manufacturer is an industry expert in manufacture, sale, and distribution of motor vehicles and related equipment and services and therefore had knowledge of material facts regarding the Subject Vehicle. These material facts were not within reasonably diligent attention, observation, and judgment of the Plaintiff because Plaintiff has no professional expertise and very limited consumer experience in vehicle acquisition. Furthermore, Plaintiff was not an expert in vehicle inspection.

D. Manufacturer intentionally concealed and suppressed these material facts to falsely assure Plaintiff that the Subject Vehicle could perform safely, as represented by Manufacturer and reasonably expected by consumers.

- Manufacturer omitted these material facts, with the intention to deceive, defraud, and induce Plaintiff into acting in reliance on the representations Manufacturer had made to Plaintiff and to induce Plaintiff to lease the Subject Vehicle.
- Manufacturer actively concealed or suppressed these material facts, in whole or in part, to maintain a market for its vehicles, to protect/maximize its profits, and to avoid recalls that would hurt the Manufacturer's business and cost Manufacturer money. It did so at the expense of Plaintiff.

E. Plaintiff was unaware of these omitted material facts and would not have acted as she did if she had known of the concealed or suppressed facts. Had she been aware of the aforementioned defects installed in the Subject Vehicle, and Manufacturer's callous

disregard for safety, Plaintiff either would have paid much less for the Subject Vehicle, or she would not have leased it at all. Plaintiff did not receive the benefit of their bargain as a result of Manufacturer's fraudulent concealment.

- These omitted and concealed facts were material because they would be relied on by a reasonable person purchasing, leasing, or retaining a new or used motor vehicle, and because they directly impact the value of the Subject Vehicle leased and then purchased by Plaintiff.

- Whether Manufacturer's vehicles are functionable, reliable, safe, and/or fit for their ordinary purpose and whether Manufacturer stand behind its vehicles, are material concerns to a consumer.

- Plaintiff trusted Manufacturer not to lease her a vehicle that was defective or that violated federal law governing motor vehicle safety, and to uphold its recall obligations under the Lease Agreement and governing laws. Plaintiff had no reason to believe Manufacturer was hiding information during Plaintiff's inquiry about these facts.

- Plaintiff asked about these facts. Manufacturer lied, made misrepresentations, and did not disclose what it knew about the Subject Vehicle's history and condition.

F.  As a direct and proximate result of the acts and omissions of Manufacturer, Plaintiff has suffered damages for which relief is sought herein. Specifically, damages include all monthly payments made on the Subject Vehicle and the full purchase price of the Subject Vehicle, the depreciation in value of the Subject Vehicle, and any and all incidental and consequential damages as a result of the lease and later purchase, which would not have taken place but-for the fraudulent misrepresentations both prior to and at the time of lease, including the money spent for the Subject Vehicles' repairs, storage, and/or towing as well as the money spent on rental vehicles. Alternatively, Plaintiff suffered damages in the amount of the difference between the Subject Vehicle and a similar vehicle that was in excellent mechanical condition and did not suffer from any

defects, as represented to Plaintiff, plus tax and licensing fees.

- Manufacturer committed concealment. Plaintiff is therefore entitled to recission and restitution in an amount according to proof at trial.

- Plaintiff now owns a vehicle that has a diminished value because of Manufacturer's concealment of, and failure to timely disclose, the aforementioned defects, and the serious safety and quality issues caused by Manufacturer's conduct.

- The value of the Subject Vehicle is diminished because of the concealed negative facts about the value which will make any reasonable consumer reluctant to lease or purchase the Subject Vehicle for the same price as paid by Plaintiff.

- Manufacturer's conduct was oppressive, fraudulent, and malicious, and constitutes despicable conduct in conscious disregard for Plaintiff's rights. Accordingly, Manufacturer is liable to Plaintiff for its damages in an amount to be proven at trial, including, but not limited to, Plaintiff's lost benefit of the bargain or overpayment for the Subject Vehicle at the time of the lease and later purchase, the diminished value of the Subject Vehicle due to the aforementioned defects, and/or the costs incurred in storing, maintaining, or otherwise disposing of the Subject Vehicle.

## SECOND CAUSE OF ACTION

### BREACH OF WRITTEN WARRANTY

### PURSUANT TO THE MAGNUSON-MOSS WARRANTY ACT

*(Against All Defendants, Including Does 1 to 30)*

30.   Plaintiff re-alleges and incorporates by reference as fully set forth herein, all paragraphs of Plaintiff's Complaint for Damages.

31.   Plaintiff leased a consumer product and received the Subject Vehicle during the duration of a written warranty period as defined in 15 U.S.C. § 2301(6) applicable to the Subject Vehicle and is entitled by the terms of the written warranty to enforce against Manufacturer the obligations of said warranty.

32.    Manufacturer is a business entity engaged in the business of making a consumer product directly available to Plaintiff.

33.    The Magnuson-Moss Warranty Act, 15 U.S.C. § 2301 *et seq.* ("Warranty Act") is applicable to Plaintiff's Complaint in that the Subject Vehicle was manufactured, sold, and leased after July 4, 1975, and costs in excess of ten dollars ($10.00).

34.    Plaintiff's acquisition of the Subject Vehicle was accompanied by written factory warranties for any non-conformities or defects in materials or workmanship, comprising an undertaking in writing in connection with the lease of the Subject Vehicle to repair the Subject Vehicle or take other remedial action free of charge to Plaintiff with respect to the Subject Vehicle if the Subject Vehicle failed to meet the specifications set forth in said undertaking.

35.    Said warranties were the basis of the bargain of the contract between the Plaintiff and Manufacturer for the lease of the Subject Vehicle to Plaintiff by and through Manufacturer's authorized dealers.

36.    Said acquisition of Plaintiff's Subject Vehicle was induced by, and Plaintiff relied upon, these written warranties.

37.    Plaintiff has met all of Plaintiff's obligations and preconditions as provided in the written warranties.

38.    Manufacturer's tender of the Subject Vehicle was substantially impaired to Plaintiff.

39.    Manufacturer's tender of the Subject Vehicle, which was substantially impaired to Plaintiff, constitutes a violation of 15 U.S.C. § 2301 *et seq.*

40.    As a direct and proximate result of Manufacturer's failure to comply with its express written warranties, Plaintiff has suffered damages and, in accordance with 15 U.S.C. § 2310(d), Plaintiff is entitled to bring suit for such damages and other equitable relief.

### THIRD CAUSE OF ACTION

### BREACH OF IMPLIED WARRANTY

### PURSUANT TO THE MAGNUSON-MOSS WARRANTY ACT

*(Against All Defendants, Including Does 1 to 30)*

41.    Plaintiff re-alleges and incorporates by reference as fully set forth herein, all paragraphs of

Plaintiff's Complaint for Damages.

42. The Subject Vehicle acquired by Plaintiff was subject to an implied warranty of merchantability as defined in 15 U.S.C. § 2301(7) running from the Manufacturer to the intended consumer, Plaintiff herein.

43. Manufacturer is a supplier of consumer goods as a business entity engaged in the business of making a consumer product directly available to Plaintiff.

44. Pursuant to 15 U.S.C. § 2308(a), Manufacturer is prohibited from disclaiming or modifying any implied warranty when making a written warranty to the consumer or when Manufacturer has entered into a contract in writing within ninety (90) days of lease to perform services relating to the maintenance or repair of a motor vehicle.

45. Plaintiff's Subject Vehicle was impliedly warranted to be substantially free of defects and non-conformities in both material and workmanship, and thereby fit for the ordinary purpose for which the Subject Vehicle was intended.

46. The Subject Vehicle was warranted to pass without objection in the trade under the contract description and was required to conform to the descriptions of the vehicle contained in the contracts and labels.

47. The above-described defects in the Subject Vehicle render the Subject Vehicle unfit for the ordinary and essential purpose for which the Subject Vehicle was intended.

48. Manufacturer's tender of the Subject Vehicle, which was substantially impaired to Plaintiff, constitutes a violation of 15 U.S.C. § 2301 *et seq.*

49. Any efforts to limit the implied warranties in a manner that would exclude coverage of the Subject Vehicle is unconscionable, and any such effort to disclaim, or otherwise limit, liability for the Subject Vehicle is null and void.

50. Any limitations on the warranties are procedurally unconscionable. There was unequal bargaining power between Manufacturer, on the one hand, and Plaintiff, on the other.

51. Any limitations on the warranties are substantively unconscionable. Manufacturer knew that the Subject Vehicle was defective and would continue to pose a safety risk after the warranties purportedly expired. Manufacturer failed to disclose the aforementioned defects to Plaintiff. Thus,

Manufacturer' enforcement of the durational limitations on those warranties is harsh and shocks the conscience.

52.   Plaintiff has had sufficient direct dealings with either Manufacturer or its agents (Manufacturer's authorized dealers) to establish privity of contract.

53.   Nonetheless, privity is not required here because Plaintiff is an intended third-party beneficiary of contracts between Manufacturer and their dealers, and specifically, of the implied warranties. The dealers were not intended to be the ultimate consumers of the Subject Vehicle and have no rights under the warranty agreements provided with the Subject Vehicle; the warranty agreements were designed for and intended to benefit consumers. Finally, privity is also not required because the Subject Vehicle is a dangerous instrumentality due to the aforementioned defects.

54.   Plaintiff provided written notice of breach to Manufacturer and a request to cure. Nonetheless, as a direct and proximate result of Manufacturer's failure to comply with its implied warranties, Plaintiff has suffered damages and, in accordance with 15 U.S.C. § 2310(d), Plaintiff is entitled to bring suit for such damages and other equitable relief.

55.   Furthermore, affording Manufacturer an opportunity to cure its breach of written warranties would be unnecessary and futile here. At the time of lease of the Subject Vehicle, Manufacturer knew, should have known, or was reckless in not knowing of its misrepresentations concerning the Subject Vehicle's inability to perform as warranted, but nonetheless failed to rectify the situation and/or disclose the defective design. Under the circumstances, the remedies available under any informal settlement procedure would be inadequate and any requirement that Plaintiff resort to an informal dispute resolution procedure and/or afford Manufacturer a reasonable opportunity to cure its breach of warranties is excused and thereby deemed satisfied.

56.   Plaintiff provided written notice of breach of implied warranties and related consumer protection laws, and opportunity to cure, via a letter to Manufacturer.

57.   Plaintiff would suffer economic hardship if she returned the Subject Vehicle but did not receive the return of all payments made by her. Because Manufacturer is refusing to acknowledge any revocation of acceptance and return immediately any payments made, Plaintiff has not accepted the defects by retaining the Subject Vehicle.

**FOURTH CAUSE OF ACTION**

BREACH OF WRITTEN WARRANTY

PURSUANT TO THE SONG-BEVERLY CONSUMER WARRANTY ACT

*(Against All Defendants, Including Does 1 to 30)*

58.   Plaintiff re-alleges and incorporates by reference as fully set forth herein, all paragraphs of Plaintiff's Complaint for Damages.

59.   Manufacturer is the warrantor of the Subject Vehicle's express warranty.

60.   Pursuant to the Subject Vehicle's express warranty, Manufacturer undertook to preserve or maintain the utility or performance of the Subject Vehicle or provide compensation if there was a failure in such utility or performance.

61.   The Subject Vehicle has and has had serious defects and nonconformities to warranty including, but not limited to, the Defect described above.

62.   Under the Song-Beverly Consumer Warranty Act (the "California Lemon Law"), the Subject Vehicle is a "consumer good" leased primarily for family or household purposes and Plaintiff has used the Subject Vehicle primarily for those purposes.

63.   Plaintiff is a "buyer" of consumer goods under the California Lemon Law.

64.   The foregoing defects and nonconformities to warranty manifested themselves within the applicable express warranty period. The nonconformities substantially impair the use, value, and/or safety of the Subject Vehicle.

65.   Pursuant to Cal. Civ. Code § 1793.2(c), Plaintiff has delivered the Subject Vehicle to the Manufacturer's service and repair facilities within this state and/or other authorized service dealers of Manufacturer within the terms of protection and has tendered the Subject Vehicle for repairs of the above-mentioned defects that substantially affect the use, value and safely of the Subject Vehicle.

66.   Manufacturer, through its service and repair facilities and/or other authorized dealership has been unable to repair the said defects in a reasonable number of attempts.

67.   By failure of Manufacturer to remedy the defects as alleged above, or to issue a refund or replacement, Manufacturer is in breach of its obligations under the California Lemon Law.

68.   Plaintiff is entitled to justifiably revoke acceptance of the Subject Vehicle under the

California Lemon Law.

69.     Pursuant to Cal. Civ. Code § 1793.2(d), Plaintiff is entitled to a refund of the total cost under the Lease Agreement and the Purchase Contract, including all collateral charges such as sales tax, license fees, registration fees, and other official fees, plus any incidental damages including, but not limited to, reasonable repair, towing, and rental car costs actually incurred by Plaintiff.

70.     Pursuant to Cal. Civ. Code § 1794, Plaintiff is entitled to recover a sum equal to the aggregate amount of costs and expenses, including attorneys' fees reasonably incurred.

71.     Manufacturer has willfully violated the provisions of this act by knowing of its obligations to refund or replace Plaintiff's Subject Vehicle but failing to fulfill them.

## FIFTH CAUSE OF ACTION

### BREACH OF IMPLIED WARRANTY

### PURSUANT TO THE SONG-BEVERLY CONSUMER WARRANTY ACT

*(Against All Defendants, Including Does 1 to 30)*

72.     Plaintiff re-alleges and incorporates by reference as fully set forth herein, all paragraphs of Plaintiff's Complaint for Damages.

73.     The Subject Vehicle acquired by Plaintiff was subject to an implied warranty of merchantability as defined in Cal Civ. Code. § 1790 *et seq.* running from the Manufacturer to the intended consumer, Plaintiff herein.

74.     The implied warranty of merchantability means and includes that the goods will comply with each of the following requirements: (1) they would pass without objection in the trade under the contract description; (2) they are fit for the ordinary purposes for which such goods are used; (3) they are adequately contained, packaged, and labeled; and (4) they conform to the promises or affirmations of fact made on the container or label.

75.     Manufacturer is a supplier of consumer goods as a business entity engaged in the business of making a consumer product directly available to Plaintiff.

76.     Manufacturer is prohibited from disclaiming or modifying any implied warranty under Cal. Civ. Code § 1790 *et seq.*

77.     Pursuant to Cal. Civ. Code § 1790 *et seq.*, Plaintiff's Subject Vehicle was impliedly

1  warranted to be fit for the ordinary use or which the Subject Vehicle was intended.

2  78.   The Subject Vehicle was warranted to pass without objection in the trade under the contract

3  description and was required to conform to the descriptions of the vehicle contained in the contracts and

4  labels.

5  79.   Because the Subject Vehicle was leased to Plaintiff with serious defects that manifested

6  itself within the period of the implied warranty and which substantially reduces its safety and

7  performance, it (1) would not pass without objection in the trade under the contract description; (2) was

8  and is not fit for the ordinary purposes for which such goods are used; (3) was not adequately

9  contained, packaged, and labeled; and (4) did not conform to the promises or affirmations of fact made

10  on the container or label.

11  80.   The above-described defects in the Subject Vehicle caused it to fail to possess the most basic

12  degree of fitness for ordinary use.

13  81.   Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Subject Vehicle

14  and is entitled under the California Lemon Law to rescind the Lease Agreement and the Purchase

15  Contract and to restitution of all money paid towards the Lease Agreement and the Purchase Contract.

16  This Complaint also, again, hereby rejects and revokes acceptance of the Subject Vehicle.

17  82.   As a result of the breach of implied warranty by Manufacturer, Plaintiff has suffered and

18  continues to suffer various damages.

19  ## SIXTH CAUSE OF ACTION

20  VIOLATION OF BUSINESS & PROFESSIONS CODE § 17200, ET SEQ.

21  *(Against All Defendants, Including Does 1 to 30)*

22  83.   Plaintiff re-alleges and incorporates by reference as fully set forth herein all paragraphs of

23  Plaintiff's Complaint for Damages.

24  84.   Plaintiff has standing to bring this claim because she has lost money or property as a result

25  of the alleged misconduct.

26  85.   A plaintiff has standing when they (1) lose or are deprived of money or property sufficient

27  to qualify as injury in fact, i.e., economic injury, and (2) the economic injury was the result of, i.e.,

28  caused by, the unfair business practice of false advertising that is the gravamen of the claim. *Kwikset*

*Corp. v. Superior Court* (201) 51 Cal.4th 310, 322.

86.    Economic injury from unfair competition exists if a plaintiff (1) surrenders in a transaction more, or acquires in a transaction less, than he or she otherwise would have; (2) has a present or future property interest diminished; (3) is deprived of money or property to which he or she has a cognizable claim; or (4) is required to enter into a transaction, costing money or property, that would otherwise have been unnecessary. *Id.* at 323.

87.    *Business & Professions Code § 17200, et seq.* prohibits any unlawful, unfair, or fraudulent business act or practice. It also prohibits unfair, deceptive, untrue, or misleading advertising.

88.    The **unlawful** prong "borrows violations of other laws and treats them as independently actionable." See *Daugherty v. Am. Honda Motor Co., Inc.*, 144 Cal.App.4th 824, 837, 51 Cal.Rptr.3d 118 (2006). Manufacturer has engaged in unlawful business acts and practices by: (1) selling defective vehicles to the public while misrepresenting their condition; and (2) concealing and failing to disclose a known defect. These acts and practices were intended to and did violate several laws, including but not limited to, California Civil Code Section 1709 *et seq.* and the Lemon Law.

   • California Civil Code § 1709 states that "one who willfully deceives another with intent to induce him to alter his position to his injury or risk, is liable for any damage which he thereby suffers." Here, Manufacturer violated California Civil Code § 1709 in that Manufacturer intentionally misrepresented the Subject Vehicle to induce Plaintiff's lease of the Subject Vehicle. Plaintiff would not have leased and then purchased the Subject Vehicle but for Manufacturer's assurances that the Subject Vehicle was safe, reliable, and fit for its ordinary purpose.

89.    The **unfair** prong requires alleging a practice that "offends an established public policy or is immoral, unethical, oppressive, unscrupulous or substantially injurious to consumers." *Bardin v. Daimler Chrysler Corp.*, 136 Cal.App.4th 1255, 1263, 1266, 39 Cal.Rptr.3d 634 (2006). Manufacturer engaged in unfair business acts or practices in that the justification for selling and leasing vehicles based on the misrepresentations and omissions of material fact delineated above is outweighed by the gravity of the resulting harm, particularly considering the available alternatives, and offends public policy, is immoral, unscrupulous, unethical, and offensive, or causes substantial injury to consumers.

- A business act is **unfair** if (1) the consumer injury is substantial, (2) the injury is not outweighed by any countervailing benefits to consumers or competition, and (3) the injury could not reasonably have been avoided by consumers themselves.

- Here, Plaintiff's injury is substantial since Plaintiff would not have otherwise leased the Subject Vehicle had she known the Subject Vehicle was not in excellent mechanical condition, was not functionable and reliable, and not safe and fit for its intended purpose. Plaintiff has further been damaged in that she has paid out of pocket expenses to repair, tow, and otherwise store the Subject Vehicle.

- Plaintiff's injury is not outweighed by any countervailing benefits to consumers or competition. There were reasonably available alternatives to further Manufacturer's legitimate business interests, other than the conduct described herein.

- Plaintiff specifically inquired about the Subject Vehicle's condition and whether it was free from defects. Manufacturer knowingly and/or recklessly lied to Plaintiff to induce the lease of the Subject Vehicle. Plaintiff's injury, therefore, could not reasonably have been avoided by Plaintiff.

90. The **fraudulent** prong "requires a showing [that] members of the public are likely to be deceived." *Wang v. Massey Chevrolet*, 97 Cal.App.4th 856, 871, 118 Cal.Rptr.2d 770 (2002). Manufacturer engaged in fraudulent business acts or practices in that the representations and omissions of material facts described above have a tendence and likelihood to deceive purchasers and/or lessees of these vehicles and the general public.

- An advertisement or promotional practice is likely to deceive if it includes assertions that are (1) untrue, or (2) "'true [, but] are either actually misleading or which [have] the capacity, likelihood or tendency to deceive or confuse the public.' [Citation]." (*Kasky v. Nike, Inc.* (2002) 27 Cal.4th 939, 951; *Leoni v. State Bar* (1985) 39 Cal.3d 609, 626.)

- Here, Manufacturer's practice of misrepresenting the safety and reliability of its vehicles is likely to deceive members of the public because the statements are untrue. It is inconceivable to think that consumers will be able to see through Manufacturer's misrepresentations and know that Manufacturer's vehicles are not safe, not reliable, and not

1           fit for their intended purpose.

2       91.    The business scheme employed by Manufacturer is unlawful, unfair, and fraudulent because

3  they are purposely concealing information about the aforementioned defects so that consumers, like

4  Plaintiff, will purchase and/or lease the Subject Vehicle, which is neither functionable, reliable, safe,

5  nor fit for its ordinary purpose.

6       92.    Manufacturer deceived Plaintiff by failing to disclose the aforementioned defects and

7  inducing the lease of the Subject Vehicle.

8       93.    Manufacturer has every intention of deceiving and injuring consumers. If they did not, then

9  Manufacturer would not be so immoral, unethical, oppressive, unscrupulous, and deceptive when it

10  comes to the defective Subject Vehicle.

11       94.    The business scheme deployed by Manufacturer to deceive Plaintiff into leasing the Subject

12  Vehicle with the aforementioned defects is unlawful, unfair, and fraudulent.

13       95.    Plaintiff surrendered more in the transaction because she acquired a vehicle that was

14  defective. Had Plaintiff been aware of the aforementioned defects, she would not have acquired the

15  Subject Vehicle in the first place and/or at least paid less for the Subject Vehicle. As such, Plaintiff has

16  established a loss or deprivation of money or property sufficient to qualify as injury in fact. *Kwikset*

17  *Corp. v. Superior Court* (2011) 52 Cal.4th 310, 323.

18       96.    Manufacturer commits these acts with the conscious and reckless disregard to the truth or

19  falsity of such misrepresentations and promises and wrongful acts in violation of the *Business &*

20  *Professions Code § 17200, et seq.*

21       97.    The acts of Manufacturer as herein described, present a continuing threat to members of the

22  general public in that Manufacturer continue to engage in these deceptive practices and will not cease

23  doing so unless and until an injunction is issued by this Court.

24       98.    If Manufacturer is allowed to continue to engage in these deceptive practices other

25  consumers will also purchase and/or lease defective vehicles putting themselves and others on the road

26  in extreme danger.

27       99.    As a direct result of the aforementioned acts, Manufacturer unlawfully, unfairly, and

28  unjustly collected and continue to hold revenues and profits derived directly or indirectly from Plaintiff,

1  who has been victimized by the practices challenged herein. Manufacturer failed to disgorge and/or
2  waive any of these revenues that do not properly belong to it.

3      100.    In accordance with the provisions of *Business & Professions Code §§ 17200 and 17203*,
4  Plaintiff is entitled to an order enjoining the unlawful, unfair, deceptive, and/or fraudulent acts as
5  described herein, and directing Manufacturer to make full restitution to Plaintiff, who has suffered from
6  such acts.

7      101.    As a direct and proximate result of the acts and omissions of Manufacturer, Plaintiff has
8  suffered damages for which relief is sought herein.

9      102.    Specifically, damages include all monthly payments made on the Subject Vehicle during the
10 lease and the full purchase price of the Subject Vehicle, the depreciation in value of the Subject
11 Vehicle, and any and all incidental and consequential damages as a result of the lease and later
12 purchase, which would not have taken place but-for the fraudulent misrepresentations both prior to and
13 at the time of the lease, including the money spent for the Subject Vehicles' repairs, storage, and/or
14 towing as well as the money spent on rental vehicles. Alternatively, Plaintiff suffered damages in the
15 amount of the difference between the Subject Vehicle and a similar vehicle that was in excellent
16 mechanical condition and did not suffer from any defects, as represented to Plaintiff, plus tax and
17 licensing fees.

18 **SEVENTH CAUSE OF ACTION**
19 VIOLATION OF BUSINESS & PROFESSIONS CODE § 17500, ET SEQ.
20 *(Against All Defendants, Including Does 1 to 30)*

21     103.    Plaintiff re-alleges and incorporates by reference as fully set forth herein all paragraphs of
22 Plaintiff's Complaint for Damages.

23     104.    Plaintiff has standing to bring this claim because she has lost money or property as a result
24 of the misconduct alleged.

25     105.    *Business & Professions Code § 17500, et seq.* prohibits unfair, deceptive, untrue, or
26 misleading communications and statements, including, but not limited to false statements as to the
27 nature of services to be provided.

28     106.    The business scheme employed by Manufacturer is unfair, deceptive, untrue, and misleading

because they are taking advantage of their status as experts in the industry and selling vehicles to consumers who are unaware, and have no reason to be aware, that the vehicles are in fact defective.

107.    Manufacturer deceived Plaintiff by designing, manufacturing, producing, distributing, leasing and then selling the Subject Vehicle with the aforementioned defects.

108.    Manufacturer intentionally made the previously alleged misrepresentations and promises, devised, and executed a scheme to defraud Plaintiff, and did so resulting in damage to Plaintiff with the conscious and reckless disregard to the truth or falsity of such their misrepresentations and promises and wrongful acts.

109.    In acting so, Manufacturer committed acts of untrue and misleading advertising as defined in *Business and Professions Code § 17500*, by advertising its services contrary to their true nature.

110.    Manufacturer knew, or should have known, that the Subject Vehicle was defective and therefore was not functionable, reliable, safe, or even fit for its ordinary purpose.

111.    Plaintiff did in fact rely on Manufacturer's deceptive, untrue, and misleading communications and statements and suffered damages as a direct result. Specifically, Manufacturer's deceptive, untrue, and misleading communications and statements tricked Plaintiff into leasing the Subject Vehicle. As such, Plaintiff has established a loss or deprivation of money or property sufficient to qualify as injury in fact. *Kwikset Corp. v. Superior Court* (2011) 52 Cal.4th 310, 323.

112.    Plaintiff's reliance on the representations was justified and reasonable because Manufacturer is an expert in the industry. There was no reason for Plaintiff to know that the Subject Vehicle was defective and therefore was not functionable, reliable, safe, or even fit for its ordinary purpose.

113.    Manufacturer's unfair, deceptive, untrue, and misleading communications and advertising described above present a continuing threat to members of the general public in that Manufacturer will continue to engage in these practices with respect to the general public and will not cease doing so unless and until an injunction is issued by this Court.

114.    If Manufacturer is allowed to continue to engage in these deceptive practices more consumers will purchase and/or lease defective vehicles putting more and more people in extreme danger.

115.    As a direct result of the aforementioned acts, Manufacturer has received, and continue to



1  unjustly hold, collect, or accept revenues derived directly or indirectly from Plaintiff, through untrue

2  and misleading representations and advertising.

3      116.    In accordance with the provisions of *Business and Professions Code §§ 17500 and 17535*,

4  Plaintiff is entitled to an order enjoining the acts of untrue and misleading advertising and

5  representations described herein and directing Manufacturer to make full restitution to Plaintiff, who

6  suffered from such acts.

7      117.    As a direct and proximate result of the acts and omissions of Manufacturer, Plaintiff has

8  suffered damages for which relief is sought herein.

9      118.    Specifically, damages include all monthly payments made on the Subject Vehicle during the

10  lease and the full purchase price of the Subject Vehicle, the depreciation in value of the Subject

11  Vehicle, and any and all incidental and consequential damages as a result of the lease and later

12  purchase, which would not have taken place but-for the fraudulent misrepresentations both prior to and

13  at the time of lease, including the money spent for the Subject Vehicles' repairs, storage, and/or towing

14  as well as the money spent on rental vehicles. Alternatively, Plaintiff suffered damages in the amount of

15  the difference between the Subject Vehicle and a similar vehicle that was in excellent mechanical

16  condition and did not suffer from any defects, as represented to Plaintiff, plus tax and licensing fees.

17  **EIGHTH CAUSE OF ACTION**

18  NEGLIGENCE

19  *(Against All Defendants, Including Does 1 to 30)*

20      119.    Plaintiff re-alleges and incorporates by reference as fully set forth herein all paragraphs of

21  Plaintiff's Complaint for Damages.

22      120.    At all times mentioned herein, Manufacturer was engaged in the business of designing,

23  manufacturing, testing, distributing, selling, inspecting, repairing, marketing, constructing, labeling, and

24  advertising of the Subject Vehicle.

25      121.    At all times mentioned herein, Manufacturer had a duty of care in the designing,

26  manufacturing, testing, distributing, selling, inspecting, repairing, marketing, constructing, labeling, and

27  advertising of the Subject Vehicle.

28      122.    At all times herein mentioned, Manufacturer had a duty to warn all users of its vehicles of

the attendant risks of harm, said risks of harm being at all times known and/or foreseeable to Manufacturer.

123.   At all times herein mentioned, Manufacturer knew, or in the exercise of reasonable care should have known, that if the Subject Vehicle was not properly designed, manufactured, tested, distributed, sold, inspected, repaired, marketed, constructed, and labeled, for the use and purpose for which the Subject Vehicle was intended, the Subject Vehicle was likely to cause injuries to owners, passengers, and users of the Subject Vehicle.

124.   Since the date of the lease, Plaintiff has used the Subject Vehicle in the way it was intended to be used. At that time and prior thereto, Manufacturer negligently and carelessly manufactured, designed, constructed, equipped, tested, installed, repaired, assembled, maintained, and handled the Subject Vehicle so that it was defective and unsafe when used and operated in the manner for which it was intended.

125.   The Subject Vehicle's defects existed at the time it left Manufacturer's control.

126.   As a direct and legal result of the Subject Vehicle's defects, Plaintiff was injured by the Subject Vehicle while it was being used in the manner for which it was intended, the risk of which was at all times known and foreseeable to Manufacturer.

127.   As a direct and proximate result of the acts and omissions of Manufacturer, Plaintiff has suffered damages for which relief is sought herein.

128.   Specifically, damages include all monthly payments made on the Subject Vehicle during the lease and the full purchase price of the Subject Vehicle, the depreciation in value of the Subject Vehicle, and any and all incidental and consequential damages as a result of the lease and later purchase, which would not have taken place but-for the fraudulent misrepresentations both prior to and at the time of lease, including the money spent for the Subject Vehicles' repairs, storage, and/or towing as well as the money spent on rental vehicles. Alternatively, Plaintiff suffered damages in the amount of the difference between the Subject Vehicle and a similar vehicle that was in excellent mechanical condition and did not suffer from any defects, as represented to Plaintiff, plus tax and licensing fees.

///

///

## NINTH CAUSE OF ACTION

### STRICT LIABILITY

*(Against All Defendants, Including Does 1 to 30)*

129.   Plaintiff re-alleges and incorporates by reference as fully set forth herein all paragraphs of Plaintiff's Complaint for Damages.

130.   The Subject Vehicle was defective in its design and/or its manufacture.

131.   MERCEDES-BENZ USA, LLC was the manufacturer of the Subject Vehicle.

132.   The Subject Vehicle's Defects existed when it left Manufacturer's possession.

133.   The defects were the cause of Plaintiff's injury.

134.   Plaintiff's injury resulted from his reasonably foreseeable use of the Subject Vehicle.

135.   As a direct and proximate result of the acts and omissions of Manufacturer, Plaintiff has suffered damages for which relief is sought herein.

136.   Specifically, damages include all monthly payments made on the Subject Vehicle during the lease and the full purchase price of the Subject Vehicle, the depreciation in value of the Subject Vehicle, and any and all incidental and consequential damages as a result of the lease and later purchase, which would not have taken place but-for the fraudulent misrepresentations both prior to and at the time of lease, including the money spent for the Subject Vehicles' repairs, storage, and/or towing as well as the money spent on rental vehicles. Alternatively, Plaintiff suffered damages in the amount of the difference between the Subject Vehicle and a similar vehicle that was in excellent mechanical condition and did not suffer from any defects, as represented to Plaintiff, plus tax and licensing fees.

### PRAYER FOR RELIEF

Wherefore, Plaintiff prays for judgment as follows:

- For recovery of the greater of actual damages according to proof, if adequate, as appropriate;
- For recovery of all incidental damages, as appropriate;
- For recovery of all consequential damages, as appropriate;
- For restitution, as appropriate;
- For injunctive relief, as appropriate;

- For recovery of interest at the legal rate, as appropriate;
- For recovery for all reasonable attorney's fees and the aggregate amount of costs reasonably incurred pursuant to California's Private Attorney General Statute, *California Code of Civil Procedure § 1021.5*, as appropriate; or
- Recovery for all reasonable attorney's fees and the aggregate amount of costs reasonably incurred pursuant to *California Civil Code § 1794*;
- For refund of all monies paid for the Subject Vehicle including all collateral charges and incidental damages pursuant to *California Civil Code § 1793.2(d)*;
- A civil penalty not to exceed two times the amount of actual damages pursuant to *California Civil Code § 1794(c)*;
- For refund of all monies paid for the Subject Vehicle pursuant to 15 U.S.C. § 2304(a)(4);
- For refund of all incidental and consequential damages incurred pursuant to 15 U.S.C. § 2304(a)(3);
- For recovery for all reasonable attorney's fees and the aggregate amount of costs reasonably incurred pursuant to 15 U.S.C. § 2310(d)(2);
- For recovery of Sixty-Seven Thousand Six Hundred Forty-Eight Dollars and Forty-Six Cents ($67,648.46).

**PLAINTIFF HEREBY REQUESTS A JURY TRIAL IN THIS MATTER**

DATED: 07/21/2022

THE MARGARIAN LAW FIRM
462 West Colorado Street
Glendale, CA 91204

By */s/ Hovanes Margarian*
Hovanes Margarian
Attorney for Plaintiff
RITA EVAZYAN

1
2
3
4
5
6
7
8
9
10
11
12

# EXHIBIT A

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-31-

Mercedes-Benz Financial Services

## CALIFORNIA
## MOTOR VEHICLE LEASE AGREEMENT

DEAL# 86237 The First Class Lease®
CUST# 40245

### Dates

The date of this lease is __06/30/2019__ .     The scheduled date this lease ends is __08/30/2021__ ("Lease End").

The scheduled term of this lease is _____ __24__ months ("Lease Term").

### Parties

**Lessor (Dealer):** CALSTAR MOTORS INC

Address:     700 S. BRAND BLVD.

GLENDALE, CA 91204

**Lessee:**     RITA EVAZYAN .

**Lessee:**     N/A

Lessee's Billing Address:

Address of principal garage location, if different from Lessee's Billing Address (no P.O. Box):

N/A

N/A
*(include County)*

Unless otherwise specified, "lease" refers to this Motor Vehicle Lease Agreement; "vehicle" refers to the vehicle described below; "you", "your", and "yours" refer to the Lessee and any Co-Lessee; "we", "us", and "our" refer to the Lessor and, after the lease is assigned, to DAIMLER TRUST, or its successors and assigns; "Assignee" refers to DAIMLER TRUST or its successors and assigns. The "Vehicle Turn-In Fee" is a fee to cover the cost of disposing of the vehicle, commonly referred to as a disposition fee. "Pre-owned" refers to used vehicles. You agree to lease the vehicle from us on the terms and conditions provided for in this lease. The terms and conditions contained in this lease are made on behalf of Lessor and Assignee.

### Type of Lease

☐ Standard Lease     ☒ Single Payment Lease

If the Single Payment Lease box is checked above, "Monthly Payment", "Monthly Payments" or "First Monthly Payment" are replaced with the words "Single Lease Payment" throughout this lease and the word "Monthly" in section 6.l. on page 2 is deleted.

### Vehicle Information

☒ New     ☐ Pre-owned     __WDC0G5EB0KF612051__
                              *VIN*

| __2019__ | __MERCEDES LIGHT TRUCK__ | __GLC360E4__ |
|----------|--------------------------|--------------|
| *Year* | *Make* | *Model* |

| __UT__ | __9__ |
|--------|-------|
| *Body Style* | *Odometer Reading* |

Primary Intended Use:

☒ Personal     ☐ Business, Commercial, or Agricultural Purposes

If no box is checked, or if the Personal box is checked, you agree to use the vehicle for personal, family or household purposes.

### Electronic Contracting and Signature Acknowledgment

If you are executing this lease using an electronic signature, you agree that (i) this lease agreement is an electronic contract executed by you using your electronic signature, (ii) your electronic signature signifies your intent to enter into this contract and that this contract be legally valid and enforceable in accordance with its terms to the same extent as if you had executed this contract using your written signature, and (iii) the authoritative copy of this contract of electronic records, which shall be deemed held by us in the ordinary course of business. Notwithstanding the foregoing, if the Authoritative Copy is converted by printing a paper copy which is marked by us as the original (the "Paper Contract"), then you acknowledge and agree that (1) your signing of this contract with your electronic signature also constitutes issuance and delivery of such Paper Contract, (2) your electronic signature associated with this contract, when affixed to the Paper Contract, constitutes your legally valid and binding signature on the Paper Contract, and (3) subsequent to such conversion, your obligations will be evidenced by the Paper Contract alone.

06/30/2019   05:14 pm

©2010 Mercedes-Benz Financial Services USA LLC
EF-001-5040 CA (08/10) All rights reserved.

Lessee Initials *EL*   Co-Lessee Initials __N/A__
74360*1*CALS-FI

Page 1 of 11

86237

## Consumer Leasing Act Disclosures

| 1. Amount Due at Lease Signing or Delivery (Itemized below)* $ __22444.00__ | 2. Monthly Payments Your first Monthly Payment of $ __21798.00__ is due on __06/30/2019__ , followed by __N/A__ payments of $ __N/A__ due on the __N/A__ of each month. The total of your Monthly Payments is $ __21798.00__ . | 3. Other Charges (not part of your Monthly Payment) a. Vehicle Turn-In Fee (if you do not purchase the vehicle at Lease End) $ __595.00__ b. __N/A__ $ __N/A__ c. Total $ __595.00__ | 4. Total of Payments (The amount you will have paid by the end of the lease) $ __23039.00__ |
|---|---|---|---|

**\*5. Itemization of Amount Due at Lease Signing or Delivery**

**a. Amount Due at Lease Signing or Delivery:**

1. First Total Monthly Payment (Includes sales/use taxes) . . . . . . . . . . . $ __21798.00__

2. Capitalized Cost Reduction . . . . . . . . . . + $ __N/A__

3. Acquisition Fee (if not capitalized) . . . . . . + $ __N/A__

4. Sales/Use Taxes . . . . . . . . . . . . . . . . . . . . + $ __N/A__

5. Refundable Security Deposit . . . . . . . . . . + $ __N/A__

6. Registration/Titling Fees . . . . . . . . . . . . . + $ __268.00__

7. License Fees . . . . . . . . . . . . . . . . . . . . . . . + $ __341.00__

8. Document Processing Fee (not a government fee) . . . . . . . . . . . . . . . . . + $ __N/A__

9. Electronic Filing Fee (not a government fee) . . . . . . . . . . . . . . . . . . . . . . . . . . . . + $ __30.00__

10. California Tire Fees . . . . . . . . . . . . . . . . + $ __7.00__

11. __N/A__ + $ __N/A__

12. __N/A__ + $ __N/A__

13. __N/A__ + $ __N/A__

14. Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . = $ __22444.00__

**b. How the Amount Due at Lease Signing or Delivery will be paid:**

1. Net Trade-In Allowance . . . . . . . . . . . . . $ __N/A__

2. Rebates and Noncash Credits . . . . . . . . . + $ __4460.00__

3. Amount to be Paid in Cash . . . . . . . . . . . + $ __17984.00__

4. __N/A__ + $ __N/A__

5. Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . = $ __22444.00__

**6. Your monthly payment is determined as shown below:**

a. **Gross Capitalized Cost:** The agreed upon value of the vehicle ($ __52435.00__ ) and any items you pay over the lease term (such as service contracts, insurance, and any outstanding prior credit or lease balance) . . . . $ __64805.00__

b. **Capitalized Cost Reduction:** The amount of any net trade-in allowance, rebate, noncash credit, or cash you pay that reduces the Gross Capitalized Cost . . . . . . . . . . . . . . . . . . . . . . . = $ __N/A__

c. **Adjusted Capitalized Cost:** The amount used in calculating your Base Monthly Payment . . . . . . . . . . . . . . . . . . . . . = $ __64805.00__

d. **Residual Value:** The value of the vehicle at the end of the lease used in calculating your Base Monthly Payment . . . . . . . . . . . . . . . . . – $ __36856.20__

e. **Depreciation and any amortized amounts:** The amount charged for the vehicle's decline in value through normal use and for other items paid over the lease term . . . . . . . . . . . . . . . . . = $ __17948.80__

f. **Rent Charge:** The amount charged in addition to the Depreciation and any amortized amounts . . . . . . . . . . . . . . . . . . . . . . . . . + $ __1958.00__

g. **Total of Base Monthly Payments:** The Depreciation and any amortized amounts plus the Rent Charge . . . . . . . . . . . . . . . . . . . . . . . . = $ __19906.80__

h. **Lease Payments:** The number of payments in your lease . . . . . . . . . . . . . . . . . . . . . . . . . + __1__

i. **Base Monthly Payment** . . . . . . . . . . . . . . . = $ __19906.80__

j. **Monthly Sales/Use Taxes** . . . . . . . . . . . . + $ __1891.20__

k. __N/A__ + $ __N/A__

l. **Total Monthly Payment** . . . . . . . . . . . . . . = $ __21798.00__

**7. Early Termination.** You may have to pay a substantial charge if you end this lease early. <u>The charge may be up to several thousand dollars.</u> The actual charge will depend on when the lease is terminated. The earlier you end the lease, the greater this charge is likely to be.

**8. Excessive Wear and Use.** You may be charged for excessive wear based on our standards for normal use and for mileage in excess of __30,000__ miles (Mileage Allowance) for the term of this lease, at the rate of __0.25__ per mile.

**9. Purchase Option at End of Lease Term.** You have an option to purchase the vehicle ("as is") at the end of the lease term for $ __36856.20__ , plus a Purchase Option Fee of $ __150.00__ , plus all official fees and taxes. See the Purchase Option section on page 7 of this lease for more information.

**10. Other Important Terms.** See your lease documents for additional information on early termination, purchase options, maintenance responsibilities, warranties, late and default charges, insurance, and any security interest, if applicable.

©2010 Mercedes-Benz Financial Services USA LLC
EF-001-5040 CA (08/19) All rights reserved.

Lessee Initials _ER_  Co-Lessee Initials _N/A_

74360*1*CALS-FI

Page 2 of 11
06/30/2019   05:14 pm

86237

## Consumer Leasing Act Disclosures (Continued)

**11. Itemization of Gross Capitalized Cost**

| | |
|---|---|
| Agreed upon value of vehicle as equipped at the time of Lease signing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ __52435.00__ |

Accessories and optional equipment Lessor agrees to add to the vehicle after lease signing:

| | |
|---|---|
| (Describe) _N/A_ | + $ ____N/A__ |
| (Describe) _N/A_ | + $ ____N/A__ |
| (Describe) _N/A_ | + $ ____N/A__ |
| (Describe) _N/A_ | + $ ____N/A__ |
| (Describe) _N/A_ | + $ ____N/A__ |
| (Describe) _N/A_ | + $ ____N/A__ |
| Total agreed upon value of vehicle: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | = $ __52435.00__ |

Other amounts included in the Gross Capitalized Cost:

| | |
|---|---|
| Acquisition Fee (if capitalized) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | + $ __1095.00__ |
| Sales/Use Tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | + $ ____N/A__ |
| License Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | + $ ____N/A__ |
| Registration/Titling Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | + $ ____N/A__ |
| California Tire Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | + $ ____N/A__ |
| Document Processing Fee (not a government fee) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | + $ ____86.00__ |
| Outstanding Prior Credit or Lease Balance on Trade-In Vehicle included in Gross Capitalized Cost . . . . . . . . . . . . . . . . . . . . . | + $ ____N/A__ |
| Electronic Filing Fee (not a government fee) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | + $ ____N/A__ |

Optional Products and Services:

| | |
|---|---|
| Credit Life Insurance Premium . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | + $ ____N/A__ |
| Credit Disability Insurance Premium . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | + $ ____N/A__ |
| Charge for Service Contract . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | + $ ____N/A__ |
| Charge for Maintenance Agreement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | + $ __1190.00__ |
| (Describe) _N/A_ | + $ ____N/A__ |
| (Describe) _N/A_ | + $ ____N/A__ |
| (Describe) _N/A_ | + $ ____N/A__ |
| (Describe) _N/A_ | + $ ____N/A__ |
| (Describe) _N/A_ | + $ ____N/A__ |

Other:

| | |
|---|---|
| (Describe) _N/A_ | + $ ____N/A__ |
| (Describe) _N/A_ | + $ ____N/A__ |
| Total Gross Capitalized Cost . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | = $ __54805.00__ |

**12. Estimated Official Fees and Taxes.** The total estimated amount you will pay for official fees, license, title and registration fees, and taxes over the term of your lease, whether included with your Monthly Payment or assessed otherwise is $ __3116.20__ . This is an estimate and the actual total of Official Fees and Taxes may be higher or lower than this estimate. The actual total of Official Fees and Taxes depends on the rates in effect, the value of the vehicle and the garage location of the vehicle at the time the fees and taxes are assessed.

**13. Mileage Allowance.** The odometer reading in the Vehicle Information section of this lease provides the number of miles existing on the vehicle when you entered this lease ("Existing Miles"). Your Mileage Allowance provided in section 8 refers to miles driven during the Lease Term and does not include the Existing Miles.

If your Mileage Allowance in section 8 on page 2 is greater than __30,000__ "Base Mileage Amount", you have chosen to purchase additional miles for your Mileage Allowance determination. If you have purchased additional miles, then at Lease End, except as provided below, you will be eligible for a credit or refund of __N/A__ per mile for any unused additional miles between the Base Mileage Amount and your Mileage Allowance over the term of the lease. You will not receive a refund if the vehicle is destroyed or stolen, you are in default, you purchase the vehicle, or the refund is less than $1.

**14. Missing Records.** If you do not return the vehicle's maintenance booklets as provided in the Maintenance section of this lease, you will owe a missing records fee in the amount of $ __N/A__ .

**15. New and Pre-owned Vehicle Warranty.** If the vehicle is new, it is covered by a standard new vehicle warranty from the manufacturer. If the vehicle is pre-owned, it is not covered by a warranty unless indicated by a check in the corresponding box below:

- [ ] Remainder of standard new vehicle warranty from manufacturer
- [ ] Pre-owned vehicle warranty from manufacturer
- [ ] Pre-owned warranty from other third-party provider

©2010 Mercedes-Benz Financial Services USA LLC
EF-001-5040 CA (08/10) All rights reserved.

Lessee Initials _EP_ Co-Lessee Initials __N/A__
74360*1*CALS-FI

Page 3 of 11
06/30/2019 05:14 pm

86237

## Consumer Leasing Act Disclosures (Continued,

We assign to you all rights we have under any of these warranties. You acknowledge that you have received a copy of the indicated warranties.

We lease the vehicle to you "AS IS". EXCEPT AS EXPRESSLY PROVIDED UNDER THIS LEASE, AND UNLESS PROHIBITED BY LAW, WE MAKE NO WARRANTIES OR REPRESENTATIONS, EITHER EXPRESS OR IMPLIED, AS TO THE VEHICLE'S (OR ANY PART OR ACCESSORY THEREOF) CONDITION, MERCHANTABILITY, OR FITNESS FOR ANY PARTICULAR PURPOSE AND WE MAKE NO OTHER REPRESENTATION OR WARRANTY WHATSOEVER.

**16. Optional Insurance and Other Products.** You are not required to buy any of the optional insurance or other products listed on this page to enter into this lease, and they are not a factor in our credit decision. These insurance and other products will not be provided unless you are accepted by the provider. By your initials on this page, you agree that you have received a notice of the terms and cost of the insurance or product, and you want to obtain the insurance or product for the premium or charge shown. A portion of the premium or charge shown may be retained by the Lessor (Dealer). These coverages are not provided by the Lessor. You must pursue all matters related to these coverages, including refunds, through the provider. The terms and conditions for these coverages are provided in a separate contract, which you acknowledge that you have received and read.

If the price of these coverages is also included in the itemization of Gross Capitalized Cost, it will be included in the Base Monthly Payments. If not, you have paid for the coverages in full upon signing this lease.

Unless you receive written notification otherwise, credit life and credit disability insurance end on the original due date of the last payment due under the lease.

| ☐ Credit Life Provider: | ☐ Credit Disability Provider: |
|---|---|
| _____N/A_____ | _____N/A_____ |
| Initial Coverage: $_____N/A___ Premium: $_____N/A___ | Maximum Mo. Benefit: $_____N/A__ Premium: $_____N/A__ |
| Lessee Initials: _____N/A_____ | Lessee Initials: _____N/A_____ |
| Co-Lessee Initials: _____N/A_____ | Co-Lessee Initials: _____N/A_____ |

| ☒ Service Agreement Provider: | ☐ Extended Warranty Provider: |
|---|---|
| __Maintenance Plan_____ | _____N/A_____ |
| Coverage is for __24__ months or _____20000__ miles, whichever happens first. | Coverage is for __N/A__ months or _____N/A__ miles, whichever happens first. |
| Premium or charge: $____1190.00____ | Premium or charge: $_____N/A____ |
| Lessee Initials: _EP_____ | Lessee Initials: _____N/A_____ |
| Co-Lessee Initials: _____N/A_____ | Co-Lessee Initials: _____N/A_____ |

## Important Arbitration Disclosures

The following arbitration provisions significantly affect your rights in any dispute with us. Please read the following disclosures and the arbitration provision that follows carefully before you sign the contract.

1. If either you or we choose, any dispute between you and us will be decided by arbitration and not in court.
2. If such dispute is arbitrated, you and we will give up the right to a trial by a court or a jury trial.
3. You agree to give up any right you may have to bring a class-action lawsuit or class arbitration, or to participate in either as a claimant, and you agree to give up any right you may have to consolidate your arbitration with the arbitration of others.
4. The information that can be obtained in discovery from each other or from third persons in arbitration is generally more limited than in a lawsuit.
5. Other rights that you and/or we would have in court may not be available in arbitration.

Any claim or dispute, whether in contract, tort or otherwise (including any dispute over the interpretation, scope, or validity of this lease, arbitration section or the arbitrability of any issue), between you and us or any of our employees, agents, successors or assigns, which arises out of or relates to a credit application, this lease, or any resulting transaction or relationship arising out of this lease shall, at the election of either you or us, or our successors or assigns, be resolved by a neutral, binding arbitration and not by a court action. Any claim or dispute is to be arbitrated on an individual basis and not as a class action. Whoever first demands arbitration may choose to proceed under the applicable rules of and be administered by the National Center for Dispute Settlement (www.ncdsusa.org) or any other organization that you may choose subject to our approval.

Whichever rules are chosen, the arbitrator shall be an attorney or retired judge and shall be selected in accordance with the applicable rules. The arbitrator shall apply the law in deciding the dispute. Unless the rules require otherwise, the arbitration award shall be issued without a written opinion. The arbitration hearing shall be conducted in the federal district in which you reside. If you demand arbitration first, you will pay the claimant's initial arbitration filing fees or case management fees required by the applicable rules up to $125, and we will pay any additional initial filing fee or case management fee. We will pay the whole filing fee or case management fee if we demand arbitration first. We will pay the arbitration costs and fees for the first day of arbitration, up to a maximum of eight hours. The arbitrator shall decide who shall pay any additional costs and fees. Nothing in this paragraph shall prevent you from requesting that the applicable arbitration entity reduce or waive your fees, or that we voluntarily pay an additional share of said fees, based upon your financial circumstances or the nature of your claim.

This lease evidences a transaction involving interstate commerce. Any arbitration under this lease shall be governed by the Federal Arbitration Act (9 USC 1, et seq.). Judgment upon the award rendered may be entered in any court having jurisdiction.

Notwithstanding this provision, both you and Lessor and Lessor's successors and assigns retain the right to exercise self-help remedies and to seek provisional remedies from a court, pending final determination of the dispute by arbitration. Neither you nor we waive the right to arbitrate by exercising self-help remedies, filing suit, or seeking or obtaining provisional remedies from a court.

©2010 Mercedes-Benz Financial Services USA LLC
EF-001-5040 CA (08/19) All rights reserved.
74360*1*CALS-FI

Lessee Initials _EP_   Co-Lessee Initials _N/A_

06/30/2019   05:14 pm
Page 4 of 11

## Important Arbitration Disclosures (Contin. )

If any clause within this arbitration section, other than clause 3 or any similar provision dealing with class action, class arbitration or consolidation, is found to be illegal or unenforceable, that clause will be severed from this arbitration section, and the remainder of this arbitration section will be given full force and effect. If any part of clause 3 or any similar provision dealing with class action, class arbitration or consolidation is found to be illegal or unenforceable, then this entire arbitration section will be severed and the remaining provisions of this lease shall be given full force and effect as if the arbitration section of this lease had not been included in this lease.

## Additional Disclosures

| DESCRIPTION OF TRADE-IN | YEAR N/A | MAKE N/A | Gross agreed upon value of trade-in vehicle ... ... ... ... S.____ N/A |
|---|---|---|---|
| MODEL | | | Outstanding prior credit or lease balance on trade-in ... - $____ N/A |
| N/A | | | Net trade-in allowance (if less than -0-, enter -0-) ... ... ≈ $____ N/A |

Initial if applicable:

| _EP_ Lessee | N/A Co-Lessee | **10-Day Right to Cancel:** We intend to assign this lease to Daimler Trust. You understand that it may take a few days to verify your credit and assign the lease. You agree that if the lease is not accepted for assignment under terms acceptable to us, we have the right to cancel this agreement. Should we elect to cancel, we will give you notice within 10 days of the date this lease is signed. Upon receipt of such notice, you must immediately return the vehicle to us in the same condition as when delivered, normal wear and tear excluded. If vehicle is returned in a condition that is acceptable to us, we will refund all consideration given. |
|---|---|---|
| N/A Lessee | N/A Co-Lessee | **Payoff of Trade-In:** We relied on information from you and/or the lienholder or lessor of your trade-in vehicle to arrive at the trade-in payoff amount of $____ N/A ____. You understand that the amount quoted is an estimate. We agree to remit this amount to the lienholder or lessor of the trade-in vehicle, or its designee. If the actual payoff amount is more than the amount stated above, you agree to pay us the excess on demand. If the actual payoff amount is less than the amount shown above, we will refund to you any overage we receive from the prior lienholder or lessor. |
| N/A Lessee | N/A Co-Lessee | **Lease Return Obligations:**  We agree to deliver your turned-in lease vehicle described as ____ N/A ____ (Year) ____ N/A ____ (Make) ____ N/A ____ (Model) _N/A____ (VIN), in its current condition to the vehicle's lessor. Current turn-in mileage is ____ N/A ____. You understand this vehicle is not being sold to, or traded in to us. We have agreed to remit to  the vehicle's lessor the sum of $____ N/A ____. Any amount of such remittance that has been paid for by you will appear in the itemization of Gross Capitalized Cost. Any charges, additional monthly payments, excess mileage, wear and tear, termination fees or other obligations owed to the vehicle's lessor in excess of the stated amount are your responsibility. |

THIS BOX IS FOR USE BY LESSOR (DEALER) AND YOU TO MEMORIALIZE TRADE-IN, TURN-IN OR OTHER INDIVIDUALIZED AGREEMENTS. IF NONE, ENTER "NONE" OR "N/A". ASSIGNEE SHALL NOT BE OBLIGATED FOR AGREEMENTS DISCLOSED HERE.

> **N/A**
> This lease is subject to assignee approval within ten days of execution. Otherwise, this lease shall become void and the lessee shall return the vehicle on demand.

You have a right to return the vehicle and receive a refund of any payments made if the credit application is not approved, unless nonapproval results from an incomplete application or from incorrect information provided by you.

### THERE IS NO COOLING OFF PERIOD

California law does not provide for a "cooling off" or other cancellation period for vehicle leases. Therefore, you cannot later cancel this lease simply because you change your mind, decided the vehicle costs too much, or wish you had acquired a different vehicle. You may cancel this lease only with the agreement of the Lessor or for legal cause, such as fraud.

©2010 Mercedes-Benz Financial Services USA LLC
EF-001-5040 CA (06/10) All rights reserved.

Lessee Initials _EP_ Co-Lessee Initials __N/A__
74360*1*CALS-FI

06/30/2019   05:14 pm

Page 5 of 11

## Notices/Signatures

NOTICE TO LESSEE: (1) DO NOT SIGN THIS LEASE BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES TO BE FILLED IN; (2) YOU ARE ENTITLED TO A COMPLETELY FILLED IN COPY OF THIS LEASE; (3) WARNING - UNLESS A CHARGE IS INCLUDED IN THIS LEASE FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR THAT COVERAGE IS NOT PROVIDED BY THIS LEASE.

### LESSEE

By signing below, you acknowledge that:

- This lease is completely filled out;
- You have received and read all 11 pages of this lease carefully and agree to all of its terms, INCLUDING THE IMPORTANT ARBITRATION DISCLOSURES ON PAGES 4 AND 6;
- You have received a completed copy of this lease; and the Lessor may assign all right, title, and interest in this lease, vehicle and Guaranty to anyone.

| | |
|---|---|
| _Lessee_ | N/A _Lessee_ |
| RITA EVAZYAN _By_ | N/A _By_ |
| N/A _Title_ | N/A _Title_ |
| ████████ _Driver's License Number/State_ | N/A _Driver's License Number/State_ |

### GUARANTY

The Guarantor(s) named below absolutely and unconditionally guarantee(s) payment of all amounts owed under this lease. This means if the lessee(s) fail(s) to pay any money owed, guarantor(s) will pay it. All Guarantor(s) shall be jointly and severally liable and agree that this guaranty shall not be affected by any changes to this lease. Guarantor(s) also agree to be liable for all fees and costs, including attorneys' fees, that the Lessor incurs in enforcing this lease or guaranty.

Guarantor(s) has/have received a completed copy of this lease and guaranty at the time of signing.

| | |
|---|---|
| N/A _Guarantor_ | N/A _Guarantor_ |
| N/A _Print Name_ | N/A _Print Name_ |
| N/A _Address_ | N/A _Address_ |
| N/A _Address_ | N/A _Address_ |

### LESSOR SIGNATURE AND ASSIGNMENT

By signing below, the Lessor accepts the terms and conditions of this lease. Lessor assigns all right, title and interest to this lease, vehicle and Guaranty to Daimler Trust, subject to the terms and conditions of Lessor's agreement(s) with Mercedes-Benz Financial Services USA LLC.

| | |
|---|---|
| _Lessor_ | FINANCE MANAGER _Title_ |

### PLEASE REVIEW ALL PAGES OF THIS LEASE FOR ADDITIONAL TERMS AND CONDITIONS.

©2010 Mercedes-Benz Financial Services USA LLC
EF-001-5040 CA (08/19) All rights reserved

74360*1*CALS-FI

06/30/2019   05:14 pm

## Operation and Maintenance

**17. Maintenance.** You agree to maintain, service and repair the vehicle with genuine Mercedes-Benz replacement parts according to the manufacturer's recommendations and any applicable warranty. You also agree that body-work and collision repairs will be performed by authorized Mercedes-Benz collision facilities. You will keep the vehicle in good operating condition and return the maintenance booklets with the vehicle. You agree to comply with all vehicle recall notices. You agree to pay for all operating costs including, but not limited to gas, oil, inspection and certification fees, fines, towing, and replacement tires. Lessor will not provide maintenance services unless you agree at your option to buy a separate maintenance agreement.

**18. Prohibited Uses of Vehicle.** You agree not to use or allow anyone else to use the vehicle: (a) in a way that violates the law or the terms of your insurance policy or that causes cancellation or suspension of any applicable warranty; and (b) to transport goods or people for pay. You also agree not to take the vehicle outside the United States; however, you may take the vehicle to Canada or Mexico for 30 days or less.

Unless the Primary Intended Use is marked as "Business, Commercial, or Agricultural Purposes", you agree that the vehicle will be used primarily for your own personal, family or household use.

You will not change or modify the vehicle's body or interior in any way unless you first get our written consent. If you add parts to the vehicle that cannot be removed without harming the vehicle's usefulness or value, you understand that these parts become our property. We may inspect the vehicle at any reasonable time.

You will not assign or sublease any interest in the vehicle or this lease. You will keep the vehicle and lease free from all liens.

You agree that you and anyone else that uses the vehicle are liable for any injury, death, or damage arising out of the use of the motor vehicle, and that we are not liable for any such injury, death or damage.

## Insurance

**19. Vehicle Insurance.** You agree to provide primary insurance coverage as indicated below during the lease and until the vehicle is returned: (a) liability insurance with limits of not less than $100,000 per person for bodily injury, $300,000 per accident for bodily injury and $50,000 per accident for property damage; (b) collision insurance for the actual value of vehicle and with a deductible no higher than $2,500; (c) comprehensive fire and theft insurance for the actual value of vehicle and with a deductible no higher than $2,500; and (d) uninsured motorist coverage as required by law in the state where the vehicle is registered. You may obtain insurance from an insurer of your choice which is reasonably acceptable to us. The insurance policy must name Assignee as additional insured and loss payee and you must provide us with a copy of your policy. If you carry excess or umbrella liability insurance, it will include our interest to the extent provided by law. The policy must require the insurance company to notify us at least 30 days in advance of any changes in coverage or cancellation. You will notify us and your insurance company within 24 hours after any damage, loss, theft, seizure, or impoundment of the vehicle. For claims arising under your insurance that concern physical damage to the vehicle, you appoint us your attorney-in-fact to initiate, settle or release the claim. You authorize us to cash or negotiate checks or drafts or other payments received from your insurance company and endorse your name on such items if you are a payee. You also give us a security interest in any money paid under your insurance.

**No physical damage or liability insurance coverage for bodily injury or property damage caused to others is included in this lease.**

**20. Total Vehicle Loss/Gap Waiver.** If the vehicle is subject to a total loss due to collision, destruction or theft, you will pay us the Gap Amount which is the difference between the Early Termination Liability and the insurance proceeds we receive based on the total loss. We agree to waive the Gap Amount if you had the vehicle insurance required by this lease at the time of total loss, in which case you will pay to us the sum of: (a) all unpaid amounts that are due or past due under this lease; plus (b) the amount of your insurance deductible; plus (c) any other amounts that were subtracted from the vehicle's actual cash value to determine the insurance proceeds we received for the total loss. If this is a single payment lease, you will receive a refund equal to your lease payment divided by your Lease Term (as shown on page 1 of this lease) times the number of months left in this lease at the time of the loss of the vehicle. If you do not have insurance on the vehicle or your insurance company denies part or all of your claim, you will be in default and will pay us the early termination liability set forth in section 23.

This subsection will not apply and you will be in default if you accept a cash value settlement from your insurance company without first receiving our consent and forwarding any such settlement to us.

## End of Lease

**21. Purchase Option.** If you purchase the vehicle at any time, you agree to re-register and re-title the vehicle in your name no later than 30 days from the time you purchase it. If you fail to do so, we reserve the right to cancel the registration.

**a. Scheduled Termination.** At the end of the scheduled Lease Term, you may purchase the vehicle "as is" for the amount set forth in section 9 of this lease plus any lease payments or other amounts due under the lease at the time of termination.

**b. Before Scheduled Termination.** At any time before the scheduled Lease End, you have an option to purchase the vehicle "as is" for the Early Purchase Option Price (described below).

**1) Standard Lease - Early Purchase Option Price.** If this is a Standard Lease as indicated on page 1 of the lease, the Early Purchase Option Price is the sum of: (a) any lease payments and other amounts due under the lease at the time of termination; (b) all fees and taxes assessed on or billed in connection with this lease or the vehicle; (c) the Adjusted Lease Balance (explained below); and (d) the Purchase Option Fee provided in section 9 on page 2 of this lease.

The Adjusted Lease Balance is calculated by reducing the Adjusted Capitalized Cost each month, on each monthly payment due date, by the difference in the base monthly payment and the part of the rent charge earned in that month calculated on a constant yield basis.

**2) Single Payment Lease - Early Purchase Option Price.** If this is a Single Payment Lease as indicated on page 1 of this lease, the Early Purchase Option Price is: (a) any lease payments and other amounts due under the lease at the time of termination; plus (b) the Purchase Option Fee provided in section 9 on page 2 of this lease; plus (c) all fees and taxes assessed on or billed in connection with this lease or the vehicle; plus (d) the Residual Value printed on page 2 of this lease; less (e) the unearned rent charges you paid calculated on a constant yield basis.

©2010 Mercedes-Benz Financial Services USA LLC
EF-001-5040 CA (08/10) All rights reserved.

Lessee Initials _CP_   Co-Lessee Initials _N/A_
74360*1*CALS-FI

06/30/2019  05:14 pm
Page 7 of 11

*End of Lease (Continued)*

## 22. Return of Vehicle.

a. **Scheduled Termination.** If this lease is not terminated early and you do not purchase the vehicle, you will, at Lease End: (1) return the vehicle to us at the time and place we specify at your expense; (2) complete and sign odometer statement and, if not already signed, the vehicle condition report; (3) pay the following amounts: (a) any amount owed for excess wear and use (explained in section 22.a.2.); plus (b) all unpaid amounts that are due or past due under this lease; plus (c) the Vehicle Turn-In Fee provided on page 2 of this lease; plus (d) any official fees and taxes related to the scheduled termination; plus (e) the Missing Records Fee in the amount provided on page 3 of this lease, if any maintenance booklets are not returned with the vehicle. You agree to cooperate in the completion of the condition report, which will be prepared close to or at Lease End. You understand that we may engage a third party to conduct the vehicle inspection and to prepare the condition report.

1) **Failure to Return Vehicle.** If, at Lease End, you do not return the vehicle to us or you do not exercise your option to purchase the vehicle, you will be in default and you must pay the purchase price in section 9 unless we agree to an extension in writing. If this is a Standard Lease, as indicated on page 1 of this lease, you will pay an amount equal to your Total Monthly Payment provided on page 2 of this lease for each month, or part thereof, that you retain the vehicle after Lease End until we receive the purchase price, a written extension agreement, or we repossess the vehicle, in which case you will also owe all expenses incurred recovering the vehicle. If this is a Single Payment Lease, as indicated on page 1 of this lease, you will pay an amount equal to the Total Single Payment divided by the Lease Term for each month, or part thereof, that you retain the vehicle after Lease End until we receive the purchase price, a written extension agreement, or we repossess the vehicle, in which case you will also owe all expenses incurred recovering the vehicle. Our acceptance of any lease payments after Lease End does not give you the right to keep the vehicle and it does not mean that we agree to extend this lease.

2) **Standards for Excess Wear and Use.** Unless you are charged an Early Return of Vehicle Charge determined by Calculation A or C in section 22.b. of this lease, if you do not purchase the vehicle, you agree to pay for excess wear and use. Excess wear and use includes a charge for any miles driven in excess of the Mileage Allowance and the estimated cost of repairs to the vehicle that are the result of excess wear and use, whether or not we actually repair the vehicle, except where limited by law. In addition to miles driven in excess of your Mileage Allowance, excess wear and use includes, but is not limited to: (a) damage to the major driveline components (engine, transmission, differential) not covered by warranty; (b) damage to the electrical system or battery; (c) damage to the frame; (d) missing or broken parts, equipment or accessories, including optional factory equipment, keys or remote keyless entry devices, tool kits, or anything else that was in or on the vehicle when you received it; (e) missing tires, tires that are not equivalent in quality and performance to the original tires, tires on each axle that are not the same size, brand, model, type and speed rating, tires that have sidewall plugs, cuts, exposed cords, or are otherwise damaged, tires that have less than 4/32 inch tread; (f) wheels that are scratched, broken, cracked, or otherwise damaged; (g) non-original equipment manufacturer ("OEM") wheels of lesser quality or value than the vehicle's original OEM wheels, including any such non-OEM wheels installed at your request prior to taking delivery of the vehicle at lease inception; (h) OEM wheels modified from the original factory condition, including modifications performed at your request prior to taking delivery of the vehicle at lease inception; (i) damage to the body, fenders, metalwork, lights, trim or paint, including but not limited to dents or rust; (j) damaged or stained dash, floor covers, seats, or any other part of the interior; (k) non-OEM glass, and nonfunctioning, discolored, or broken glass, including, stars, cracks, holes or plugs; (l) failure to maintain the vehicle according to the manufacturer's specifications and as provided for in this lease; (m) after-market alterations made without our consent; (n) water damage; (o) damage that makes the vehicle run in a noisy, rough, or improper way, or that makes the vehicle unsafe or unlawful; (p) paint, covers, coatings or other alterations to the original finish of the vehicle that change all or any part of the vehicle's color or finish from the original color and finish, including any such alteration performed at your request prior to taking delivery of the vehicle at lease inception; and (q) any other damage to the interior or exterior that is beyond ordinary wear and use.

b. **Early Termination by You.** If you are not in default and you do not purchase the vehicle, you may terminate this lease at any time. If you terminate your lease before the Lease End, you must return the vehicle to us and pay your Early Return of Vehicle Charge (described below).

1) **Standard Lease - Early Return of Vehicle Charge.** If this is a Standard Lease, as indicated on page 1 of this lease, your Early Return of Vehicle Charge is determined by Calculation A or Calculation B, below, whichever is less:

**Calculation A:** (1) All unpaid Monthly Payments that have accrued up to the date of termination; plus (2) All other unpaid amounts, other than excess wear and use and mileage charges, due under the lease (including, but not limited to, all official fees and taxes related to the lease or the vehicle in connection with lease termination); plus (3) The Vehicle Turn-in Fee; plus (4) Any amount determined by subtracting the vehicle's then Fair Market Wholesale Value from the Adjusted Lease Balance. If the Fair Market Wholesale Value exceeds the Adjusted Lease Balance, the excess will be applied as a credit toward your liability. You will not receive a refund for any remaining excess.

**Calculation B:** (1) All Monthly Payments not yet due under the lease; plus (2) All unpaid Monthly Payments that have accrued up to the date of termination; plus (3) All other unpaid amounts, due under the lease (including, but not limited to, all official fees and taxes related to the lease or the vehicle in connection with lease termination); plus (4) The Vehicle Turn-In Fee; plus (5) The amount, if any, for excess wear and use, which includes a charge for excess mileage.

2) **Single Payment Lease - Early Return of Vehicle Charge.** If this is a Single Payment Lease, as indicated on page 1 of this lease, your Early Return of Vehicle Charge is determined by Calculation C or Calculation D, below, whichever is less:

**Calculation C:** (1) All unpaid amounts due under the lease, other than excess wear and use and mileage charges (including, but not limited to, all official fees and taxes related to the lease or the vehicle in connection with lease termination); plus (2) The Vehicle Turn-In Fee; plus (3) Any amount determined by subtracting the vehicle's then Fair Market Wholesale Value from the Residual Value; less (4) any unearned rent charges that you paid, calculated on a constant yield basis. If the Fair Market Wholesale Value exceeds the Residual Value, the excess will be applied as a credit toward your liability. You will not receive a refund for any remaining excess.

**Calculation D:** (1) All unpaid amounts due under the lease (including, but not limited to, all official fees and taxes related to the lease or the vehicle in connection with lease termination); plus (2) The Vehicle Turn-In Fee; plus (3) The amount, if any, for excess wear and use, which includes a charge for excess mileage.

©2010 Mercedes-Benz Financial Services USA LLC
EF-001-5040 CA (08/19) All rights reserved.

Lessee Initials _____ Co-Lessee Initials __N/A_____
74360*1*CALS-FI

06/30/2019   05:14 pm
Page 8 of 11

## End of Lease (Continued)

3) Fair Market Wholesale Value. The Fair Market Wholesale Value will be determined in one of the following ways: (a) within 3 days of the scheduled date of disposition, you may obtain, at your own expense, from an independent third party agreeable to both you and us, a professional appraisal of the wholesale value of the vehicle which could be realized at sale. The appraised value shall be final and binding and then used as the Fair Market Wholesale Value; (b) by the amount paid for the vehicle upon disposing of the vehicle in a commercially reasonable manner; (c) if we retain ownership of the vehicle, the wholesale value of the vehicle as specified in the current edition in a recognized used vehicle value guide customarily used by California motor dealers to value vehicles or (d) if the vehicle is subject to a total loss due to collision, destruction or unknown theft as determined by us, the Fair Market Wholesale Value will equal: (i) the amount of any proceeds we receive from your required insurance; plus (ii) the amount of your deductible under such insurance if that amount has been paid to us. If there are no insurance proceeds under (d) above, the Fair Market Wholesale Value will be zero.

## 23. Default.

a. Early Termination by Us. We may terminate this lease at anytime if you are in default (see section 23.b.) and you must pay us your Early Termination Liability. Your Early Termination Liability equals all expenses related to recovering, obtaining, storing and preparing for sale and selling the vehicle, including, but not limited to, reasonable attorney fees, collection costs, and court costs, to the extent not prohibited by law; plus: (1) if this is a Standard Lease as indicated on page 1 of this lease, the amount determined by Calculation A in section 22.b.; or (2) if this is a Single Payment Lease as indicated on page 1 of this lease, the amount determined by Calculation C in section 22.b.

b. Events of Default. You will be in default if: (1) you fail to make any payment when due, including any amount required to be paid under the sections of this lease entitled RETURN OF VEHICLE, Scheduled Termination or Early Termination by you; (2) you break any promise or conditions in the lease or any other agreement with us; (3) you fail to maintain required insurance or you do anything that invalidates your required insurance; (4) you fail to return the vehicle as we specify; (5) you gave false or misleading information to us on your credit application or other document; (6) you die, are declared incompetent, become insolvent, a bankruptcy petition is filed by or against you, or you dissolve active business affairs; (7) the vehicle is seized, or levied upon by any government or legal process; (8) the vehicle is destroyed, abandoned, stolen or damaged beyond repair; (9) your driver's license expires or is suspended, revoked, or canceled; or (10) anything else happens that we reasonably believe in good faith endangers the vehicle or your ability to pay.

c. Remedies for Default. If you are in default, you will owe your Early Termination Liability provided in section 23.a. and we may take any or all of the following actions: (1) terminate this lease and your rights to the vehicle; (2) take possession of the vehicle without prior demand, unless notice or demand is required by law; (3) take reasonable action to prevent the default or our loss; (4) require you to return the vehicle and any related records; (5) make a claim for insurance, service, maintenance or other optional contract benefits or refunds available on your default and apply such amount to the amount you owe under this lease; or (6) use any remedy we have at law or in equity. You agree to reimburse us for any amounts we choose to pay under this lease that you are required to pay, including amounts we pay to cover your default or enforce our right to the vehicle. You agree that in the event we hire an attorney to collect any amount due or enforce any right or remedy under this lease, you shall pay our attorney fees and court costs.

If we take possession of the vehicle as provided in section 23.c.2, we may take any personal property in the vehicle. We will hold the personal property for you for 20 days. If you do not pick up the property within that time, we may dispose of it in any manner.

24. Interest on Unpaid Amounts. You understand and agree that upon termination of this lease for any reason, if you do not pay us any amount you owe us upon our demand, you will owe us, in addition to the amount unpaid, interest on such amount at the annual rate of 6% (or such lesser maximum rate as applicable law permits).

## Additional Information

25. Assignment and True Lease. You understand that this is a true lease and that you do not have equity or other ownership rights in the vehicle unless you purchase it from us. You may not assign, sell, sublease or arrange an assumption of your interests or rights under this lease or in the vehicle without our written permission. You understand that we may assign our rights and obligations under this lease at any time or to anyone, including Daimler Trust, without first notifying you. You agree and grant us permission to provide information about you, the vehicle or this lease to our affiliates at any time, subject to the terms of the Assignee's Privacy Policy. Lessor and its employees are not agents of Assignee and have no authority to obligate Assignee. Mercedes-Benz Financial Services USA LLC ("MBFS"), as the servicing agent for Daimler Trust, has the power to act on Daimler Trust's behalf to administer, enforce and defend this lease. You agree to pay all amounts due under this lease to MBFS or as otherwise directed by MBFS.

26. Late Charges/Returned Payment and Other Fees/Fines and Tickets. If we do not receive the entire amount of your Monthly Payment within 10 days after it is due, you will pay us a late fee of $50 or 5% of that unpaid amount whichever is less. If any check, draft, order, or other payment instrument is returned to us for any reason, or if any authorized electronic debit is not paid, you will pay us a fee of $25. You agree to pay all fines and tickets imposed on the vehicle or its driver. If you do not pay such fines or tickets and we pay, you will reimburse us, and pay us an administration fee of $25 to the extent permitted by law. Unless prohibited by applicable law, you agree to pay a processing fee in connection with any payment you make to us by authorizing us, or a bill payment service, orally or in writing, to write a check on your behalf, use automated clearing house procedures, or use any other commercially accepted practice to make your payment from your checking or other account. The amount of the processing fee will be the amount you agree to, orally or otherwise, at the time you authorize us or the bill payment service to process your payment.

©2010 Mercedes-Benz Financial Services USA LLC
EF-001-5040 CA (08/10) All rights reserved.

Lessee Initials _____ Co-Lessee Initials __N/A__
74360*1*CALS-FI

08/30/2019   05:14 pm
Page 9 of 11

**Additional Information (Continued)**

**27. Indemnification.** You will defend, indemnify and hold harmless Lessor and Assignee from and against any loss and all losses or damages to the vehicle and from all claims, losses, suits, actions, liabilities, costs and expenses (including, but not limited to reasonable attorney fees) related to and/ or against the use, operation or condition of the vehicle.

**28. Notices/General.** We will send notices and correspondence to you at the billing address you provided on this lease. If this address or the garage address changes, you will inform us, in writing, within 30 days of the change. To the extent permitted by law, you give us permission to monitor and record any telephone conversation between you and us. Section headings in this lease are for convenience of reference only and are not part of the lease for any other purpose.

As part of a like-kind exchange program, the Assignee has engaged MBF Account Services LLC as a qualified intermediary. Dealer is hereby notified that the Assignee has assigned to MBF Account Services LLC its rights (but not its obligations) in the agreement for the purchase of this vehicle.

In the event the Lessee purchases the vehicle, Lessee is hereby notified that the Assignee has assigned to MBF Account Services LLC its rights (but not its obligations) in the agreement for the sale of this vehicle.

**29. Refundable Security Deposit.** The Refundable Security Deposit may be used to pay all amounts that you fail to pay under this lease or to satisfy any remedy for Default. Any portion of the Refundable Security Deposit not applied to amounts that you owe will be returned to you after termination of this lease and our determination that the amounts you owed at the end of this lease have been paid. Even if we have refunded to you all or any portion of the Security Deposit, you are still responsible for amounts due and owing after termination of this lease such as personal property tax. You may not apply any portion of the Security Deposit to a Monthly Payment. You will not earn interest on the Security Deposit. Any interest or monetary benefit to us which may accrue as a result of our retention of the Security Deposit will neither be paid to you nor applied to reduce your obligations under this lease.

**30. Modification.** Any change to this lease must be in writing and signed by Assignee, however, if permitted by law, extensions, deferral, or due date changes may be agreed to orally by you and Assignee and we will send you written confirmation.

**31. Enforceability.** Each person who signs this lease is jointly and severally liable under this lease and for all payments, whether or not we try to collect from the other signers. We do not have to repossess the vehicle to exercise any other rights. We do not give up any of our rights by delaying or failing to exercise them. This lease is subject to the laws of the state where it was signed. This lease is the entire agreement between you and us and is binding on anyone who assumes our interest in it. We are not bound by any statements or representations made by agents or sales people if not contained in this lease. We make no promises regarding any tax benefits to you from leasing. Unless otherwise provided in this lease, if we waive any provision of this lease or if any provision in this lease is held to be unenforceable, void, illegal or otherwise against applicable law, the other provisions shall survive and be enforceable separately from any voided provisions, unless otherwise provided in this lease.

**32. Delivery.** You accept delivery of the vehicle described in this lease and acknowledge that it is equipped as described, is in good operating order and condition, and has the odometer reading recorded on page 1 of this lease in the Vehicle Information section.

**33. Payment Obligations.** You may not change or stop any lease payments for any reason, even if you do not receive an invoice, and even if the vehicle is stolen, destroyed, seized by the government or a court, experiences mechanical problems, or does not satisfactorily perform. If you experience mechanical or other difficulties with the vehicle, you will pursue these issues with the manufacturer.

If any payment received or applied is avoided, set aside, or returned for any reason, including, without limitation, the bankruptcy or insolvency of you or any other payor or person, the indebtedness to which the payment was applied shall for all purposes be deemed to have continued in existence notwithstanding our application of such payment, and the lease shall be enforceable as to that indebtedness as fully as if we had not received or applied the payment.

**34. Taxes, Registration and Titling.** You agree to title, register and license the vehicle in the state in which it is primarily located. You are aware that the vehicle is to be titled in our name. You must request any power of attorney required from us to title, register, or license the vehicle. You agree to promptly pay all title, registration, license, inspection, testing, personal property taxes, and other fees, taxes and charges imposed by government authorities in connection with the vehicle, this lease, or any amounts due or payable arising from this lease. We may pay any or all license, title and registration costs, fees, charges and taxes relating to the vehicle or this lease that you do not pay and you agree to reimburse us for all such amounts. We have no duty to account to you for the fees, charges, or taxes we pay. You are responsible for any fines, penalties, and/or interest if you do not pay a bill when it is due. If the vehicle is primarily located in a state other than a state that bills you directly for personal property tax, we will invoice you for personal property tax, if applicable, after we have been billed by the taxing authority. During the term of this lease, you agree to pay the invoice amount on or before your next Monthly Payment due date. We may receive some bills after this lease has ended. If this lease has ended, you agree to pay us within 10 days of being invoiced. If the vehicle is primarily located in a state that bills you directly for personal property tax, you will pay the state DIRECTLY for the personal property tax owed on the vehicle. If you do not pay, and we pay the personal property tax, you will reimburse us the cost of the personal property tax and any penalties incurred.

**35. Security Interest.** You grant us a security interest, to the extent permitted by law, in the following, to secure performance of your lease obligations: (1) proceeds of any insurance with respect to the vehicle; (2) proceeds of any optional service, maintenance or other contract purchased with this lease; and (3) any unearned premiums, charges or refunds of any of the foregoing.

The conditions, if any, under which you may cancel any such optional contract are contained in the agreement under which the services or coverage are to be provided. In the event you cancel any such contracts purchased with this lease, you authorize MBFS to receive any refund of unearned premiums or charges on your behalf and apply the refund against the amount you owe under this lease.

©2010 Mercedes-Benz Financial Services USA LLC
EF-001-5040 CA (06/18) All rights reserved.

Lessee Initials _EL_ Co-Lessee Initials __N/A__
74360°1°CALS-Fi

06/30/2019   05:14 pm

## Additional Information (Continued)

You will not allow any lien or encumbrance to attach to the vehicle.

If this is a Standard Lease as indicated on page 1 of this lease, Daimler Trust grants a security interest in the vehicle to Daimler Title Co., as collateral agent, pursuant to the Collateral Agency Agreement dated as of August 1, 2007, as amended.

**36. Power of Attorney.** You appoint us, to the extent permitted by law, through our appointed officer or employee, as your attorney-in-fact to act on your behalf in any insurance/coverage matter relating to the vehicle, including, but not limited to, the power to endorse insurance/coverage proceeds checks or drafts on your behalf; and cancel any Credit Life, Credit Disability, Guaranteed Automotive Protection Coverage, Extended Warranty, or other optional insurance/coverage financed under this lease, and apply the refunded premium or cost to your outstanding balance if you are in default. Your grant of this power of attorney is coupled with an interest and is irrevocable until all obligations you owe under this lease are paid in full.

## VEHICLE LOCATION CONSENT

For Mercedes-Benz Vehicles: Notwithstanding anything in the Mercedes-Benz mbrace™ Subscriber Service Agreement (the "Subscriber Agreement") or any other similar agreement or document provided or made available to you in connection with your Mercedes-Benz vehicle, and except as prohibited by applicable law, if you are in default (as defined herein) and your vehicle has a data recorder or the capability to report the vehicle's location through your use of the mbrace™ services or otherwise, you consent and authorize us and our agents, representatives, and affiliates including Mercedes-Benz USA, LLC ("MBUSA") and any service provider acting with it or on its behalf, including ATX Group, Inc. ("ATX") and Verizon Telematics, Inc. ("VTI"), to (a) obtain data from the vehicle including the location of the vehicle, (b) release the data to us, MBUSA, ATX, VTI or their agents, representatives, and affiliates and (c) use such data for the purpose of locating the vehicle, including with respect to the repossession of it. You agree that notwithstanding anything to the contrary in the Subscriber Agreement, MBUSA and its agents, representatives, and affiliates (including but not limited to ATX and VTI) are intended to be protected by the consent you are giving in this document, and that those parties are and will be relying upon such consent as releasing them from any potential liability for such use of any data. You also agree that your consent will supersede any past or future sending of notice by you under the Subscriber Agreement, allowing you to request that certain information retrieved from your vehicle's sensing or diagnostic modules not be used (or any other comparable section of the Subscriber Agreement or other document), and that your consent shall be fully enforceable and effective notwithstanding your sending any such notice, or exercising any such right.

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, you, on behalf of you, your successors and your assigns, intentionally, knowingly and irrevocably hereby release and discharge us and our affiliates, officers, directors, managers, members, insurers, shareholders, employees, attorneys, agents, representatives, predecessors, successors, assigns and all others acting by, through, under or in concert with them (the "Releasees") including, without limitation, MBUSA and any service provider acting on MBUSA's behalf, from all claims, liabilities, obligations, damages, losses, costs, expenses, debts, liens, suits, actions and/or causes of action, at law or in equity, of every kind, character and nature whatsoever, whether known or unknown, suspected or unsuspected, contingent or fixed, direct or indirect, which have existed or may have existed, or which do exist or which hereafter can, shall or may exist in any way based upon or related to the subject matter of this consent. This includes, in the case of MBUSA, ATX, VTI and anyone acting with them, any claim based on an allegation that activities to locate or repossess your vehicle as consented to herein were undertaken without you being in default. You represent, warrant and covenant not to sue, or commence an arbitration or other proceeding against any of the Releasees, to enforce any charge, claim or cause of action released herein.

You knowingly and intentionally waive and release any and all rights or claims in connection with the subject matter of this consent against us and our agents, representatives, and affiliates including, without limitation, MBUSA and any service provider acting on or with MBUSA's behalf including but not limited to ATX, VTI, their successors and anyone acting with them, including but not limited to any rights created under the Subscriber Agreement and the applicable law (including without limitation all consumer protection laws). In addition, you knowingly and intentionally waive and release any and all provisions, rights, and benefits conferred by section 1542 of the California Civil Code, which provides:

A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR.

©2010 Mercedes-Benz Financial Services USA LLC
EF-001-5040 CA (08/19) All rights reserved.

Lessee Initials _____ Co-Lessee Initials __N/A__
74360*1*CALS-FI

08/30/2019   05:14 pm

Page 11 of 11

1
2
3
4
5
6
7
8
9
10
11
12

**EXHIBIT B**

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFF'S COMPLAINT FOR DAMAGES

ILAW **553-CA-ARB-eps-14 7/16**

DEAL# 94689
CUST# 40245

## RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE (WITH ARBITRATION PROVISION)

Dealer Number  05758          Contract Number  1637106          R.O.S. Number  55881570          Stock Number  212P283

| Buyer Name and Address (Including County and Zip Code) RITA EVAZYAN | Co-Buyer Name and Address (Including County and Zip Code) N/A | Seller-Creditor (Name and Address) CALSTAR MOTORS INC 700 S. BRAND BLVD. GLENDALE, CA 91204 818/246 1800 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreement on all pages of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2019 | MERCEDES LIG GLC350E4 | 18831 | WDC0G5EB0KF612051 | Personal, family or household unless otherwise indicated below. ☐ business or commercial |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $0.00 is |
|---|---|---|---|---|
| 2.46 % | $ 3217.09 (e) | $ 41392.67 (e) | $ 44609.76 (e) | $ 44609.76 (e) |

(e) means an estimate

**YOUR PAYMENT SCHEDULE WILL BE:**

| Number of Payments: | Amount of Payments: | When Payments Are Due: |
|---|---|---|
| One Payment of | N/A | N/A |
| One Payment of | N/A | N/A |
| One Payment of | N/A | N/A |
| 71 | 619.58 | Monthly beginning 07/12/2021 |
| N/A | N/A | N/A |
| One final payment | 619.58 | 06/12/2027 |

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.
**Prepayment.** If you pay early, you may be charged a minimum finance charge.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, minimum finance charges, and security interest.

### STATEMENT OF INSURANCE

NOTICE. No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

**Vehicle Insurance**

| | Term | Premium |
|---|---|---|
| $ N/A Ded. Comp., Fire & Theft | N/A Mos. $ N/A |
| $ N/A Ded. Collision | N/A Mos. $ N/A |
| Bodily Injury | $ N/A Limits | N/A Mos. $ N/A |
| Property Damage | $ N/A Limits | N/A Mos. $ N/A |
| Medical | N/A | N/A Mos. $ N/A |
| Total Vehicle Insurance Premiums | | $ N/A |

UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.
You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

Buyer X _____
Co-Buyer X ____ N/A ____
Seller X  CALSTAR MOTORS INC

Agreement to Arbitrate: By signing below, you agree that, pursuant to the Arbitration Provision on page 5 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.
Buyer Signs X _____
Co-Buyer Signs X ____ N/A ____

### AUTO BROKER FEE DISCLOSURE
If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:
☐ Name of autobroker receiving fee, if applicable:  N/A

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing and both you and we must sign it. No oral changes are binding.
Buyer Signs X _____   Co-Buyer Signs X ____ N/A ____

**SELLER'S RIGHT TO CANCEL** If Buyer and Co-Buyer sign here, the provisions of the Seller's Right to Cancel section on page 4 of this contract giving the Seller the right to cancel if Seller is unable to assign this contract to a financial institution will apply.
Buyer X _____   Co-Buyer X ____ N/A ____

**ITEMIZATION OF THE AMOUNT FINANCED** (Seller may keep part of the amounts paid to others.)

**1. Total Cash Price**

| | | |
|---|---|---|
| A. Cash Price of Motor Vehicle and Accessories | $ 37101.00 | (A) |
|   1. Cash Price Vehicle | $ 37101.00 | |
|   2. Cash Price Accessories | $ N/A | |
|   3. Other (Nontaxable) | | |
|     Describe N/A | $ N/A | |
|     N/A | $ N/A | |
| B. Document Processing Charge (not a governmental fee) | $ 85.00 | (B) |
| C. Emissions Testing Charge (not a governmental fee) | $ N/A | (C) |
| D. (Optional) Theft Deterrent Device(s) | | |
|   1. (paid to) N/A | $ N/A | (D1) |
|   2. (paid to) N/A | $ N/A | (D2) |
|   3. (paid to) N/A | $ N/A | (D3) |
| E. (Optional) Surface Protection Product(s) | | |
|   1. (paid to) N/A | $ N/A | (E1) |
|   2. (paid to) N/A | $ N/A | (E2) |
| F. EV Charging Station (paid to) N/A | $ N/A | (F) |
| G. Sales Tax (on taxable items in A through F) | $ 3532.67 | (G) |
| H. Electronic Vehicle Registration or Transfer Charge | | |
|   (not a governmental fee) (paid to) CVR | $ 30.00 | (H) |
| I. (Optional) Service Contract(s) | | |
|   1. (paid to) N/A | $ N/A | (I1) |
|   2. (paid to) N/A | $ N/A | (I2) |
|   3. (paid to) N/A | $ N/A | (I3) |
|   4. (paid to) N/A | $ N/A | (I4) |
|   5. (paid to) N/A | $ N/A | (I5) |
| J. Prior Credit or Lease Balance (e) paid by Seller to | | |
|   Vehicle 1 N/A     Vehicle 2 N/A | $ N/A | (J) |
|   (see downpayment and trade-in calculation) | | |
| K. (Optional) Debt Cancellation Agreement | $ N/A | (K) |
| L. (Optional) Used Vehicle Contract Cancellation Option Agreement | $ N/A | (L) |
| M. Other (paid to) N/A | $ N/A | (M) |
|   For N/A | | |
| N. Other (paid to) N/A | $ N/A | (N) |
|   For N/A | | |
| **Total Cash Price (A through N)** | $ 40748.67 | (1) |

**2. Amounts Paid to Public Officials**

| | | |
|---|---|---|
| A. Vehicle License Fees   ESTIMATE | $ 333.00 | (A) |
| B. Registration/Transfer/Titling Fees | $ 283.00 | (B) |
| C. California Tire Fees | $ N/A | (C) |
| D. Other SMOG ABATEMENT FEE | $ 20.00 | (D) |
| **Total Official Fees (A through D)** | $ 636.00 | (2) |

**3. Amount Paid to Insurance Companies**

| | | |
|---|---|---|
| (Total premiums from Statement of Insurance) | $ N/A | (3) |
| 4. ☐ State Emissions Certification Fee or ☒ State Emissions Exemption Fee | $ 8.00 | (4) |
| 5. Subtotal (1 through 4) | $ 41392.67 | (5) |

**6. Total Downpayment**

| | | |
|---|---|---|
| A. Total Agreed Value of Property Being Traded-In (see Trade-In Vehicle(s)): | $ N/A | |
|   Vehicle 1 $ N/A   Vehicle 2 $ N/A | | |
| B. Total Less Prior Credit or Lease Balance (e) | $ N/A | (B) |
|   Vehicle 1 $ N/A   Vehicle 2 $ N/A | | |
| C. Total Net Trade-In (A−B) (indicate if negative number) | $ N/A | (C) |
|   Vehicle 1 $ N/A   Vehicle 2 $ N/A | | |
| D. Deferred Downpayment Payable to Seller | $ N/A | (D) |
| E. Manufacturer's Rebate | $ N/A | (E) |
| F. Other N/A | $ N/A | (F) |
| G. Cash, Cash Equivalent, Check, Credit Card, or Debit Card | $ N/A | (G) |
| **Total Downpayment (C through G)** | $ 0.00 | (6) |
| (If negative, enter zero on line 6 and enter the amount less than zero as a positive number on line 1J above) | | |
| **7. Amount Financed (5 less 6)** | $ 41392.67 | (7) |

---

**OPTIONAL SERVICE CONTRACT(S)** You want to purchase the service contract(s) written with the following company(ies) for the term(s) shown below for the charge(s) shown in item 1I.

| | | |
|---|---|---|
| I1 Company N/A | | |
| Term N/A | Mos. or N/A | Miles |
| I2 Company N/A | | |
| Term N/A | Mos. or N/A | Miles |
| I3 Company N/A | | |
| Term N/A | Mos. or N/A | Miles |
| I4 Company N/A | | |
| Term N/A | Mos. or N/A | Miles |
| I5 Company N/A | | |
| Term N/A | Mos. or N/A | Miles |
| Buyer X N/A | | |

**OPTIONAL DEBT CANCELLATION AGREEMENT.** A debt cancellation agreement is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy debt cancellation, the charge is shown in item 1K of the Itemization of Amount Financed. See your debt cancellation agreement for details on the terms and conditions it provides. It is a part of this contract.

Term N/A Mos. Debt Cancellation Agreement

I want to buy a debt cancellation agreement.

Buyer Signs X N/A

**Trade-In Vehicle(s)**

**1. Vehicle 1**

| | | |
|---|---|---|
| Year N/A | Make N/A | |
| Model N/A | Odometer N/A | |
| VIN N/A | | |
| a. Agreed Value of Property | $ N/A | |
| b. Buyer/Co-Buyer Retained Trade Equity | $ N/A | |
| c. Agreed Value of Property | | |
|   Being Traded-In (a−b) | $ N/A | |
| d. Prior Credit or Lease Balance | $ N/A | |
| e. Net Trade-In (c−d) (must be ≥ 0 | | |
|   for buyer/co-buyer to retain equity) | $ N/A | |

**2. Vehicle 2**

| | | |
|---|---|---|
| Year N/A | Make N/A | |
| Model N/A | Odometer N/A | |
| VIN N/A | | |
| a. Agreed Value of Property | $ N/A | |
| b. Buyer/Co-Buyer Retained Trade Equity | $ N/A | |
| c. Agreed Value of Property | | |
|   Being Traded-In (a−b) | $ N/A | |
| d. Prior Credit or Lease Balance | $ N/A | |
| e. Net Trade-In (c−d) (must be ≥ 0 | | |
|   for buyer/co-buyer to retain equity) | $ N/A | |

| | | |
|---|---|---|
| **Total Agreed Value of Property** | | |
|   Being Traded-In (1c+2c) | $ N/A* | |
| **Total Prior Credit or Lease** | | |
|   Balance (1d+2d) | $ N/A* | |
| **Total Net Trade-In (1e+2e)** | $ N/A* | |
| (*See item 6A–6C in the Itemization of Amount Financed.) | | |

**OPTION:** ☒ You pay no finance charge if the Amount Financed, item 7, is paid in full on or before 05/28 , Year 2021

SELLER'S INITIALS

---

**Trade-In Payoff Agreement:** Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle(s) to arrive at the payoff amount shown as the Prior Credit or Lease Balance in Trade-In Vehicle(s). You understand that the amount quoted is an estimate.

Seller agrees to pay the payoff amount shown as the Prior Credit or Lease Balance in Trade-In Vehicle(s) to the lienholder or lessor of the trade-in vehicle(s), or its designee. If the actual payoff amount is more than the amount shown as the Prior Credit or Lease Balance in Trade-In Vehicle(s), you must pay the Seller the excess on demand. If the actual payoff

**OTHER IMPORTANT AGREEMENTS**

**1. FINANCE CHARGE AND PAYMENTS**

   **a. How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed. Seller - Creditor may receive part of the Finance Charge.

   **b. How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.

   **c. How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

   **d. You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment. As of the date of your payment, if the minimum finance charge is greater than the earned Finance Charge, you may be charged the difference; the minimum finance charge is as follows: (1) $25 if the original Amount Financed does not exceed $1,000, (2) $50 if the original Amount Financed is more than $1,000 but not more than $2,000, or (3) $75 if the original Amount Financed is more than $2,000.

**2. YOUR OTHER PROMISES TO US**

   **a. If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

> **GAP LIABILITY NOTICE**
> In the event of theft or damage to your vehicle that results in a total loss, there may be a gap between the amount you owe under this contract and the proceeds of your insurance settlement and deductible. **THIS CONTRACT PROVIDES THAT YOU ARE LIABLE FOR THE GAP AMOUNT.** An optional debt cancellation agreement for coverage of the gap amount may be offered for an additional charge.

   **b. Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

   **c. Security Interest.**
   You give us a security interest in:
   • The vehicle and all parts or goods put on it;
   • All money or goods received (proceeds) for the vehicle;
   • All insurance, maintenance, service, or other contracts we finance for you; and
   • All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.
   This secures payment of all you owe on this contract. It also secures your other agreements in this contract as the law allows. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

   **d. Insurance you must have on the vehicle.**
   You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the

   **e. What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

**3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

   **a. You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.

   **b. You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once, subject to any right the law gives you to reinstate this contract.
   Default means:
   • You do not pay any payment on time;
   • You give false, incomplete, or misleading information on a credit application;
   • You start a proceeding in bankruptcy or one is started against you or your property;
   • The vehicle is lost, damaged or destroyed; or
   • You break any agreements in this contract.
   The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

   **c. You may have to pay collection costs.** You will pay our reasonable costs to collect what you owe, including attorney fees, court costs, collection agency fees, and fees paid for other reasonable collection efforts. You agree to pay a charge not to exceed $15 if any check you give to us is dishonored.

   **d. We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

   **e. How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). You may redeem the vehicle by paying all you owe, or you may have the right to reinstate this contract and redeem the vehicle by paying past due payments and any late charges, providing proof of insurance, and/or taking other action to cure the default. We will provide you all notices required by law to tell you when and how much to pay and/or what action you must take to redeem the vehicle.

   **f. We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
   We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at the Annual Percentage Rate shown on page 1 of this contract, not to exceed the highest rate permitted by law, until you pay.

   **g. What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is

**4. WARRANTIES SELLER DISCLAIMS**
If you do not get a written warranty, and the Seller does not enter into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.

This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. If the Seller has sold you a certified used vehicle, the warranty of merchantability is not disclaimed.

**5. Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

**6. SERVICING AND COLLECTION CONTACTS**
You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you. **You agree that you will within a reasonable time notify us of any change in your name, address, or employment.**

**7. APPLICABLE LAW**
Federal law and California law apply to this contract. If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

**8. WARRANTIES OF BUYER**
You promise you have given true and correct information in your application for credit, and you have no knowledge that will make that information untrue in the future. We have relied on the truth and accuracy of that information in entering into this contract. Upon request, you will provide us with documents and other information necessary to verify any item contained in your credit application.

You waive the provisions of Calif. Vehicle Code Section 1808.21 and authorize the California Department of Motor Vehicles to furnish your residence address to us.

**CREDIT DISABILITY INSURANCE NOTICE AND CLAIM PROCEDURE**

If you become disabled, you must tell us right away. (You are advised to send this information to the same address to which you are normally required to send your payments, unless a different address or telephone number is given to you in writing by us as the location where we would like to be notified.) We will tell you where to get claim forms. You must send in the completed form to the insurance company as soon as possible and tell us as soon as you do.

If your disability insurance covers all of your missed payment(s), WE CANNOT TRY TO COLLECT WHAT YOU OWE OR FORECLOSE UPON OR REPOSSESS ANY COLLATERAL UNTIL THREE CALENDAR MONTHS AFTER your first missed payment is due or until the insurance company pays or rejects your claim, whichever comes first. We can, however, try to collect, foreclose, or repossess if you have any money due and owing us or are otherwise in default when your disability claim is made or if a senior mortgage or lien holder is foreclosing.

If the insurance company pays the claim within the three calendar months, we must accept the money as though you paid on time. If the insurance company rejects the claim within the three calendar months or accepts the claim within the three calendar months on a partial disability and pays less than for a total disability, you will have 35 days from the date that the rejection or the acceptance of the partial disability claim is sent to pay past due payments, or the difference between the past due payments and what the insurance company pays for the partial disability, plus late charges. You can contact us, and we will tell you how much you owe. After that time, we can take action to collect or foreclose or repossess any collateral you may have given.

If the insurance company accepts your claim but requires that you send in additional forms to remain eligible for continued payments, you should send in these completed additional forms no later than required. If you do not send in these forms on time, the insurance company may stop paying, and we will then be able to take action to collect or foreclose or repossess any collateral you may have given.

---

**Seller's Right to Cancel**

a. Seller agrees to deliver the vehicle to you on the date this contract is signed by Seller and you. You understand that it may take some time for Seller to verify your credit and assign the contract. You agree that if Seller is unable to assign the contract to any one of the financial institutions with whom Seller regularly does business under an assignment acceptable to Seller, Seller may cancel the contract.

b. Seller shall give you written notice (or in any other manner in which actual notice is given to you) within 10 days of the date this contract is signed if Seller elects to cancel. Upon receipt of such notice, you must immediately return the vehicle to Seller in the same condition as when sold, reasonable wear and tear excepted. Seller must give back to you all consideration received by Seller, including any trade-in vehicle.

c. If you do not immediately return the vehicle, you shall be liable for all expenses incurred by Seller in taking the vehicle from you, including reasonable attorney's fees.

d. While the vehicle is in your possession, all terms of the contract, including those relating to use of the vehicle and insurance for the vehicle, shall be in full force and you shall assume all risk of loss or damage to the vehicle. You must pay all reasonable costs for repair of any damage to the vehicle until the vehicle is returned to Seller.

---

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

## ARBITRATION PROVISION
### PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS

1. **EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.**
2. **IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.**
3. **DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.**

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose the American Arbitration Association, 1633 Broadway, 10th Floor, New York, New York 10019 (www.adr.org), or any other organization to conduct the arbitration subject to our approval. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $5000, unless the law or the rules of the chosen arbitration organization require us to pay more. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et. seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Provision shall be unenforceable.

---

N/A

---

**Notice to buyer:** (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

If you have a complaint concerning this sale, you should try to resolve it with the seller.

Complaints concerning unfair or deceptive practices or methods by the seller may be referred to the city attorney, the district attorney, or an investigator for the Department of Motor Vehicles, or any combination thereof. After this contract is signed, the seller may not change the financing or payment terms unless you agree in writing to the change. You do not have to agree to any change, and it is an unfair or deceptive practice for the seller to make a unilateral change.

Buyer Signature X _____   Co-Buyer Signature X _____ N/A _____

---

### The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.

| | |
|---|---|
| **THERE IS NO COOLING-OFF PERIOD UNLESS YOU OBTAIN A CONTRACT CANCELLATION OPTION** | YOU AGREE TO THE TERMS OF THIS CONTRACT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU ACKNOWLEDGE THAT YOU HAVE READ ALL PAGES OF THIS CONTRACT, INCLUDING THE ARBITRATION PROVISION ABOVE, BEFORE SIGNING BELOW. YOU CONFIRM THAT YOU RECEIVED A COMPLETELY FILLED-IN COPY WHEN YOU SIGNED IT. |

California law does not provide for a "cooling-off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. After you sign below, you may only cancel this contract with the agreement of the seller or for legal cause, such as fraud. However, California law does require a seller to offer a two-day contract cancellation option on used vehicles with a purchase price of less than forty thousand dollars ($40,000), subject to certain statutory conditions. This contract cancellation option requirement does not apply to the sale of a recreational vehicle, a motorcycle, or an off-highway motor vehicle subject to identification under California law. See the vehicle contract cancellation option agreement for details.

Buyer Signature X _____ Date _05/28/2021_   Co-Buyer Signature X _____ N/A _____   Date _N/A_

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other Owner Signature X ____ N/A ____   Address ____ N/A ____ .

**GUARANTY** To induce us to sell the vehicle to Buyer, each person who signs as a Guarantor individually guarantees the payment of this contract. If Buyer fails to pay any money owing on this contract, each Guarantor must pay it when asked. Each Guarantor will be liable for the total amount owing even if other persons also sign as Guarantor, and even if Buyer has a complete defense to or reimbursement. Each Guarantor agrees to be liable even if we do one or more of the following: (1) give the Buyer more time to pay one or more payments; (2) give a full or partial release to any other Guarantor; (3) release any security; (4) accept less from the Buyer than the total amount owing; or (5) otherwise reach a settlement relating to this contract or extend the contract. Each Guarantor acknowledges receipt of a completed copy of this contract and guaranty at the time of signing. Guarantor waives notice of acceptance of this Guaranty, notice of the Buyer's non-payment, non-performance, and default; and any use of the amount owing at any time; and of any demands upon the Buyer.

1

2

3

4

5

6

7

8

9

10

11

12          **EXHIBIT C**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S COMPLAINT FOR DAMAGES

Customer Number: **40245**

*RITA EVAZYAN*

Invoice No: **287725**
INVOICE



CALSTAR MOTORS, INC.

700 S. BRAND BLVD., GLENDALE, CA 91204
Phone: (818) 246-1800
Internet: www.calstarmercedes.com

**Page 1 of 5**

Cell:

EPA # CAD982318107    BAR# ARD-105345

SERVICE CONSULTANT:  *572 ANDRE K ASHEGHIAN*

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| POLAR WHIT | 19 | MERCEDES LIGHT TRUCK | WDC0G5EB0KF612051 | | 4524/ / 4532 | T7645 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 30JUN19 | DD | | 17:0017:00 | | 0.00 | CASH | 31OCT19 |

| R.O. OPENED | READY | OPTIONS:7:00 29OCT19 0.00 CASH 31OCT19 SOLD-STK:19M1350 DLR:05758 |
|---|---|---|
| 09:19 17OCT19 | 09:39 31OCT19 | ENG:2.0_Liter_Hybrid TRN:A7 |

LINE OPCODE TECH TYPE HOURS          LIST     NET     TOTAL

A CUSTOMER STATES CHECK ENGINE LIGHT IS ON. PLEASE INSPECT AND ADVISE.
CAUSE: .
    541011 PERFORM QUICK TEST
         176 WM08                                          (N/C)
      1 274-200-01-15 COOLANT THERMOSTAT                (N/C)
      4 270-096-01-80 ELASTOMER-MOLDED SEAL           (N/C)
      1 270-096-00-80 ELASTOMER-MOLDED SEAL           (N/C)
      1 Q-1-03-0005 G40 ANTIFREEZE GLYSANTIN G40     (N/C)
    540650 ON-BOARD POWER SUPPLY VOLTAGE MAINTAIN
         (WHEN CHECKING/ TESTING AND TROUBLESHOOTING)
         176 WM08                                          (N/C)
    070641 CHECK ASSEMBLY PARTS OF ENGINE:
         .................. AS PER FAULT CODE
         176 WM08                                          (N/C)
    202470 REMOVE/INSTALL ▆▆▆▆▆▆▆▆▆▆ , REPLACE
         IF NECESSARY
         176 WM08                                          (N/C)
    611086 LOWER ENGINE COMPARTMENT PANELING FRONT
         AND CENTER PARTS REMOVE/INSTALL
         176 WM08                                          (N/C)
PARTS:    0.00   LABOR:     0.00   OTHER:     0.00   TOTAL LINE A:    0.00
4530 REPLACED FAULTY THERMOSTAT
VERIFY COMPLAINT. CONNECT BATTERY CHARGER AND SDS, RUN VEHICLE
TEST. FIND FAULT.
N3/10 ME MOTOR ELECTRONICS .
P012800 COOLANT TEMP BELOW SPEC, 3887MI
INTAKE AIR TEMP (TANS) 76F
FUEL TEMP RAW (TFUELFR) 91F
FUEL TEMP CALC (THDEV) 107F
ENGINE TEMP (TMOT) 114F
ENGINE TEMP AT START (TMST) 113F
AMBIENT TEMP (TUMG) 65F
N127 PTCU POWERTRAIN CONTROL UNIT
P126F64 IMPLAUSIBLE HOT START SIGNAL FROM START/STOP, 4384MI

*R.O.#: 287725*

*VIN.#: WDC0G5EB0KF612051*

**FOR YOUR CONVENIENCE**
SERVICE AND PARTS DEPT. HOURS:
MONDAY THRU FRIDAY: 7:00 A.M. TO 6:30 P.M.

VEHICLES AVAILABLE FOR PICK-UP
MONDAY THRU FRIDAY UNTIL 6:30 P.M.

METHODS OF PAYMENT - SUBJECT TO VERIFICATION
WE ACCEPT THE FOLLOWING:
MASTERCARD - VISA
COMPANY OR PERSONALIZED CHECKS UP TO
$2,000.00 WITH THE FOLLOWING:
1) VALID DRIVERS LICENSE
2) NAME AND ADDRESS (NO P.O. BOX) IMPRINTED ON CHECK

I hereby accept return of the vehicle, acknowledge and approve all repairs as itemized above and, if repairs or charges shown differ from the original estimate, I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN INCREASE IN THE ORIGINAL ESTIMATED PRICE and, if applicable, of the additional warranty work shown. I was given a copy of this invoice, and agree to the terms on the front and reverse sides. All Calstar parts are original Mercedes-Benz or OEM purchased from other than Mercedes-Benz, and are new, unless otherwise specified. Aftermarket parts are identified by the letter "A" following the part number.

NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.

X _____
Customer Signature

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| HAZARDOUS WASTE DISPOSAL FEE | |
| TOTAL CHARGES | |
| LESS INSURANCE/DISC. | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

SERVICE INVOICE #2 ELF ASSIG

*Customer Copy*

Customer Number: **40245**

*RITA EVAZYAN*

Invoice No: **287725**

INVOICE

**CALSTAR** MOTORS, INC.

700 S. BRAND BLVD., GLENDALE, CA 91204
Phone: (818) 246-1800
Internet: www.calstarmercedes.com

**Page 2 of 5**

Cell:

EPA # CAD982318107   BAR# ARD-105345

SERVICE CONSULTANT:  *572 ANDRE K ASHEGHIAN*

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|--|-----|---------|------------------|-----|
| POLAR WHIT | 19 | MERCEDES LIGHT TRUCK | WDC0G5EB0KF612051 | | | 4524/ / 4532 | T7645 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
| 30JUN19 | DD | | 17:0017:00 | | 0.00 | CASH | 31OCT19 |

| R.O. OPENED | READY | |
|-------------|-------|--|
| 09:19 17OCT19 | 09:39 31OCT19 | OPTIONS:7:00 29OCT19 0.00 CASH 31OCT19 SOLD-STK:19M1350 DLR:05758 ENG:2.0_Liter_Hybrid TRN:A7 |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|------|--------|------|------|-------|--|------|-----|-------|

EXHAUST GAS TEMP 32F
COOLANT TEMP 84F
N10/6 FSAM SIGNAL ACQUISITION MODULE
P126F64 IMPLAUSIBLE HOT START SIGNAL FROM START/STOP, 4384MI
P126F64 IS CONSEQUENTIAL FAULT TO P012800.
CHECK FOR SOFTWARE UPDATE IN ENGINE CONTROL UNIT, NONE AVAILABLE.
CHECK ME ACTUAL VALUES, COOLANT TEMP 72F WHEN AMBIENT 77F AND FUEL
TEMP 73F IMPLAUSIBLE. CHECK FOR NEWER ME SOFTWARE AVAILABILITY ALREADY
UP TO DATE. CHECK FOR NEWER PTCU SOFTWARE AVAILABILITY ALREADY UP TO
DATE. PERFORM SCN CODING ME, RECHECK NO CHANGE IN TEMPERATURES. START
'TEST' PROCEDURE FOR THERMOSTAT R48, REQUIRES 60MIN ENGINE IDLE NOT
PRACTICAL. CHECK TEMPERATURES AGAIN, START ENGINE, TEMP ROSE FROM 72F
TO 92F PLAUSIBLE WITHIN 10SEC, PER SDS TEMPERATURE VALUES WITH ENGINE
OFF CANNOT BE TRUSTED. REPLACE THERMOSTAT, VERIFY ENGINE WARMUP
QUICKLY/NORMALLY. CLEAR FAULTS, RECHECK NO FAULTS STORED NO FURTHER
ACTION NEEDED.
                 *******************************************
B Perform Tire Pressure Check and Inflate Service as per CA Code Of
        Regulation 95550. Regulation for Under Inflated Vehicle Tires.
        (does not include additional repairs) $10.00 Value
     TPS Perform Tire Pressure Check and Inflate
        Service as per CA Code Of Regulation 95550.
        Regulation for Under Inflated Vehicle Tires.
        (does not include additional repairs) $10.00
        Value
        176      I                                            (N/C)
PARTS:    0.00  LABOR:      0.00  OTHER:    0.00   TOTAL LINE B:   0.00
4525 TIRE CHECK INSPECT TIRE DEPTH AND CONDITION, SET PRESSURES
32/38 FRONT/REAR PER SPECIFICATION AND RESET TPMS.
                 *******************************************
C I'm Agreeing to receiving Communication messages through Text Message
        and Email on my cell phone.
     TXT I'm Agreeing to receiving Communication
        messages through Text Message and Email on

R.O.#: 287725

VIN.#: WDC0G5EB0KF612051

**FOR YOUR CONVENIENCE**
SERVICE AND PARTS DEPT. HOURS:
MONDAY THRU FRIDAY: 7:00 A.M. TO 6:30 P.M.

**VEHICLES AVAILABLE FOR PICK-UP**
MONDAY THRU FRIDAY UNTIL 6:30 P.M.

METHODS OF PAYMENT - SUBJECT TO VERIFICATION
WE ACCEPT THE FOLLOWING:
MASTERCARD - VISA
COMPANY OR PERSONALIZED CHECKS UP TO
$2,000.00 WITH THE FOLLOWING:
1) VALID DRIVERS LICENSE
2) NAME AND ADDRESS (NO P.O. BOX) IMPRINTED ON CHECK

I hereby accept return of the vehicle, acknowledge and approve all repairs as itemized above and, if repairs or charges shown differ from the original estimate, I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN INCREASE IN THE ORIGINAL ESTIMATED PRICE and, if applicable, of the additional warranty work shown. I was given a copy of this invoice, and agree to the terms on the front and reverse sides. All Calstar parts are original Mercedes-Benz or OEM purchased from other than Mercedes-Benz, and are new, unless otherwise specified. Aftermarket parts are identified by the letter "A" following the part number.

NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.

X _____
Customer Signature

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| HAZARDOUS WASTE DISPOSAL FEE | |
| TOTAL CHARGES | |
| LESS INSURANCE/DISC. | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

SERVICE INVOICE #2 ELF>SMG

*Customer Copy*

Customer Number: **40245**

*RITA EVAZYAN*

Invoice No: **287725**

INVOICE



700 S. BRAND BLVD., GLENDALE, CA 91204
Phone: (818) 246-1800
Internet: www.calstarmercedes.com

EPA # CAD982318107   BAR# ARD-105345

**Page 3 of 5**

Cell:

SERVICE CONSULTANT:   *572 ANDRE K ASHEGHIAN*

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
| POLAR WHIT | 19 | MERCEDES LIGHT TRUCK | WDC0G5EB0KF612051 | | 4524/ / 4532 | T7645 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
| 30JUN19 | DD | | 17:0017:00 | | 0.00 | CASH | 31OCT19 |

| R.O. OPENED | READY | OPTIONS:7:00 29OCT19 0.00 CASH 31OCT19 SOLD-STK:19M1350 DLR:05758 ENG:2.0_Liter_Hybrid TRN:A7 |
|-------------|-------|---|
| 09:19 17OCT19 | 09:39 31OCT19 | |

LINE OPCODE TECH TYPE HOURS         LIST      NET     TOTAL

```
        my cell phone.
        176    I                                        (N/C)
PARTS:    0.00  LABOR:      0.00  OTHER:     0.00  TOTAL LINE C:    0.00
        *********************************************************
```

D INSP- PERFORM COMPLIMENTARY MULTI-POINT INSPECTION WITH A $49.95
     VALUE AT NO CHARGE.
    INSP INSP- PERFORM COMPLIMENTARY MULTI-POINT
       INSPECTION WITH A $49.95 VALUE AT NO CHARGE.

```
        176    I                                        (N/C)
PARTS:    0.00  LABOR:      0.00  OTHER:     0.00  TOTAL LINE D:    0.00
```

4525 MULTIPOINT INSPECTION Performed a multi point inspection as
described on the attached inspection sheet on the following areas:
*Under the hood (visual inspection of hoses, belts, battery cabin
filter, and air filter) ///*Fluid Inspection (Engine oil, Coolant brake
fluid, Power steering fluid and Washer fluid levels) ///*Under vehicle
inspection (Tires condition, visual inspection of the front and brake
pads, C.V. boots, drive train, exhaust system, front and rear
suspension components including check for any fluid leaks under the
car). We also verify no warning lights are illuminated.
       *********************************************************

E CUSTOMER STATES VEHICLE HAS A HARD JERK WHEN STARTING TO DRIVE FROM A
     COMPLETE STOP. TRYED IN DIFFERENT MODE FROM ECO TO SPORT TO
     COMFORT, AND IT STILL HAVE THE HARD JERK. CHECK AND ADVISE.
    NOTE *UNABLE TO VERIFY

```
        176    I                                        (N/C)
PARTS:    0.00  LABOR:      0.00  OTHER:     0.00  TOTAL LINE E:    0.00
```

4529 COULD NOT VERIFY JERK. VERIFIED VIBRATION, NEEDS, SEPARATE
LINE ROAD TEST 10MIN 1.3MI NORMAL OPERATION AT THIS TIME. AFTER
THERMOSTAT REPLACEMENT, ROAD TEST VEHICLE 3.3MI 18MIN INCLUDING ECO,
SPORT, COMFORT MODES WITH HILL STARTS IN FORWARD AND REVERSE. NOTED
VIBRATION DURING HIGH-TORQUE OPERATION NEAR FULL THROTTLE IN FIRST OR
SECOND GEAR, MORE SEVERE IN REVERSE. VIBRATION DOCUMENTED IN
LI22.10-P-069925 NEEDS SHIMS A0089904482 ON LEFT MOUNT, NO BULLETINS OR
PTSS CASES FOR HARD JERK. CONSULT SERVICE ADVISOR FOR COMPLAINT

R.O.#: 287725

VIN.#: WDC0G5EB0KF612051

**FOR YOUR CONVENIENCE**
SERVICE AND PARTS DEPT. HOURS:
MONDAY THRU FRIDAY: 7:00 A.M. TO 6:30 P.M.

VEHICLES AVAILABLE FOR PICK-UP
MONDAY THRU FRIDAY UNTIL 6:30 P.M.

METHODS OF PAYMENT - SUBJECT TO VERIFICATION
WE ACCEPT THE FOLLOWING
MASTERCARD - VISA
COMPANY OR PERSONALIZED CHECKS UP TO
$2,000.00 WITH THE FOLLOWING:
1) VALID DRIVERS LICENSE
2) NAME AND ADDRESS (NO P.O. BOX) IMPRINTED ON CHECK

I hereby accept return of the vehicle, acknowledge and approve all
repairs as itemized above and, if repairs or charges shown differ from
the original estimate, I ACKNOWLEDGE/NOTICE AND ORAL APPROVAL
OF AN INCREASE IN THE ORIGINAL ESTIMATED PRICE and, if
applicable, of the additional warranty work shown. I was given a copy
of this invoice, and agree to the terms on the front and reverse sides. All
Calstar parts are original Mercedes-Benz, or OEM purchased from other
than Mercedes-Benz, and are new, unless otherwise specified.
Aftermarket parts are identified by the letter "A" following the part
number.

NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION
ON BACK.

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| HAZARDOUS WASTE DISPOSAL FEE | |
| TOTAL CHARGES | |
| LESS INSURANCE/DISC. | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

X _____
    Customer Signature

SERVICE INVOICE #2  ELF X50IC

*Customer Copy*

Customer Number: **40245**

*RITA EVAZYAN*

Invoice No: **287725**

INVOICE



**CALSTAR**
*MOTORS, INC.*

700 S. BRAND BLVD., GLENDALE, CA 91204
Phone: (818) 246-1800
Internet: www.calstarmercedes.com

**Page 4 of 5**

**Cell:**

EPA # CAD982318107   BAR# ARD-105345

SERVICE CONSULTANT:  **572 ANDRE K ASHEGHIAN**

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| POLAR WHIT | 19 | MERCEDES LIGHT TRUCK | WDC0G5EB0KF612051 | | 4524/ / 4532 | T7645 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 30JUN19 | DD | | 17:0017:00 | | 0.00 | CASH | 31OCT19 |

| R.O. OPENED | READY | OPTIONS:7:00 29OCT19 0.00 CASH 31OCT19 SOLD-STK:19M1350 DLR:05758 |
|---|---|---|
| 09:19 17OCT19 | 09:39 31OCT19 | ENG:2.0_Liter_Hybrid TRN:A7 |

LINE OPCODE TECH TYPE HOURS · · · · · · · · · · · · · · · · LIST · · · · · NET · · · TOTAL

CLARIFICATION ADVISOR NOT FOUND. CONSULT FOREMAN, CONFIRM TRANSMISSION
NORMAL OPERATION, MOTOR MOUNT SHIM REPAIR NEEDED ON SEPARATE LINE.
ORDERED PARTS.
************************************************************

F COURTESY VEHICLE IS PROVIDED FOR ONE DAY ONLY. ADDITIONAL DAYS WILL
BE AUTHORIZED AS REQUIRED. A PENALTY OF $90.00/DAY WILL APPLY
IF COURTESY VEHICLE IS NOT RETURNED THE SAME DAY WHEN REPAIRS
ARE COMP
CVPL COURTESY VEHICLE IS PROVIDED FOR ONE DAY
ONLY. ADDITIONAL DAYS WILL BE AUTHORIZED AS
REQUIRED. A PENALTY OF $90.00/DAY WILL APPLY
IF COURTESY VEHICLE IS NOT RETURNED THE SAME
DAY WHEN REPAIRS ARE COMP
     176   I                                                      (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE F:   0.00
************************************************************

G** UPON INSPECTION FOUND HEAVY VIBRATION FROM VEHICLE.
CAUSE:
     221019 HYDRAULIC ENGINE MOUNT CHECK, RELEASE
            TENSION AT ENGINE MOUNTS IF NECESSARY
            176 WM08                                              (N/C)
          2 008-990-44-82 SHIM                                    (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE G:   0.00
4532 INSTALL MOTOR MOUNT SHIMS PER LI22.10-P-069925 DURING
DIAGNOSIS OF LINE #E, VERIFIED BODY VIBRATION FROM ENGINE BAY DURING
HIGH-LOAD LOW-GEAR OPERATION, LARGELY REVERSE HILL START. VISUAL
INSPECTION SHOWED DRIVER MOTOR MOUNT TOUCHING MOTOR MOUNT SHIELDING AS
CAUSE OF VIBRATION, MOTOR MOUNT NO LEAKAGE FOUND. REMOVE UNDERTRAY AND
STEERING SHAFT, ADD 2 SHIMS TO MOTOR MOUNT PER LI22.10-P-069925. ROAD
TEST 2MI AND VERIFY SMOOTH OPERATION.
************************************************************

|~|305

R.O.#: 287725

VIN #: WDC0G5EB0KF612051

**FOR YOUR CONVENIENCE**

SERVICE AND PARTS DEPT. HOURS:
MONDAY THRU FRIDAY: 7:00 A.M. TO 6:30 P.M.

**VEHICLES AVAILABLE FOR PICK-UP**
MONDAY THRU FRIDAY UNTIL 6:30 P.M.

METHODS OF PAYMENT - SUBJECT TO VERIFICATION
WE ACCEPT THE FOLLOWING:
MASTERCARD · VISA
COMPANY OR PERSONALIZED CHECKS UP TO
$2,000.00 WITH THE FOLLOWING:
1) VALID DRIVERS LICENSE
2) NAME AND ADDRESS (NO P.O. BOX) IMPRINTED ON CHECK

SERVICE INVOICE #2 ELF X6WC

I hereby accept return of the vehicle, acknowledge and approve all
repairs as itemized above and, if repairs or charges shown differ from
the original estimate, I ACKNOWLEDGE/NOTICE AND ESTIMATE APPROVAL
OF AN INCREASE IN THE ORIGINAL ESTIMATED PRICE and, if
applicable, of the additional warranty work shown. I was advised
of this invoice, and agree to the terms on the front and reverse sides. All
Calstar parts are original Mercedes-Benz or OEM purchased from other
than Mercedes-Benz, and are new, unless otherwise specified.
Aftermarket parts are identified by the letter "A" following the part
number.

NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION
ON BACK.

X _____
Customer Signature

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| HAZARDOUS WASTE DISPOSAL FEE | |
| TOTAL CHARGES | |
| LESS INSURANCE/DISC. | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

*Customer Copy*

Customer Number: **40245**

*RITA EVAZYAN*

Invoice No: **287725**

INVOICE

Page 5 of 5



700 S. BRAND BLVD., GLENDALE, CA 91204
Phone: (818) 246-1800
Internet: www.calstarmercedes.com

EPA # CAD982318107   BAR# ARD-105345

Cell:

SERVICE CONSULTANT:   *572 ANDRE K ASHEGHIAN*

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| POLAR WHIT | 19 | MERCEDES LIGHT TRUCK | WDC0G5EB0KF612051 | | 4524/ / 4532 | T7645 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 30JUN19 | DD | | 17:0017:00 | | 0.00 | CASH | 31OCT19 |

| R.O. OPENED | READY | |
|---|---|---|
| 09:19 17OCT19 | 09:39 31OCT19 | OPTIONS:7:00 29OCT19 0.00 CASH 31OCT19 SOLD-STK:19M1350 DLR:05758 ENG:2.0_Liter_Hybrid TRN:A7 |

LINE OPCODE TECH TYPE HOURS                    LIST      NET      TOTAL
EST:  0.00              17OCT19 09:19   SA: 572

Thermostat is in and repairs
will be completed by Wednesday
10/23/19. Aaron will follow-up

We thank you for choosing Calstar Motors
Mercedes-Benz.
We would appreciate it if you could take the
time to return BOTH surveys sent to your
email address. We value your feedback!
If there are any concerns, please contact
our Service Manager at 818-246-1800

R.O.#: 287725

VIN #: WDC0G5EB0KF612051

---

**FOR YOUR CONVENIENCE**
SERVICE AND PARTS DEPT. HOURS:
MONDAY THRU FRIDAY: 7:00 A.M. TO 6:30 P.M.

VEHICLES AVAILABLE FOR PICK-UP
MONDAY THRU FRIDAY UNTIL 6:30 P.M.

METHODS OF PAYMENT - SUBJECT TO VERIFICATION
WE ACCEPT THE FOLLOWING:
MASTERCARD - VISA
COMPANY OR PERSONALIZED CHECKS UP TO
$2,000.00 WITH THE FOLLOWING:
1) VALID DRIVERS LICENSE
2) NAME AND ADDRESS (NO P.O. BOX) IMPRINTED ON CHECK

I hereby accept return of the vehicle, acknowledge and approve all
repairs as itemized above and, if repairs or charges shown differ from
the original estimate, I ACKNOWLEDGE NOTICE AND ORAL APPROVAL
OF AN INCREASE IN THE ORIGINAL ESTIMATED PRICE and, if
applicable, of the additional warranty work shown. I was given a copy
of this invoice, and agree to the terms on the front and reverse sides. All
Calstar parts are original Mercedes-Benz or OEM purchased from other
than Mercedes-Benz, and are new, unless otherwise specified.
Aftermarket parts are identified by the letter "A" following the part
number.

NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION
ON BACK.

x

Customer Signature

| DESCRIPTION | TOTALS | |
|---|---|---|
| LABOR AMOUNT | $ | 0.00 |
| PARTS AMOUNT | $ | 0.00 |
| GAS, OIL, LUBE | $ | 0.00 |
| SUBLET AMOUNT | $ | 0.00 |
| HAZARDOUS WASTE DISPOSAL FEE | $ | 0.00 |
| TOTAL CHARGES | $ | 0.00 |
| LESS INSURANCE/DISC. | $ | 0.00 |
| SALES TAX | $ | 0.00 |
| PLEASE PAY THIS AMOUNT | $ | 0.00 |

SERVICE INVOICE #2 ELF X8I8C

*Customer Copy*

Customer Number:

Invoice No: **294544**

**WORKORDER**
**REPRINT**
**Page 1 of 1**

*RITA EVAZYAN*

**CALSTAR**
**MOTORS, INC.**

700 S. BRAND BLVD., GLENDALE, CA 91204
Phone: (818) 246-1800
Internet: www.calstarmercedes.com

EPA # CAD982318107   BAR# ARD-105345

**SERVICE ADVISOR: 573 NAVARRO, AGUSTIN Q**

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | ODOMETER IN/OUT | TAG |
|---|---|---|---|---|---|---|
| POLAR WHIT | 19 | MERCEDES LIGHT TRUCK | WDC0G5EB0KF612051 | | 9780 / | T9972 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 30JUN19 D | | | ** WAITER ** | | 0.00 | CASH | |

| R.O. OPENED | READY | OPTIONS: SOLD-STK:19M1350 DLR:05758 ENG:2.0_Liter_Hybrid TRN:A7 |
|---|---|---|
| 10:23 09APR2020 | | |

| LINE | OP CODE | TECH... | TYPE | DESCRIPTIONS/INSTRUCTIONS |
|---|---|---|---|---|
| # F | | | I | GUEST STATES THAT ENGINE COVER IS CRACKED |
| # G | INSP | | I | INSP- PERFORM COMPLIMENTARY MULTI-POINT INSPECTION WITH A $49.95 VALUE AT NO CHARGE. |
| # H | TPS | | I | Perform Tire Pressure Check and Inflate Service as per CA Code Of Regulation 95550. Regulation for Under Inflated Vehicle Tires. (does not include additional repairs) $10.00 |
| # I | QC | | I | Quality Control by Shop Foreman, see Repair Order , dated |
| # J | TXT | | I | I'm Agreeing to receiving Communication messages through Text Message and Email on my cell phone. |

REMOVE ALL VALUABLES
FROM VEHICLE

R.O. #: 294544

VIN #: WDC0G5EB0KF612051

**AUTHORIZATION FOR REPAIRS**

I hereby authorize the repair work to be done with the necessary material, and hereby grant you and/or your employees permission to operate the car or truck herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. In the event of a teardown for inspection, I understand that my vehicle will be reassembled within _____ days of the date shown above, unforeseen complications not withstanding. If I choose not to authorize the services recommended, or if the vehicle is returned before authorized service is performed, a diagnostic and handling charge will be made. Customer agrees to pay any portion of repairs that are determined by the manufacturer are unwarranted conditions, i.e. accident damage, abuse, neglect or mileage discrepancy, etc. YOU WILL BE ALLOWED TO COMPLETE ANY FACTORY AUTHORIZED WARRANTY REPAIRS, I also authorize any sublet repairs that you deem necessary.

SUBJECT TO CONDITIONS ON REVERSE SIDE OF THIS CONTRACT.
PLEASE READ REVERSE SIDE.
NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON REVERSE SIDE
ALL PARTS REMOVED WILL BE DISCARDED UNLESS INSTRUCTED OTHERWISE
☐ SAVE ☐ DISCARD
ALL CHECKS SUBJECT TO APPROVAL _____

**FOR YOUR CONVENIENCE**

SERVICE AND PARTS DEPT. HOURS:
MONDAY THRU FRIDAY: 7:00 A.M. TO 6:30 P.M.

VEHICLES AVAILABLE FOR PICK-UP
MONDAY THRU FRIDAY UNTIL 6:30 P.M.

METHODS OF PAYMENT-SUBJECT TO VERIFICATION
WE ACCEPT THE FOLLOWING:
MASTER CARD-VISA
COMPANY OR PERSONALIZED CHECK UP TO
$2,000.00 WITH THE FOLLOWING:
1) VALID DRIVERS LICENSE
2) NAME AND ADDRESS (NO P.O. BOX)
IMPRINTED ON CHECK

*Customer Copy*

| ORIGINAL ESTIMATE | | REVISED ESTIMATE | | DATE | TIME |
|---|---|---|---|---|---|
| PERSON CONTACTED | | PHONE NO. | | ITEM DISCUSSED | |
| REVISED ESTIMATE | | DATE | TIME | PERSON CONTACTED | |
| PHONE NO. | | CONTACTED BY | | ITEM DISCUSSED | |

**ALL PARTS ARE NEW UNLESS SPECIFIED OTHERWISE.**

(*HAZARDOUS MATERIAL) A charge will be imposed for all hazardous materials removed from your automobile, that must be disposed of as a hazardous waste.
By law, you may choose another licensed smog check facility to perform any needed repairs or adjustments which the Smog Check test indicates necessary.

Customer Number:

Invoice No: **299125**

WORKORDER

**CALSTAR**
MOTORS, INC.

*RITA EVAZYAN*

**Page 1 of 1**

700 S. BRAND BLVD., GLENDALE, CA 91204
Phone: (818) 246-1800
Internet: www.calstarmercedes.com

EPA # CAD982318107   BAR# ARD-105345

**SERVICE ADVISOR: 573 NAVARRO, AGUSTIN Q**

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | ODOMETER IN/OUT | TAG |
|-------|------|-----------|-----|---------|-----------------|-----|
| POLAR WHIT | 19 | MERCEDES LIGHT TRUCK | WDC0G5EB0KF612051 | | 11652 / | T9946 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| 30JUN19 D | | | 11:06 21AUG20 | | 0.00 | CASH | |

| R.O. OPENED | READY | OPTIONS:SOLD-STK:19M1350 DLR:05758 ENG:2.0_Liter_Hybrid TRN:A7 |
|-------------|-------|---|
| 09:39 21AUG2020 | | |

| LINE | OP CODE | TECH... | TYPE | DESCRIPTIONS/INSTRUCTIONS |
|------|---------|---------|------|---------------------------|
| # A | | WM08 | | GUEST STATES THAT AC IS NOT BLOWING COLD |
| # B | CVPL | | I | COURTESY VEHICLE IS PROVIDED FOR ONE DAY ONLY. ADDITIONAL DAYS WILL BE AUTHORIZED AS REQUIRED. A PENALTY OF $90.00/DAY WILL APPLY IF COURTESY VEHICLE IS NOT RETURNED THE SAME DAY WHEN REPAIRS ARE COMP |
| # C | TPS | | I | Perform Tire Pressure Check and Inflate Service as per CA Code Of Regulation 95550. Regulation for Under Inflated Vehicle Tires. (does not include additional repairs) $10.00 Value |
| # D | INSP | | I | INSP- PERFORM COMPLIMENTARY MULTI-POINT INSPECTION WITH A $49.95 VALUE AT NO CHARGE. |

REMOVE ALL VALUABLES
FROM VEHICLE

R.O.#: 299125

VIN #: WDC0G5EB0KF612051

**AUTHORIZATION FOR REPAIRS**

I hereby authorize the repair work to be done with the necessary material, and hereby grant you and/or your employees permission to operate the car or truck herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. In the event of a teardown for inspection, I understand that my vehicle will be reassembled within _____ days of the date shown above, unlessseen complications not withstanding. If I choose not to authorize the services recommended, or if the vehicle is returned before authorized service is performed, a diagnostic and handling charge will be made. Customer agrees to pay any portion of repairs that are determined by the manufacturer are unwarranted conditions, i.e. accident damage, abuse, neglect or mileage discrepancy, etc. YOU WILL BE ALLOWED TO COMPLETE ANY FACTORY AUTHORIZED WARRANTY REPAIRS. I also authorize any sublet repairs that you deem necessary.

SUBJECT TO CONDITIONS ON REVERSE SIDE OF THIS CONTRACT.
PLEASE READ REVERSE SIDE.

NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON REVERSE SIDE
ALL PARTS REMOVED WILL BE DISCARDED UNLESS INSTRUCTED OTHERWISE
☐ SAVE ☐ DISCARD

ALL CHECKS
SUBJECT TO
APPROVAL _____

**FOR YOUR CONVENIENCE**

SERVICE AND PARTS DEPT. HOURS:
MONDAY THRU FRIDAY: 7:00 A.M. TO 6:30 P.M.

VEHICLES AVAILABLE FOR PICK-UP
MONDAY THRU FRIDAY UNTIL 6:30 P.M.

METHODS OF PAYMENT-SUBJECT TO VERIFICATION
WE ACCEPT THE FOLLOWING:
MASTER CARD-VISA
COMPANY OR PERSONALIZED CHECK UP TO
$2,000.00 WITH THE FOLLOWING:
1) VALID DRIVERS LICENSE
2) NAME AND ADDRESS (NO P.O. BOX)
IMPRINTED ON CHECK

*Customer Copy*

| ORIGINAL ESTIMATE | REVISED ESTIMATE | | DATE | TIME |
|---|---|---|---|---|
| PERSON CONTACTED | PHONE NO. | | ITEM DISCUSSED | |
| REVISED ESTIMATE | DATE | TIME | PERSON CONTACTED | |
| PHONE NO. | CONTACTED BY | | ITEM DISCUSSED | |

**ALL PARTS ARE NEW UNLESS SPECIFIED OTHERWISE.**

(*HAZARDOUS MATERIAL) A charge will be imposed for all hazardous materials removed from your automobile, that must be disposed of as a hazardous waste.

By law, you may choose another licensed smog check facility to perform any needed repairs or adjustments which the Smog Check test indicates necessary.

Customer Number:

**Invoice No: 299286**

WORKORDER

*RITA EVAZYAN*

**Page 1 of 1**

**CALSTAR MOTORS, INC.**

700 S. BRAND BLVD., GLENDALE, CA 91204
Phone: (818) 246-1800
Internet: www.calstarmercedes.com

EPA # CAD982318107    BAR# ARD-105345

**SERVICE ADVISOR: *573 NAVARRO, AGUSTIN Q***

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | ODOMETER IN/ OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
| POLAR WHIT | 19 | MERCEDES LIGHT TRUCK | WDC0G5EB0KF612051 | | 11714 / | T9921 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|------------|----------|--------|------|---------|-----------|
| 30JUN19 D | | | 10:18 26AUG20 | | 0.00 | CASH | |

| R.O. OPENED | READY | OPTIONS:SOLD-STK:19M1350 DLR:05758 ENG:2.0_Liter_Hybrid TRN:A7 |
|-------------|-------|------------------------------------------------------------------|
| 07:49 26AUG2020 | | |

| LINE | OP CODE | TECH... | TYPE | DESCRIPTIONS/INSTRUCTIONS |
|------|---------|---------|------|---------------------------|

# A    None                     WM08    CUSTOMER STATES AC NOT BLOWING COLD AIR. CHECK AND
                                        ADVISE.

# B    CVPL                     I       COURTESY VEHICLE IS PROVIDED FOR ONE DAY ONLY.
                                        ADDITIONAL DAYS WILL BE AUTHORIZED AS REQUIRED. A
                                        PENALTY OF $90.00/DAY WILL APPLY IF COURTESY VEHICLE
                                        IS NOT RETURNED THE SAME DAY WHEN REPAIRS ARE COMP

# C    TPS                      I       Perform Tire Pressure Check and Inflate Service as
                                        per CA Code Of Regulation 95550. Regulation for
                                        Under Inflated Vehicle Tires. (does not include
                                        additional repairs) $10.00 Value

# D    INSP                     I       INSP- PERFORM COMPLIMENTARY MULTI-POINT INSPECTION
                                        WITH A $49.95 VALUE AT NO CHARGE.

                                        REMOVE ALL VALUABLES
                                        FROM VEHICLE

R.O.#: 299286

VIN #: WDC0G5EB0KF612051

---

**AUTHORIZATION FOR REPAIRS**

I hereby authorize the repair work to be done with the necessary material, and hereby grant you and/or your employees permission to operate the car or truck herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. In the event of a teardown for inspection, I understand that my vehicle will be reassembled within _____ days of the date shown above, unforeseen complications not withstanding. If I choose not to authorize the services recommended, or if the vehicle is returned before authorized service is performed, a diagnostic and handling charge will be made. Customer agrees to pay any portion of repairs that are determined by the manufacturer are unwarranted conditions, i.e. accident damage, abuse, neglect or mileage discrepancy, etc. YOU WILL BE ALLOWED TO COMPLETE ANY FACTORY AUTHORIZED WARRANTY REPAIRS. I also authorize any sublet repairs that you deem necessary.

SUBJECT TO CONDITIONS ON REVERSE SIDE OF THIS CONTRACT,
PLEASE READ REVERSE SIDE.

NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON REVERSE SIDE
ALL PARTS REMOVED WILL BE DISCARDED UNLESS INSTRUCTED OTHERWISE
☐ SAVE  ☐ DISCARD

ALL CHECKS
SUBJECT TO
APPROVAL

**FOR YOUR CONVENIENCE**

SERVICE AND PARTS DEPT. HOURS:
MONDAY THRU FRIDAY: 7:00 A.M. TO 6:30 P.M.

VEHICLES AVAILABLE FOR PICK-UP
MONDAY THRU FRIDAY UNTIL 6:30 P.M.

METHODS OF PAYMENT-SUBJECT TO VERIFICATION
WE ACCEPT THE FOLLOWING:
MASTER CARD-VISA
COMPANY OR PERSONALIZED CHECK UP TO
$3,000.00 WITH THE FOLLOWING:
1) VALID DRIVERS LICENSE
2) NAME AND ADDRESS (NO P.O. BOX)
IMPRINTED ON CHECK

*Customer Copy*

| ORIGINAL ESTIMATE | | REVISED ESTIMATE | | DATE | TIME |
|-------------------|--|------------------|--|------|------|
| PERSON CONTACTED | | PHONE NO. | | ITEM DISCUSSED | |
| REVISED ESTIMATE | | DATE | TIME | PERSON CONTACTED | |
| PHONE NO. | | CONTACTED BY | | ITEM DISCUSSED | |

**ALL PARTS ARE NEW UNLESS SPECIFIED OTHERWISE.**

(*HAZARDOUS MATERIAL) A charge will be imposed for all hazardous materials removed from your automobile, that must be disposed of as a hazardous waste.
By law, you may choose another licensed smog check facility to perform any needed repairs or adjustments which the Smog Check test indicates necessary.

Customer Number: **40245**

*RITA EVAZYAN*

Invoice No: **299286**
*INVOICE*

Page 1 of 2

Cell:

SERVICE CONSULTANT:  *573 AGUSTIN Q NAVARRO*



700 S. BRAND BLVD., GLENDALE, CA 91204
Phone: (818) 246-1800
Internet: www.calstarmercedes.com

EPA # CAD982318107   BAR# ARD-105345

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | | TAG |
|---|---|---|---|---|---|---|---|---|
| POLAR WHIT | 19 | MERCEDES LIGHT TRUCK | | WDC0G5EB0KF612051 | | 11714/ / 11714 | | T9921 |
| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | |
| 30JUN19 | DD | | 10:1810:18 | | 0.00 | CASH | 27AUG20 | |
| R.O. OPENED | | READY | | OPTIONS:0:18 26AUG20 0.00 CASH 27AUG20 SOLD-STK:19M1350 DLR:05758 ENG:2.0_Liter_Hybrid TRN:A7 | | | | |
| 07:49 26AUG20 | | 12:36 27AUG20 | | | | | | |

LINE OPCODE TECH TYPE HOURS                                        LIST        NET        TOTAL

A CUSTOMER STATES AC NOT BLOWING COLD AIR. CHECK AND ADVISE.
      None CUSTOMER STATES AC NOT BLOWING COLD AIR.
          CHECK AND ADVISE.
          179      I                                                                    (N/C)
PARTS:      0.00  LABOR:      0.00  OTHER:      0.00   TOTAL LINE A:           0.00
11714 A/C IS BLOWING COLD.// PERFORMED REFRIGERANT RECOVERY AND
RECHARGE, RECOVERED 1.25 LBS, RECHARGED 1.48.// NO LEAKS FOUND FOR
A/C.// NO FURTHER WORK DONE.//
          *****************************************************
B COURTESY VEHICLE IS PROVIDED FOR ONE DAY ONLY. ADDITIONAL DAYS WILL
      BE AUTHORIZED AS REQUIRED. A PENALTY OF $90.00/DAY WILL APPLY
      IF COURTESY VEHICLE IS NOT RETURNED THE SAME DAY WHEN REPAIRS
      ARE COMP
      CVPL COURTESY VEHICLE IS PROVIDED FOR ONE DAY
          ONLY. ADDITIONAL DAYS WILL BE AUTHORIZED AS
          REQUIRED. A PENALTY OF $90.00/DAY WILL APPLY
          IF COURTESY VEHICLE IS NOT RETURNED THE SAME
          DAY WHEN REPAIRS ARE COMP
          179      I                                                                    (N/C)
PARTS:      0.00  LABOR:      0.00  OTHER:      0.00   TOTAL LINE B:           0.00
11714 DONE
          *****************************************************
C Perform Tire Pressure Check and Inflate Service as per CA Code Of
      Regulation 95550. Regulation for Under Inflated Vehicle Tires.
      (does not include additional repairs) $10.00 Value
      TPS Perform Tire Pressure Check and Inflate
          Service as per CA Code Of Regulation 95550.
          Regulation for Under Inflated Vehicle Tires.
          (does not include additional repairs) $10.00
          Value
          179      I                                                                    (N/C)
PARTS:      0.00  LABOR:      0.00  OTHER:      0.00   TOTAL LINE C:           0.00
11714 DONE
          *****************************************************

R.O.#: 299286

VIN.#: WDC0G5EB0KF612051

**FOR YOUR CONVENIENCE**
SERVICE AND PARTS DEPT. HOURS:
MONDAY THRU FRIDAY: 7:00 A.M. TO 6:30 P.M.

VEHICLES AVAILABLE FOR PICK-UP
MONDAY THRU FRIDAY UNTIL 6:30 P.M.

METHODS OF PAYMENT - SUBJECT TO VERIFICATION
WE ACCEPT THE FOLLOWING:
MASTERCARD · VISA
COMPANY OR PERSONALIZED CHECKS UP TO
$2,000.00 WITH THE FOLLOWING:
1) VALID DRIVERS LICENSE
2) NAME AND ADDRESS (NO P.O. BOX) IMPRINTED ON CHECK

SERVICE INVOICE #2 ELF R3BC

I hereby accept return of the vehicle, acknowledge and approve all repairs as itemized above and, if repairs or charges shown differ from the original estimate, I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN INCREASE IN THE ORIGINAL ESTIMATED PRICE and, if applicable, of the additional warranty work shown. I was given a copy of this invoice, and agree to the terms on the front and reverse sides. All Calstar parts are original Mercedes-Benz or OEM purchased from other than Mercedes-Benz, and are new, unless otherwise specified. Aftermarket parts are identified by the letter "A" following the part number.

NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.

X _____
  Customer Signature

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| HAZARDOUS WASTE DISPOSAL FEE | |
| TOTAL CHARGES | |
| LESS INSURANCE/DISC. | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

*Customer Copy*

Customer Number: **40245**

*RITA EVAZYAN*

Invoice No: **299286**

*INVOICE*

Page 2 of 2

Cell:

SERVICE CONSULTANT: **573 AGUSTIN Q NAVARRO**


**CALSTAR**
*MOTORS, INC.*

700 S. BRAND BLVD., GLENDALE, CA 91204
Phone: (818) 246-1800
Internet: www.calstarmercedes.com

EPA # CAD982318107   BAR# ARD-105345

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| POLAR WHIT | 19 | MERCEDES LIGHT TRUCK | WDC0G5EB0KF612051 | | 11714/ / 11714 | T9921 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 30JUN19 | DD | | 10:1810:18 | | 0.00 | CASH | 27AUG20 |

| R.O. OPENED | READY | OPTIONS:0:18 26AUG20 0.00 CASH 27AUG20 SOLD-STK:19M1350 DLR:05758 |
|---|---|---|
| 07:49 26AUG20 | 12:36 27AUG20 | ENG:2.0_Liter_Hybrid TRN:A7 |

```
LINE OPCODE TECH TYPE HOURS                        LIST      NET      TOTAL
D  INSP- PERFORM COMPLIMENTARY MULTI-POINT INSPECTION WITH A $49.95
        VALUE AT NO CHARGE.
     INSP INSP- PERFORM COMPLIMENTARY MULTI-POINT
        INSPECTION WITH A $49.95 VALUE AT NO CHARGE.
           179      I                                            (N/C)
PARTS:     0.00 LABOR:    0.00  OTHER:    0.00   TOTAL LINE D:    0.00
 11714 DONE
           *******************************************************
E** CHARGE BATTERIES ON ELECTRIC AND PLUG-IN HYBRID VEHICLES AFTER
        COMPLETION OF REPAIRS.
CAUSE: CHARGE BATTERIES ON ELECTRIC AND PLUG-IN HYBRID VEHICLES AFTER
        COMPLETION OF REPAIRS.
     EVCHARGE CHARGE BATTERIES ON ELECTRIC AND PLUG-IN
        HYBRID VEHICLES AFTER COMPLETION OF REPAIRS.
           179      I                                            (N/C)
PARTS:     0.00 LABOR:    0.00  OTHER:    0.00   TOTAL LINE E:    0.00
 11714 DONE
           *******************************************************
                       We thank you for choosing Calstar Motors
                       Mercedes-Benz.
                       We would appreciate it if you could take the
                       time to return BOTH surveys sent to your
                       email address. We value your feedback!
                       If there are any concerns, please contact
                       our Service Manager at 818-246-1800
```

R.O.# 299286

VIN #: WDC0G5EB0KF612051

**FOR YOUR CONVENIENCE**
SERVICE AND PARTS DEPT. HOURS:
MONDAY THRU FRIDAY: 7:00 A.M. TO 6:30 P.M.

VEHICLES AVAILABLE FOR PICK-UP
MONDAY THRU FRIDAY UNTIL 6:30 P.M.

METHODS OF PAYMENT - SUBJECT TO VERIFICATION
WE ACCEPT THE FOLLOWING
MASTERCARD - VISA
COMPANY OR PERSONALIZED CHECKS UP TO
$2,000.00 WITH THE FOLLOWING
1) VALID DRIVERS LICENSE
2) NAME AND ADDRESS (NO P.O. BOX) IMPRINTED ON CHECK

SERVICE INVOICE #2 LU-X300C

I hereby accept return of the vehicle, acknowledge and approve all repairs as itemized above and, if repairs or charges shown differ from the original estimate, I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN INCREASE IN THE ORIGINAL ESTIMATED PRICE and, if applicable, of the additional warranty work shown. I was given a copy of this invoice, and agree to the terms on the front and reverse sides. All Calstar parts are original Mercedes-Benz or OEM purchased from other than Mercedes-Benz, and are new, unless otherwise specified. Aftermarket parts are identified by the letter "A" following the part number.

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

X _____
   Customer Signature

| DESCRIPTION | TOTALS | |
|---|---|---|
| LABOR AMOUNT | $ | 0.00 |
| PARTS AMOUNT | $ | 0.00 |
| GAS, OIL, LUBE | $ | 0.00 |
| SUBLET AMOUNT | $ | 0.00 |
| HAZARDOUS WASTE DISPOSAL FEE | $ | 0.00 |
| TOTAL CHARGES | $ | 0.00 |
| LESS INSURANCE/DISC. | $ | 0.00 |
| SALES TAX | $ | 0.00 |
| PLEASE PAY THIS AMOUNT | $ | 0.00 |

*Customer Copy*

Customer Number: **40245**

*RITA EVAZYAN*

Invoice No: **306017**

INVOICE



**CALSTAR** MOTORS, INC.

700 S. BRAND BLVD., GLENDALE, CA 91204
Phone: (818) 246-1800
Internet: www.calstarmercedes.com

**Page 1 of 3**

Cell:

EPA # CAD982318107   BAR# ARD-105345

SERVICE CONSULTANT:  *565 GILBERTO MARTINEZ*

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| POLAR WHIT | 19 | MERCEDES LIGHT TRUCK | WDC0G5EB0KF612051 | | 14895/ / 14897 | T1295 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 30JUN19 | DD | | 17:0017:00 | | 0.00 | CASH | 12FEB21 |

| R.O. OPENED | READY | OPTIONS:7:00 09FEB21 0.00 CASH 12FEB21 SOLD-STK:19M1350 DLR:05758 ENG:2.0_Liter_Hybrid TRN:A7 |
|---|---|---|
| 17:13 08FEB21 | 16:30 12FEB21 | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

A VEHICLE TOWED IN
   TOW VEHICLE TOWED IN
       157   I                                  (N/C)
PARTS:    0.00  LABOR:     0.00  OTHER:     0.00   TOTAL LINE A:      0.00
*************************************************
B CUSTOMER STATES VEHICLE HAD MESAGE CAME VEHICLE IS OVERHEATING TO
    PULL OVER AND LET VEHICLE COOL DOWN. CHECK AND ADVISE
CAUSE: .
   541011 PERFORM QUICK TEST
      157 WM08                                 (N/C)
   540650 ON-BOARD POWER SUPPLY VOLTAGE MAINTAIN
     (WHEN CHECKING/ TESTING AND TROUBLESHOOTING)
      157 WM08                                 (N/C)
   201010 CHECK COOLING AND HEATING SYSTEM FOR
     LEAKS, FINDINGS: .........
      157 WM08                                 (N/C)
   540765 ................. CABLE SETCHECK (AFTER
     QUICK TEST)
      157 WM08                                 (N/C)
   611086 LOWER ENGINE COMPARTMENT PANELING FRONT
     AND CENTER PARTS REMOVE/INSTALL
      157 WM08                                 (N/C)
   201291 REMOVE/INSTALL ELECTRIC COOLANT PUMP,
     REPLACE IF NECESSARY
      157 WM08                                 (N/C)
    1 274-200-04-07-80 REMAN COOLANT PUMP        (N/C)
    CORE CHARGE W                              (N/C)
    1 Q-1-03-0005 G40 ANTIFREEZE GLYSANTIN G40    (N/C)
    -1 274-200-04-07-70 CORE COOLANT PUMP       (N/C)
PARTS:    0.00  LABOR:     0.00  OTHER:     0.00   TOTAL LINE B:      0.00
14897 coolant pump malfunction
*WENT TO CHECK THE SDS MACH QUICK TEST IS THERE BUT NEVER GET
UPLOADED TO OUR END-ELECTRONIC TEST DATA*
Verified customer complaint//connected battery

R.O.#: 306017

VIN #: WDC0G5EB0KF612051

**FOR YOUR CONVENIENCE**
SERVICE AND PARTS DEPT. HOURS:
MONDAY THRU FRIDAY: 7:00 A.M. TO 6:30 P.M.

VEHICLES AVAILABLE FOR PICK-UP
MONDAY THRU FRIDAY UNTIL 6:30 P.M.

METHODS OF PAYMENT - SUBJECT TO VERIFICATION
WE ACCEPT THE FOLLOWING:
MASTERCARD - VISA
COMPANY OR PERSONALIZED CHECKS UP TO
$2,000.00 WITH THE FOLLOWING:
1) VALID DRIVERS LICENSE
2) NAME AND ADDRESS (NO P.O. BOX) IMPRINTED ON CHECK

I hereby accept return of the vehicle, acknowledge and approve all repairs as itemized above and, if repairs or charges shown differ from the original estimate, I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN INCREASE IN THE ORIGINAL ESTIMATED PRICE and, if applicable, of the additional warranty work shown. I was given a copy of this invoice, and agree to the terms on the front and reverse sides. All Calstar parts are original Mercedes-Benz or OEM purchased from other than Mercedes-Benz and are new, unless otherwise specified. Aftermarket parts are identified by the letter "A" following the part number.

NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.

x _____
    Customer Signature

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| HAZARDOUS WASTE DISPOSAL FEE | |
| TOTAL CHARGES | |
| LESS INSURANCE/DISC. | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

SERVICE INVOICE #2 ELF KS6C

*Customer Copy*

Customer Number: **40245**

Invoice No: **306017**

INVOICE



*RITA EVAZYAN*

700 S. BRAND BLVD., GLENDALE, CA 91204
Phone: (818) 246-1800
Internet: www.calstarmercedes.com

**Page 2 of 3**

Cell:

EPA # CAD982318107   BAR# ARD-105345

SERVICE CONSULTANT:  **565 GILBERTO MARTINEZ**

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
| POLAR WHIT | 19 | MERCEDES LIGHT TRUCK | WDC0G5EB0KF612051 | | 14895/ / 14897 | T1295 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
| 30JUN19 | DD | | 17:0017:00 | | 0.00 | CASH | 12FEB21 |

| R.O. OPENED | READY | OPTIONS:7:00 09FEB21 0.00 CASH 12FEB21 SOLD-STK:19M1350 DLR:05758 ENG:2.0_Liter_Hybrid TRN:A7 |
|-------------|-------|-----|
| 17:13 08FEB21 | 16:30 12FEB21 | |

```
LINE OPCODE TECH TYPE HOURS                              LIST      NET     TOTAL
maintainer//performed short test found fault U019F87 communication with
the coolant pump has a malfunction//Pressurized coolant circuit checked
for leak ok// Remove connection at coolant pump //Removed and
reinstalled left front carpet//Cable set check Test at sockets 3-4,
measure 13V ok//Check ground W46/1 for tightness ok//Test voltage on
lin line terminal 2, at 9.3V. Test lin wire from M75/11 2 to PTCU A 16,
measure 0.3 ohm and pin fit is tight ok// Test signal wire from M75/11
1 to ME N3/10 M 5, measure 0.3 ohm and pin fit tight ok//Remove fuse
K40/8f107 and verified connections are clean and tight ok//
Intermittent fault in coolant pump M75/11, replace engine coolant
pump//
*0.50 540765 DIAG ZM TIME APPROVED BY SHOP FOREMAN, 02.12.21.*
       ************************************************************
C INSP- PERFORM COMPLIMENTARY MULTI-POINT INSPECTION WITH A $49.95
       VALUE AT NO CHARGE.
    INSP INSP- PERFORM COMPLIMENTARY MULTI-POINT
       INSPECTION WITH A $49.95 VALUE AT NO CHARGE.
       157    I                                                   (N/C)
PARTS:    0.00  LABOR:      0.00  OTHER:      0.00   TOTAL LINE C:    0.00
       ************************************************************
D Perform Tire Pressure Check and Inflate Service as per CA Code Of
       Regulation 95550. Regulation for Under Inflated Vehicle Tires.
       (does not include additional repairs) $10.00 Value
    TPS Perform Tire Pressure Check and Inflate
       Service as per CA Code Of Regulation 95550.
       Regulation for Under Inflated Vehicle Tires.
       (does not include additional repairs) $10.00
       Value
       157    I                                                   (N/C)
PARTS:    0.00  LABOR:      0.00  OTHER:      0.00   TOTAL LINE D:    0.00
14897 F 32PSI R 32PSI
       ************************************************************
E I'm Agreeing to receiving Communication messages through Text Message
    and Email on my cell phone.
```

R.O.#: 306017

VIN #: WDC0G5EB0KF612051

**FOR YOUR CONVENIENCE**

SERVICE AND PARTS DEPT. HOURS:
MONDAY THRU FRIDAY: 7:00 A.M. TO 6:30 P.M.

**VEHICLES AVAILABLE FOR PICK-UP**
MONDAY THRU FRIDAY UNTIL 6:30 P.M.

METHODS OF PAYMENT - SUBJECT TO VERIFICATION
WE ACCEPT THE FOLLOWING:
MASTERCARD - VISA
COMPANY OR PERSONALIZED CHECKS UP TO
$2,000.00 WITH THE FOLLOWING:
1) VALID DRIVERS LICENSE
2) NAME AND ADDRESS (NO P.O. BOX) IMPRINTED ON CHECK

I hereby accept return of the vehicle, acknowledge and approve all repairs as itemized above and, if repairs or charges shown differ from the original estimate, I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN INCREASE IN THE ORIGINAL ESTIMATED PRICE and, if applicable, of the additional warranty work shown. I hereby acknowledge receipt of this invoice, and agree to the terms on the front and reverse sides. All Calstar parts are original Mercedes-Benz or OEM purchased from other than Mercedes-Benz, and are now, unless otherwise specified Aftermarket parts are identified by the letter "A" following the part number

NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.

X _____
   Customer Signature

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| HAZARDOUS WASTE DISPOSAL FEE | |
| TOTAL CHARGES | |
| LESS INSURANCE/DISC. | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

*Customer Copy*

Customer Number: **40245**

*RITA EVAZYAN*

Invoice No: **306017**

INVOICE



CALSTAR MOTORS, INC.

700 S. BRAND BLVD., GLENDALE, CA 91204
Phone: (818) 246-1800
Internet: www.calstarmercedes.com

EPA # CAD982318107   BAR# ARD-105345

**Page 3 of 3**

Cell:

SERVICE CONSULTANT:  **565 GILBERTO MARTINEZ**

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| POLAR WHIT | 19 | MERCEDES LIGHT TRUCK | WDC0G5EB0KF612051 | | 14895/ / 14897 | T1295 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 30JUN19 | DD | | 17:0017:00 | | 0.00 | CASH | 12FEB21 |

| R.O. OPENED | READY | OPTIONS:7:00 09FEB21 0.00 CASH 12FEB21 SOLD-STK:19M1350 DLR:05758 ENG:2.0_Liter_Hybrid TRN:A7 |
|---|---|---|
| 17:13 08FEB21 | 16:30 12FEB21 | |

LINE OPCODE TECH TYPE HOURS                          LIST      NET      TOTAL

```
TXT I'm Agreeing to receiving Communication
    messages through Text Message and Email on
    my cell phone.
         157    I                                            (N/C)
PARTS:   0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE E:    0.00
         ***************************************************

EST: 0.00         08FEB21 17:13  SA: 565
   CONTACT:
*******************************************
```

R.O.#: 306017

VIN.#: WDC0G5EB0KF612051

```
                      We thank you for choosing Calstar Motors
                      Mercedes-Benz.
                      We would appreciate it if you could take the
                      time to return BOTH surveys sent to your
                      email address. We value your feedback!
                      If there are any concerns, please contact
                      our Service Manager at 818-246-1800
```

---

**FOR YOUR CONVENIENCE**
SERVICE AND PARTS DEPT. HOURS:
MONDAY THRU FRIDAY: 7:00 A.M. TO 6:30 P.M.

VEHICLES AVAILABLE FOR PICK-UP
MONDAY THRU FRIDAY UNTIL 6:30 P.M.

METHODS OF PAYMENT - SUBJECT TO VERIFICATION
WE ACCEPT THE FOLLOWING:
MASTERCARD · VISA
COMPANY OR PERSONALIZED CHECKS UP TO
$2,000.00 WITH THE FOLLOWING:
1) VALID DRIVERS LICENSE
2) NAME AND ADDRESS (NO P.O. BOX) IMPRINTED ON CHECK

I hereby accept return of the vehicle, acknowledge and approve all repairs as itemized above and, if repairs or charges shown differ from the original estimate, I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN INCREASE IN THE ORIGINAL ESTIMATED PRICE and, if applicable, of the additional warranty work shown. I was given a copy of this invoice, and agree to the terms on the front and reverse sides. All Calstar parts are original Mercedes-Benz or OEM purchased from other than Mercedes-Benz, and are now, unless otherwise specified. Aftermarket parts are identified by the letter "A" following the part number.

NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.

X _____
Customer Signature

| DESCRIPTION | TOTALS | |
|---|---|---|
| LABOR AMOUNT | $ | 0.00 |
| PARTS AMOUNT | $ | 0.00 |
| GAS, OIL, LUBE | $ | 0.00 |
| SUBLET AMOUNT | $ | 0.00 |
| HAZARDOUS WASTE DISPOSAL FEE | $ | 0.00 |
| TOTAL CHARGES | $ | 0.00 |
| LESS INSURANCE/DISC. | $ | 0.00 |
| SALES TAX | $ | 0.00 |
| PLEASE PAY THIS AMOUNT | $ | 0.00 |

*Customer Copy*

# Repair Order Detail - Customer Copy

RO Number: 306017 　　　RO Status: ALL LAB. POSTED

Customer: EVAZYAN,RITA
Phone(s): Contact: ( ███████ )　　Main: █████████ 　　█████ Cell: █████████
Vehicle: WDC0G5EB0KF612051　　2019　GLC350E4　　POLAR_WHI-TE

Mileage: 14,895　　　　Payment type: CASH　　　Waiter: No
Service advisor: 565　　Promised time: 05:00 PM　　Estimate:　0.00
Tag number: T1295　　　Promised date: 02/09/2021

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

| | | | | |
|---|---|---|---|---|
| A | VEHICLE TOWED IN | | | |
| | TOW | I | VEHICLE TOWED IN | N/C |
| | Tech(s):　157 | | | |
| Pts: | 0.00 Lbr: | 0.00 Other: | 0.00 Total Line A: | 0.00 |

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

| | | | | |
|---|---|---|---|---|
| B | CUSTOMER STATES VEHICLE HAD MESAGE CAME VEHICLE IS OVERHEATING TO PULL OVER AND LET VEHICLE COOL DOWN. CHECK AND ADVISE | | | |
| | 541011　　　WM08 | PERFORM QUICK TEST | | N/C |
| | Tech(s):　157 | | | |
| | 274-200-04-07-80 | 1 | REMAN COOLANT PUMP | N/C |
| | Q-1-03-0005 | 1 | G40 ANTIFREEZE GLYSANTIN G40 | N/C |
| | 274-200-04-07-70 | -1 | CORE COOLANT PUMP | N/C |
| | 540650　　　WM08 | ON-BOARD POWER SUPPLY VOLTAGE MAINTAIN (WHEN CHECKING/ TESTING AND TROUBLESHOOTING) | | N/C |
| | Tech(s):　157 | | | |
| | 201010　　　WM08 | CHECK COOLING AND HEATING SYSTEM FOR LEAKS, FINDINGS: .......... | | N/C |
| | Tech(s):　157 | | | |
| | 540765　　　WM08 | ................... CABLE SETCHECK (AFTER QUICK TEST) | | N/C |
| | Tech(s):　157 | | | |
| | 611086　　　WM08 | LOWER ENGINE COMPARTMENT PANELING FRONT AND CENTER PARTS REMOVE/INSTALL | | N/C |
| | Tech(s):　157 | | | |
| | 201291　　　WM08 | REMOVE/INSTALL ELECTRIC COOLANT PUMP, REPLACE IF NECESSARY | | N/C |
| | Tech(s):　157 | | | |
| Pts: | 0.00 Lbr: | 0.00 Other: | 0.00 Total Line B: | 0.00 |

Story: 14897 coolant pump malfunction  *WENT TO CHECK THE SDS MACH QUICK TEST IS THERE BUT NEVER GET UPLOADED TO OUR END-ELECTRONIC TEST DATA* Verified customer complaint//connected battery maintainer//performed short test found fault U019F87 communication with the coolant pump

Page 1, Created: 02/12/2021 01:21:50 PM

# Repair Order Detail - Customer Copy

RO Number: 306017          RO Status: ALL LAB. POSTED

Customer: EVAZYAN,RITA
Phone(s): Contact: ███████  Main: ███████  Cell: ███████
Vehicle: WDC0G5EB0KF612051      2019    GLC350E4      POLAR_WHI-
                                                      TE

Mileage: 14,895                Payment type: CASH          Waiter: No
Service advisor: 565           Promised time: 05:00 PM     Estimate:      0.00
Tag number: T1295              Promised date: 02/09/2021

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

has a malfunction//Pressurized coolant circuit checked for
leak ok// Remove connection at coolant pump//Removed and
reinstalled left front carpet//Cable set check Test at
sockets 3-4, measure 13V ok//Check ground W46/1 for
tightness ok//Test voltage on lin line terminal 2, at 9.3V.
Test lin wire from M75/11 2 to PTCU A 16, measure 0.3 ohm
and pin fit is tight ok// Test signal wire from M75/11 1 to
ME N3/10 M 5, measure 0.3 ohm and pin fit tight ok//Remove
fuse K40/8f107 and verified connections are clean and tight
ok// Intermittent fault in coolant pump M75/11, replace
engine coolant pump//.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

C       INSP- PERFORM COMPLIMENTARY MULTI-POINT INSPECTION WITH A $49.95
        VALUE AT NO CHARGE.

| | | | |
|---|---|---|---|
| INSP | I | INSP- PERFORM COMPLIMENTARY MULTI-POINT INSPECTION WITH A $49.95 VALUE AT NO CHARGE. | N/C |

        Tech(s):  157
Pts:            0.00  Lbr:          0.00  Other:          0.00  Total Line C:          0.00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

D       Perform Tire Pressure Check and Inflate Service as per CA Code Of
        Regulation 95550.  Regulation for Under Inflated Vehicle Tires.
        (does not include additional repairs) $10.00 Value

| | | | |
|---|---|---|---|
| TPS | I | Perform Tire Pressure Check and Inflate Service as per CA Code Of Regulation 95550.  Regulation for Under Inflated Vehicle Tires.  (does not include additional repairs) $10.00 Value | N/C |

        Tech(s):  157
Pts:            0.00  Lbr:          0.00  Other:          0.00  Total Line D:          0.00
    Story: 14897   F 32PSI R 32PSI
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

E       I'm Agreeing to receiving Communication messages through Text
        Message and Email on my cell phone.

| | | | |
|---|---|---|---|
| TXT | I | I'm Agreeing to | N/C |

# Repair Order Detail - Customer Copy

RO Number: 306017          RO Status: ALL LAB. POSTED

Customer: EVAZYAN,RITA
Phone(s): Contact: ███████████          Main: ███████████          Cell: ███████████
Vehicle: WDC0G5EB0KF612051          2019    GLC350E4          POLAR_WHI-
TE

Mileage: 14,895                    Payment type: CASH          Waiter: No
Service advisor: 565               Promised time: 05:00 PM     Estimate:      0.00
Tag number: T1295                  Promised date: 02/09/2021

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

                              receiving
                              Communication
                              messages through Text
                              Message and Email on
                              my cell phone.
           Tech(s):   157
Pts:              0.00 Lbr:            0.00 Other:         0.00 Total Line E:        0.00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

                              Customer Pay
                              Labor                                          0.00
                              Parts                                          0.00
                              Lube                                           0.00
                              Sublet                                         0.00
                              Miscellaneous/Shop Charge                      0.00
                              Deductible                                     0.00
                              Total Charges                                  0.00
                              Less Insurance/Adjustment                      0.00
                              Sales Tax                                      0.00
                              Total                                          0.00



Customer Number: **40245**

*RITA EVAZYAN*

Invoice No: **311253**

*INVOICE*

**Page 1 of 3**

**CALSTAR**
**MOTORS, INC.**

700 S. BRAND BLVD., GLENDALE, CA 91204
Phone: (818) 246-1800
Internet: www.calstarmercedes.com

EPA # CAD982318107   BAR# ARD-105345

Cell:
HOMESERVICE CONSULTANT:   **565 GILBERTO MARTINEZ**

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| POLAR WHIT | 19 | MERCEDES LIGHT TRUCK | WDC0G5EB0KF612051 | | 19625/ / 19625 | T275 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 23MAY21 | DD | | 17:0017:00 | | 0.00 | CASH | 10JUN21 |

| R.O. OPENED | READY | OPTIONS:7:00 10JUN21 0.00 CASH 10JUN21 SOLD-STK:212P283 DLR:05758 ENG:2.0_Liter_Hybrid TRN:A9 |
|---|---|---|
| 08:58 10JUN21 | 13:22 10JUN21 | |

LINE OPCODE TECH TYPE HOURS                                      LIST        NET        TOTAL

A CUSTOMER STATES RADIO VOLUME GOES UP AND DOWN ON ITS OWN HAPPENS ON
     AM, OR FM STATIONS. CHECK AND ADVISE.
     None CUSTOMER STATES RADIO VOLUME GOES UP AND
          DOWN ON ITS OWN HAPPENS ON AM, OR FM
          STATIONS. CHECK AND ADVISE.
               188      I                                                              (N/C)
PARTS:      0.00  LABOR:       0.00   OTHER:       0.00   TOTAL LINE A:         0.00
  19625 AUTOMATIC VOLUME ADJUSTMENT SETTING ON TURNED OFF AUTOMATIC
  VOLUME ADJUSTMENT
               ***************************************************

B CUSTOMER STATES WHEN SELECTING ELECTRIC MODE VEHICLE WILL NOT CHANGE,
     THIS IS INTERMITENT. CHECK AND ADVISE
     54 ENGINE ELECTRICAL
               188      I                                                              (N/C)
PARTS:      0.00  LABOR:       0.00   OTHER:       0.00   TOTAL LINE B:         0.00
  19625 PERFORM FUNCTION TEST. COULD NOT DUPLICATE CUSTOMER CONCERN.
  CONNECT BATTERY CHARGER. PERFORM QUICK TEST. FOUND NO CODES RELATED TO
  CUSTOMER CONCERN.
               ***************************************************

C CLIENT OPTED NOT TO REPLACE TIRES
     40 ADVISORY
               188      I                                                              (N/C)
PARTS:      0.00  LABOR:       0.00   OTHER:       0.00   TOTAL LINE C:         0.00
               ***************************************************

D INSP- PERFORM COMPLIMENTARY MULTI-POINT INSPECTION WITH A $49.95
          VALUE AT NO CHARGE.
     INSP INSP- PERFORM COMPLIMENTARY MULTI-POINT
          INSPECTION WITH A $49.95 VALUE AT NO CHARGE.
               188      I                                                              (N/C)
PARTS:      0.00  LABOR:       0.00  OTHER:       0.00   TOTAL LINE D:         0.00
               ***************************************************

E Perform Tire Pressure Check and Inflate Service as per CA Code Of
     Regulation 95550. Regulation for Under Inflated Vehicle Tires.
     (does not include additional repairs) $10.00 Value

R.O.#: 311253

VIN.#: WDC0G5EB0KF612051

**FOR YOUR CONVENIENCE**
SERVICE AND PARTS DEPT. HOURS:
MONDAY THRU FRIDAY: 7:30 A.M. TO 5:30 P.M.
SATURDAY 8 A.M. TO 1 P.M.

METHODS OF PAYMENT - SUBJECT TO VERIFICATION
WE ACCEPT THE FOLLOWING.
MASTERCARD - VISA
COMPANY OR PERSONALIZED CHECKS UP TO
$2,000.00 WITH THE FOLLOWING.
1) VALID DRIVERS LICENSE
2) NAME AND ADDRESS (NO P O BOX) IMPRINTED ON CHECK

I hereby accept return of the vehicle, acknowledge and approve all repairs as itemized above and, if repairs or charges shown differ from the original estimate, I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN INCREASE IN THE ORIGINAL ESTIMATED PRICE and, if applicable, of the additional warranty work shown. I was given a copy of this invoice, and agree to the terms on the front and reverse sides. All Calstar parts are original Mercedes-Benz or OEM purchased from other than Mercedes-Benz, and are new, unless otherwise specified. Aftermarket parts are identified by the letter "A" following the part number.

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

X _____
     Customer Signature

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| HAZARDOUS WASTE DISPOSAL FEE | |
| TOTAL CHARGES | |
| LESS INSURANCE/DISC. | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

SERVICE INVOICE #3 ELF1-S-8JC

*Customer Copy*

Customer Number: **40245**

Invoice No: **311253**

*INVOICE*



*RITA EVAZYAN*

**Page 2 of 3**

700 S. BRAND BLVD., GLENDALE, CA 91204
Phone: (818) 246-1800
Internet: www.calstarmercedes.com

Cell:

EPA # CAD982318107    BAR# ARD-105345

SERVICE CONSULTANT: *565 GILBERTO MARTINEZ*

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| POLAR WHIT | 19 | MERCEDES LIGHT TRUCK | WDC0G5EB0KF612051 | | 19625/ / 19625 | T275 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 23MAY21 | DD | | 17:0017:00 | | 0.00 | CASH | 10JUN21 |

| R.O. OPENED | READY | OPTIONS:7:00 1JUN21 0.00 CASH 10JUN21 SOLD-STK:212P283 DLR:05758 |
|---|---|---|
| 08:58 10JUN21 | 13:22 10JUN21 | ENG:2.0_Liter_Hybrid TRN:A9 |

LINE OPCODE TECH TYPE HOURS                                     LIST        NET        TOTAL

```
     TPS Perform Tire Pressure Check and Inflate
         Service as per CA Code Of Regulation 95550.
         Regulation for Under Inflated Vehicle Tires.
         (does not include additional repairs) $10.00
         Value
            188    I                                              (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE E:    0.00
         ********************************************************
F I'm Agreeing to receiving Communication messages through Text Message
     and Email on my cell phone.
     TXT I'm Agreeing to receiving Communication
         messages through Text Message and Email on
         my cell phone.
            188    I                                              (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE F:    0.00
         ********************************************************
G COURTESY VEHICLE IS PROVIDED FOR ONE DAY ONLY. ADDITIONAL DAYS WILL
     BE AUTHORIZED AS REQUIRED. A PENALTY OF $90.00/DAY WILL APPLY
     IF COURTESY VEHICLE IS NOT RETURNED THE SAME DAY WHEN REPAIRS
     ARE COMP
     CVPL COURTESY VEHICLE IS PROVIDED FOR ONE DAY
         ONLY. ADDITIONAL DAYS WILL BE AUTHORIZED AS
         REQUIRED. A PENALTY OF $90.00/DAY WILL APPLY
         IF COURTESY VEHICLE IS NOT RETURNED THE SAME
         DAY WHEN REPAIRS ARE COMP
            188    I                                              (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE G:    0.00
         ********************************************************

EST: 0.00          10JUN21 08:58  SA: 565
   CONTACT:
********************************************************
```

|~|305

R.O.#: 311253

VIN.#: WDC0G5EB0KF612051

**FOR YOUR CONVENIENCE**

SERVICE AND PARTS DEPT. HOURS:
MONDAY THRU FRIDAY: 7:30 A.M. TO 5:30 P.M.
SATURDAY 8 A.M. TO 1 P.M.

METHODS OF PAYMENT - SUBJECT TO VERIFICATION
WE ACCEPT THE FOLLOWING:
MASTERCARD - VISA
COMPANY OR PERSONALIZED CHECKS UP TO
$2,000.00 WITH THE FOLLOWING:
1) VALID DRIVERS LICENSE
2) NAME AND ADDRESS (NO P.O. BOX) IMPRINTED ON CHECK

I hereby accept return of the vehicle, acknowledge and approve all
repairs as itemized above and, if repairs or charges shown differ from
the original estimate, I ACKNOWLEDGE NOTICE AND ORAL APPROVAL
OF AN INCREASE IN THE ORIGINAL ESTIMATED PRICE and, if
applicable, of the additional warranty work shown. I was given a copy
of this invoice, and agree to the terms on the front and reverse sides. All
Calstar parts are original Mercedes-Benz or OEM purchased from other
than Mercedes-Benz, and are new, unless otherwise specified.
Aftermarket parts are identified by the letter "A" following the part
number.

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION
ON BACK.**

X _____
   Customer Signature

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| HAZARDOUS WASTE DISPOSAL FEE | |
| TOTAL CHARGES | |
| LESS INSURANCE/DISC. | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

SERVICE #INVOICE #2 ELF XSBC

*Customer Copy*

Customer Number: 40245

Invoice No: **311253**

*INVOICE*

**CALSTAR**
MOTORS, INC.

*RITA EVAZYAN*

**Page 3 of 3**

700 S. BRAND BLVD., GLENDALE, CA 91204
Phone: (818) 246-1800
Internet: www.calstarmercedes.com

Cell:

EPA # CAD982318107   BAR# ARD-105345

SERVICE CONSULTANT:  **565 GILBERTO MARTINEZ**

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| POLAR WHIT | 19 | MERCEDES LIGHT TRUCK | WDC0G5EB0KF612051 | | 19625/ / 19625 | T275 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 23MAY21 | DD | | 17:0017:00 | | 0.00 | CASH | 10JUN21 |

| R.O. OPENED | READY | OPTIONS:7:00 10JUN21 0.00 CASH 10JUN21 SOLD-STK:212P283 DLR:05758 ENG:2.0_Liter_Hybrid TRN:A9 |
|---|---|---|
| 08:58 10JUN21 | 13:22 10JUN21 | |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|

We thank you for choosing Calstar Motors
Mercedes-Benz.
We would appreciate it if you could take the
time to return BOTH surveys sent to your
email address! We value your feedback!
If there are any concerns, please contact
our Service Manager at 818-246-1800

R.O.#: 311253

VIN #: WDC0G5EB0KF612051

**FOR YOUR CONVENIENCE**

SERVICE AND PARTS DEPT. HOURS:
MONDAY THRU FRIDAY: 7:30 A.M. TO 5:30 P.M.
SATURDAY 8 A.M. TO 1 P.M.

METHODS OF PAYMENT - SUBJECT TO VERIFICATION
WE ACCEPT THE FOLLOWING:
MASTERCARD - VISA
COMPANY OR PERSONALIZED CHECKS UP TO
$2,000.00 WITH THE FOLLOWING
1) VALID DRIVERS LICENSE
2) NAME AND ADDRESS (NO P.O. BOX) IMPRINTED ON CHECK

I hereby accept return of the vehicle, acknowledge and approve all
repairs as itemized above and, if repairs or charges shown differ from
the original estimate, I ACKNOWLEDGE NOTICE AND ORAL APPROVAL
OF AN INCREASE IN THE ORIGINAL ESTIMATED PRICE and, if
applicable, of the additional warranty work shown. I was given a copy
of this invoice, and agree to the terms on the front and reverse sides. All
Calstar parts are original Mercedes-Benz or OEM purchased from other
than Mercedes-Benz, and are new, unless otherwise specified.
Aftermarket parts are identified by the letter "A" following the part
number.

NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION
ON BACK.

X _____
Customer Signature

| DESCRIPTION | | TOTALS |
|---|---|---|
| LABOR AMOUNT | $ | 0.00 |
| PARTS AMOUNT | $ | 0.00 |
| GAS, OIL, LUBE | $ | 0.00 |
| SUBLET AMOUNT | $ | 0.00 |
| HAZARDOUS WASTE DISPOSAL FEE | $ | 0.00 |
| TOTAL CHARGES | $ | 0.00 |
| LESS INSURANCE/DISC. | $ | 0.00 |
| SALES TAX | $ | 0.00 |
| **PLEASE PAY THIS AMOUNT** | $ | **0.00** |

SERVICE INVOICE #2 CLF XSMC

*Customer Copy*

Customer Number: 40245

*RITA EVAZYAN*

Invoice No: **316139**

*INVOICE*


CALSTAR MOTORS, INC.

700 S. BRAND BLVD., GLENDALE, CA 91204
Phone: (818) 246-1800
Internet: www.calstarmercedes.com

**Page 1 of 3**

Cell:
HOMESERVICE CONSULTANT: **565 GILBERTO MARTINEZ**

EPA # CAD982318107   BAR# ARD-105345

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| POLAR WHIT | 19 | MERCEDES LIGHT TRUCK | WDC0G5EB0KF612051 | | 24900/ / 24903 | T165 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 23MAY21 | DD | | 17:0017:00 | | 220.00 | CASH | 12OCT21 |

| R.O. OPENED | READY | OPTIONS:7:00 07OCT21 220.00 CASH 12OCT21 SOLD-STK:212P283 |
|---|---|---|
| 08:13 07OCT21 | 10:38 12OCT21 | DLR:05758 ENG:2.0_Liter_Hybrid TRN:A9 |

LINE OPCODE TECH TYPE HOURS                                    LIST        NET        TOTAL

```
A Quality Control by Shop Foreman, see Repair Order , dated
    QC Quality Control by Shop Foreman, see Repair
    Order , dated
        188     I                                                      (N/C)
PARTS:    0.00  LABOR:     0.00  OTHER:     0.00   TOTAL LINE A:        0.00
    *********************************************
B CUSTOMER STATES CHECK ENGINE LIGHT IS ON VEHICLE HAS NO DRIVABILITY
    ISSUES, CHECK AND ADVISE
CAUSE: 20102417
    540650 ON-BOARD POWER SUPPLY VOLTAGE MAINTAIN
        (WHEN CHECKING/ TESTING AND TROUBLESHOOTING)
        188 WM08                                                       (N/C)
    541011 PERFORM QUICK TEST
        188 WM08                                                       (N/C)
    070641 CHECK ASSEMBLY PARTS OF ENGINE:
        .................. AS PER FAULT CODE
        188 WM08                                                       (N/C)
    611086 LOWER ENGINE COMPARTMENT PANELING FRONT
        AND CENTER PARTS REMOVE/INSTALL
        188 WM08                                                       (N/C)
    202472 REMOVE/INSTALL COOLANT THERMOSTAT, REPLACE
        IF NECESSARY (COOLANT DRAINED)
        188 WM08                                                       (N/C)
    201143 DRAIN/FILL/CORRECT COOLANT
        188 WM08                                                       (N/C)
      1 274-200-31-00 THERMOSTAT                                       (N/C)
      1 Q-1-03-0005 G40 ANTIFREEZE GLYSANTIN G40                       (N/C)
      4 270-096-01-80 ELASTOMER-MOLDED SEAL                            (N/C)
      1 270-096-00-80 ELASTOMER-MOLDED SEAL                            (N/C)
PARTS:    0.00  LABOR:     0.00  OTHER:     0.00   TOTAL LINE B:        0.00
24903 COOLANT THERMOSTAT STUCK OPEN PERFORM VISUAL INSPECTION.
VERIFY CUSTOMER CONCERN. CONNECT BATTERY CHARGER. PERFORM QUICK TEST
AND FOUND CODE P012800. PERFORM GUIDED TEST, NOT OKAY. R&R LOWER ENGINE
PANELING. DRAIN COOLANT. R&R COOLANT TEMPERATURE SENSOR. INSPECT FOR
```

**R.O.#: 316139**

**VIN #: WDC0G5EB0KF612051**

**FOR YOUR CONVENIENCE**

SERVICE AND PARTS DEPT. HOURS:
MONDAY THRU FRIDAY: 7:30 A.M. TO 5:30 P.M.
SATURDAY 8 A.M. TO 5 P.M.

METHODS OF PAYMENT - SUBJECT TO VERIFICATION
WE ACCEPT THE FOLLOWING:
MASTERCARD - VISA
COMPANY OR PERSONALIZED CHECKS UP TO
$2,000.00 WITH THE FOLLOWING:
1) VALID DRIVERS LICENSE
2) NAME AND ADDRESS (NO P.O. BOX) IMPRINTED ON CHECK

I hereby accept return of the vehicle, acknowledge and approve all repairs as itemized above and, if repairs or charges shown differ from the original estimate, I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN INCREASE IN THE ORIGINAL ESTIMATED PRICE and, if applicable, of the additional warranty work shown. I was given a copy of this invoice, and agree to the terms on the front and reverse sides. All Calstar parts are original Mercedes-Benz or OEM purchased from other than Mercedes-Benz, and are new, unless otherwise specified. Aftermarket parts are identified by the letter "A" following the part number.

NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.

X _____
Customer Signature

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| HAZARDOUS WASTE DISPOSAL FEE | |
| TOTAL CHARGES | |
| LESS INSURANCE/DISC. | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

SERVICE INVOICE #7 ELF 35.4C

*Customer Copy*

Customer Number: **40245**

*RITA EVAZYAN*

Invoice No: **316139**

*INVOICE*



CAL STAR
MOTORS, INC.

700 S. BRAND BLVD., GLENDALE, CA 91204
Phone: (818) 246-1800
Internet: www.calstarmercedes.com

EPA # CAD982318107    BAR# ARD-105345

**Page 2 of 3**

Cell:
HOMESERVICE CONSULTANT: *565 GILBERTO MARTINEZ*

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| POLAR WHIT | 19 | MERCEDES LIGHT TRUCK | WDC0G5EB0KF612051 | | 24900/ / 24903 | T165 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 23MAY21 | DD | | 17:0017:00 | | 220.00 | CASH | 12OCT21 |

| R.O. OPENED | READY | OPTIONS:7:00 07OCT21 220.00 CASH 12OCT21 SOLD-STK:212P283 |
|---|---|---|
| 08:13 07OCT21 | 10:38 12OCT21 | DLR:05758 ENG:2.0_Liter_Hybrid TRN:A9 |

LINE OPCODE TECH TYPE HOURS                                        LIST        NET      TOTAL

DAMAGE/CLOGGING, OKAY. R&R CHARGE AIR COOLER. R&R INTAKE MANIFOLD. R&R
COOLANT THERMOSTAT AND FOUND IT IS STUCK OPEN. REPLACE THERMOSTAT AND
REMOVE FILTER SCREEN. INSTALL IN REVERSE ORDER. FILL COOLANT AND
PERFORM COOLANT PRESSURE TEST, OKAY. PERFORM COOLANT CIRCUIT BLEEDING.
PERFORM ROAD TEST. NO FURTHER FAULTS FOUND AFTER REPAIR.
             *****************************************
C INSPECT RIGHT DOOR SPEAKER COVER, DENTED
   82 SPEAKER
           188     I                                              (N/C)
PARTS:   0.00  LABOR:   0.00  OTHER:   0.00   TOTAL LINE C:    0.00
24903 RIGHT DOOR SPEAKER COVER PUSHED IN VERIFY CUSTOMER CONCERN.
R&R RIGHT FRONT DOOR LINING. R&R RIGHT FRONT DOOR LINER SPEAKER. PUSH
OUT DENT IN COVER. INSTALL IN REVERSE ORDER. 0.5H INTERNAL
             *****************************************
D INSP- PERFORM COMPLIMENTARY MULTI-POINT INSPECTION WITH A $49.95
         VALUE AT NO CHARGE.
     INSP INSP- PERFORM COMPLIMENTARY MULTI-POINT
         INSPECTION WITH A $49.95 VALUE AT NO CHARGE.
           188     I                                              (N/C)
PARTS:   0.00  LABOR:   0.00  OTHER:   0.00   TOTAL LINE D:    0.00
             *****************************************
E Perform Tire Pressure Check and Inflate Service as per CA Code Of
     Regulation 95550. Regulation for Under Inflated Vehicle Tires.
     (does not include additional repairs) $10.00 Value
   TPS Perform Tire Pressure Check and Inflate
     Service as per CA Code Of Regulation 95550.
     Regulation for Under Inflated Vehicle Tires.
     (does not include additional repairs) $10.00
     Value
           188     I                                              (N/C)
PARTS:   0.00  LABOR:   0.00  OTHER:   0.00   TOTAL LINE E:    0.00
             *****************************************
F I'm Agreeing to receiving Communication messages through Text Message
     and Email on my cell phone.

R.O. #: 316139

VIN #: WDC0G5EB0KF612051

**FOR YOUR CONVENIENCE**
SERVICE AND PARTS DEPT. HOURS:
MONDAY THRU FRIDAY: 7:30 A.M. to 5:30 P.M.
SATURDAY 8 A.M. TO 5 P.M.

METHODS OF PAYMENT - SUBJECT TO VERIFICATION
WE ACCEPT THE FOLLOWING:
MASTERCARD · VISA
COMPANY OR PERSONALIZED CHECKS UP TO
$2,000.00 WITH THE FOLLOWING
1) VALID DRIVERS LICENSE
2) NAME AND ADDRESS (NO P.O. BOX) IMPRINTED ON CHECK

I hereby accept return of the vehicle, acknowledge and approve all
repairs as itemized above and, if repairs or charges shown differ from
the original estimate, I ACKNOWLEDGE NOTICE AND ORAL APPROVAL
OF AN INCREASE IN THE ORIGINAL ESTIMATED PRICE and, if
applicable, of the additional warranty work shown. I was given a copy
of this invoice, and agree to the terms on the front and reverse sides. All
Calstar parts are original Mercedes-Benz or OEM purchased from other
than Mercedes-Benz, and are new, unless otherwise specified.
Aftermarket parts are identified by the letter "A" following the part
number.

NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION
ON BACK.

X _____
    Customer Signature

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| HAZARDOUS WASTE DISPOSAL FEE | |
| TOTAL CHARGES | |
| LESS INSURANCE/DISC. | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

SERVICE INVOICE #2 CLF X516C

*Customer Copy*

Customer Number: **40245**

*RITA EVAZYAN*

Invoice No: **316139**

**'INVOICE'**

**CALSTAR MOTORS, INC.**

700 S. BRAND BLVD., GLENDALE, CA 91204
Phone: (818) 246-1800
Internet: www.calstarmercedes.com

**Page 3 of 3**

Cell:

EPA # CA0982318107   BAR# ARD-105345

SERVICE CONSULTANT: **565 GILBERTO MARTINEZ**

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| POLAR WHIT | 19 | MERCEDES LIGHT TRUCK | WDC0G5EB0KF612051 | | 24900/ / 24903 | T165 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 23MAY21 | DD | | 17:00 17:00 | | 220.00 | CASH | 12OCT21 |

| R.O. OPENED | READY | OPTIONS: 7:00 07OCT21 220.00 CASH 12OCT21 SOLD-STK:212P283 |
|---|---|---|
| 08:13 07OCT21 | 10:38 12OCT21 | DLR:05758 ENG:2.0_Liter_Hybrid TRN:A9 |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|

TXT I'm Agreeing to receiving Communication
messages through Text Message and Email on
my cell phone.
   188   I

(N/C)

PARTS:   0.00  LABOR:   0.00  OTHER:   0.00  TOTAL LINE F:   0.00

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

G COURTESY VEHICLE IS PROVIDED FOR ONE DAY ONLY. ADDITIONAL DAYS WILL
BE AUTHORIZED AS REQUIRED. A PENALTY OF $90.00/DAY WILL APPLY
IF COURTESY VEHICLE IS NOT RETURNED THE SAME DAY WHEN REPAIRS
ARE COMP
  CVPL COURTESY VEHICLE IS PROVIDED FOR ONE DAY
  ONLY. ADDITIONAL DAYS WILL BE AUTHORIZED AS
  REQUIRED. A PENALTY OF $90.00/DAY WILL APPLY
  IF COURTESY VEHICLE IS NOT RETURNED THE SAME
  DAY WHEN REPAIRS ARE COMP
   188   I

(N/C)

PARTS:   0.00  LABOR:   0.00  OTHER:   0.00  TOTAL LINE G:   0.00

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

EST: 0.00     07OCT21 08:13  SA: 565
CONTACT:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

We thank you for choosing Calstar Motors
Mercedes-Benz.
We would appreciate it if you could take the
time to return BOTH surveys sent to your
email address. We value your feedback!
If there are any concerns, please contact
our Service Manager at 818-246-1800

R.O.#: 316139

VIN.#: WDC0G5EB0KF612051

**FOR YOUR CONVENIENCE**
SERVICE AND PARTS DEPT. HOURS:
MONDAY THRU FRIDAY: 7:30 A.M. TO 5:30 P.M.
SATURDAY 8 A.M. TO 5 P.M.

METHODS OF PAYMENT - SUBJECT TO VERIFICATION
WE ACCEPT THE FOLLOWING:
MASTERCARD - VISA
COMPANY OR PERSONALIZED CHECKS UP TO
$2,000.00 WITH THE FOLLOWING
1) VALID DRIVERS LICENSE
2) NAME AND ADDRESS IN (P.O. BOX) IMPRINTED ON CHECK

I hereby accept return of the vehicle, acknowledge and approve all repairs as itemized above and, if repairs or charges shown differ from the original estimate, I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN INCREASE IN THE ORIGINAL ESTIMATED PRICE and, if applicable, of the additional warranty work shown. I was given a copy of this invoice, and agree to the terms on the front and reverse sides. All Calstar parts are original Mercedes-Benz or OEM purchased from other than Mercedes-Benz, and are new, unless otherwise specified. Aftermarket parts are identified by the letter "A" following the part number.

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

X _____
   Customer Signature

| DESCRIPTION | TOTALS | |
|---|---|---|
| LABOR AMOUNT | $ | 0.00 |
| PARTS AMOUNT | $ | 0.00 |
| GAS, OIL, LUBE | $ | 0.00 |
| SUBLET AMOUNT | $ | 0.00 |
| HAZARDOUS WASTE DISPOSAL FEE | $ | 0.00 |
| TOTAL CHARGES | $ | 0.00 |
| LESS INSURANCE/DISC. | $ | 0.00 |
| SALES TAX | $ | 0.00 |
| PLEASE PAY THIS AMOUNT | $ | 0.00 |

SERVICE INVOICE #2  LLF #SHIC

*Customer Copy*

Customer Number:

*RITA EVAZYAN*

Invoice No: **321608**

WORKORDER

**Page 1 of 2**

Cell: 818-692-1254


CALSTAR MOTORS, INC.

700 S. BRAND BLVD., GLENDALE, CA 91204
Phone: (818) 246-1800
Internet: www.calstarmercedes.com

EPA # CAD982318107  BAR# ARD-105345

SERVICE ADVISOR: *565 MARTINEZ, GILBERTO*

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | ODOMETER IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| POLAR WHIT | 19 | MERCEDES LIGHT TRUCK | WDC0G5EB0KF612051 | | 27410 / | T1208 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 23MAY21 D | | | 17:00 28FEB22 | | 220.00 | CASH | |

| R.O. OPENED | READY | OPTIONS:SOLD-STK:212P283 DLR:05758 ENG:2.0_Liter_Hybrid TRN:A9 |
|---|---|---|
| 07:54 28FEB2022 | | |

| LINE | OP CODE | TECH... | TYPE | DESCRIPTIONS/INSTRUCTIONS |
|---|---|---|---|---|
| # A | QC | | C | Quality Control by Shop Foreman, see Repair Order , dated |
| # B | 202111001 | | C | 21P5498810 Update SCN coding in the Automatic Air Condition |
| # C | | | WM08 | CUSTOMER STATES CHECK ENGINE LIGHT IS ON, FELTS LIKE IT JOLTS AT TIMES, CHECK AND ADVISE |
| # D | INSP | | I | INSP- PERFORM COMPLIMENTARY MULTI-POINT INSPECTION WITH A $49.95 VALUE AT NO CHARGE. |
| # E | TPS | | I | Perform Tire Pressure Check and Inflate Service as per CA Code Of Regulation 95550. Regulation for Under Inflated Vehicle Tires. (does not include additional repairs) $10.00 Value |
| # F | TXT | | I | I'm Agreeing to receiving Communication messages through Text Message and Email on my cell phone. |
| # G | CVPL | | I | COURTESY VEHICLE IS PROVIDED FOR ONE DAY ONLY. ADDITIONAL DAYS WILL BE AUTHORIZED AS REQUIRED. A PENALTY OF $90.00/DAY WILL APPLY IF COURTESY VEHICLE IS NOT RETURNED THE SAME DAY WHEN REPAIRS ARE COMP |

R.O.#: 321608

VIN #: WDC0G5EB0KF612051

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

Preliminary Estimate : $0.00

**AUTHORIZATION FOR REPAIRS**

I hereby authorize the repair work to be done with the necessary material, and hereby grant you authorize your employees permission to operate the car or truck herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. In the event of a teardown for inspection, I understand that my vehicle will be reassembled within _____ days of the date shown above, unforeseen complications not withstanding. If I choose not to authorize the services recommended, or if the vehicle is returned before authorized service is performed, a diagnostic and handling charge will be made. Customer agrees to pay any portion of repairs that are determined by the manufacturer are unwarranted conditions, i.e. accident damage, abuse, neglect or mileage discrepancy, etc. YOU WILL BE ALLOWED TO COMPLETE ANY FACTORY AUTHORIZED WARRANTY REPAIRS, I also authorize any sublet repairs.

SUBJECT TO CONDITIONS ON REVERSE SIDE OF THIS CONTRACT. PLEASE READ REVERSE SIDE.

NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON REVERSE SIDE
ALL PARTS REMOVED WILL BE DISCARDED UNLESS INSTRUCTED OTHERWISE
☐ SAVE ☐ DISCARD

**FOR YOUR CONVENIENCE**

SERVICE AND PARTS DEPT. HOURS:
MONDAY THRU FRIDAY: 7:30 A.M. TO 5:30 P.M.
SATURDAY 8 A.M. TO 5 P.M.

METHODS OF PAYMENT-SUBJECT TO VERIFICATION
WE ACCEPT THE FOLLOWING:
MASTER CARD-VISA
COMPANY OR PERSONALIZED CHECK UP TO
$2,000.00 WITH THE FOLLOWING
1) VALID DRIVERS LICENSE
2) NAME AND ADDRESS IND P.O. UDXI
IMPRINTED ON CHECK

| ORIGINAL ESTIMATE | | REVISED ESTIMATE | | DATE | | TIME |
|---|---|---|---|---|---|---|
| PERSON CONTACTED | | PHONE NO. | | | ITEM DISCUSSED | |
| REVISED ESTIMATE | | DATE | TIME | PERSON CONTACTED | | |
| PHONE NO. | | CONTACTED BY | | ITEM DISCUSSED | | |

ALL PARTS ARE NEW UNLESS SPECIFIED OTHERWISE.

(*HAZARDOUS MATERIAL) A charge will be imposed for all hazardous materials removed from your automobile, that must be disposed of as a hazardous waste.

By law, you may choose another licensed smog check facility to perform any needed repairs or adjustments which the Smog Check test indicates necessary.

ALL CHECKS SUBJECT TO APPROVAL _____

*Customer Copy*

Customer Number:

*RITA EVAZYAN*

Invoice No: **32.1608**

WORKORDER

**Page 2 of 2**

Cell:

**CALSTAR**
*MOTORS, INC.*

700 S. BRAND BLVD., GLENDALE, CA 91204
Phone: (818) 246-1800
Internet: www.calstarmercedes.com

EPA # CAD982318107    BAR# ARD-105345

SERVICE ADVISOR: *565 MARTINEZ,GILBERTO*

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | ODOMETER IN/ OUT | TAG |
|-------|------|-----------|-----|---------|------------------|-----|
| POLAR WHIT | 19 | MERCEDES LIGHT TRUCK | WDC0G5EB0KF612051 | | 27410 / | T1208 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| 23MAY21 D | | | 17:00 28FEB22 | | 220.00 | CASH | |

| R.O. OPENED | READY | OPTIONS:SOLD-STK:212P283 DLR:05758 ENG:2.0_Liter_Hybrid TRN:A9 |
|-------------|-------|----------|
| 07:54 28FEB2022 | | |

LINE OP CODE   TECH... TYPE   DESCRIPTIONS/INSTRUCTIONS
*******************************************************

REMOVE ALL VALUABLES
FROM VEHICLE
_____

R.O.#: 321608

VIN #: WDC0G5EB0KF612051

---

**AUTHORIZATION FOR REPAIRS**

I hereby authorize the repair work to be done with the necessary material, and hereby grant you and/or your employees permission to operate the car or truck herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. In the event of a teardown for inspection, I understand that my vehicle will be reassembled within _____ days of the date shown above, unforeseen complications not withstanding. If I choose not to authorize the services recommended, or if the vehicle is returned before authorized service is performed, a diagnostic and handling charge will be made. Customer agrees to pay any portion of repairs that are determined by the manufacturer and unwarranted conditions, i.e. accident damage, abuse, neglect or mileage discrepancy, etc. YOU WILL BE ALLOWED TO COMPLETE ANY FACTORY AUTHORIZED WARRANTY REPAIRS. I also authorize any sublet repairs that you deem necessary.

SUBJECT TO CONDITIONS ON REVERSE SIDE OF THIS CONTRACT.
PLEASE READ REVERSE SIDE.

NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON REVERSE SIDE

ALL PARTS REMOVED WILL BE DISCARDED UNLESS INSTRUCTED OTHERWISE
☐SAVE ☐DISCARD

ALL CHECKS
SUBJECT TO
APPROVAL

**FOR YOUR CONVENIENCE**
SERVICE AND PARTS DEPT. HOURS:
MONDAY THRU FRIDAY: 7:30 A.M. TO 5:30 P.M.
SATURDAY 8 A.M. TO 5 P.M.

METHODS OF PAYMENT-SUBJECT TO VERIFICATION
WE ACCEPT THE FOLLOWING:
MASTER CARD-VISA
COMPANY OR PERSONALIZED CHECK UP TO
$2,000.00 WITH THE FOLLOWING:
1) VALID DRIVERS LICENSE
2) NAME AND ADDRESS (NO P.O. BOX)
IMPRINTED ON CHECK

*Customer Copy*

| ORIGINAL ESTIMATE | | REVISED ESTIMATE | | DATE | | TIME |
|---|---|---|---|---|---|---|
| PERSON CONTACTED | | PHONE NO. | | | ITEM DISCUSSED | |
| REVISED ESTIMATE | | DATE | | TIME | PERSON CONTACTED | |
| PHONE NO. | | CONTACTED BY | | | ITEM DISCUSSED | |

**ALL PARTS ARE NEW UNLESS SPECIFIED OTHERWISE.**

(*HAZARDOUS MATERIAL) A charge will be imposed for all hazardous materials removed from your automobile, that must be disposed of as a hazardous waste.

By law, you may choose another licensed smog check facility to perform any needed repairs or adjustments which the Smog Check test indicates necessary.

# Repair Order Detail - Customer Copy

RO Number: 321608          RO Status: PRE-INVOICED

Customer: EVAZYAN,RITA
Phone(s): Contact: ▮          Main: ▮          Cell: ▮
Vehicle: WDC0G5EB0KF612051     2019   GLC350E4     POLAR_WHI-
                                                   TE

| | | |
|---|---|---|
| Mileage: 27,410 | Payment type: CASH | Waiter: No |
| Service advisor: 565 | Promised time: 05:00 PM | Estimate:        220.00 |
| Tag number: T1208 | Promised date: 03/08/2022 | |

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

A       Quality Control by Shop Foreman, see Repair Order     , dated
   QC                 I         Quality Control by                                          N/C
                                Shop Foreman, see
                                Repair Order      ,
                                dated
        Tech(s):  173
Pts:              0.00  Lbr:          0.00  Other:          0.00  Total Line A:          0.00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

B       21P5498810 Update SCN coding in the Automatic Air Condition
   2021110013      WM08       21P5498810 Update SCN                                         N/C
                              coding in the
                              Automatic Air
                              Condition
        Tech(s):  173
   025058          WM08       CONNECT/DISCONNECT                                            N/C
                              BATTERY CHARGER
        Tech(s):  173
   024762          WM08       STAR DIAGNOSIS SYSTEM                                         N/C
                              (SDS)CONNECT/DISCONNE
                              CT
        Tech(s):  173
   029334          WM08       UPDATE CONTROL UNIT                                           N/C
                              SOFTWARE (WITH
                              XENTRY/DAS CONNECTED)
        Tech(s):  173
Pts:              0.00  Lbr:          0.00  Other:          0.00  Total Line B:          0.00
   Story: 27411 AAC SCN UPDATE   CONNECTED BATTERY CHARGER// CONNECTED
   XENTRY// PERFORMED AAC SCN CODING UPDATE. 2021110013
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

C       CUSTOMER STATES CHECK ENGINE LIGHT IS ON, FELTS LIKE IT JOLTS AT
        TIMES, CHECK AND ADVISE
   54                I         ENGINE ELECTRICAL                                            N/C
        Tech(s):  173
Pts:              0.00  Lbr:          0.00  Other:          0.00  Total Line C:          0.00
   Story: 27411 CEL CONCERN   VERIFIED CUSTOMER'S CONCERN, CHECK
   ENGINE LIGHT ON IN CLUSTER.// CONNECTED BATTERY CHARGER//
   CONNECTED XENTRY// FOUND FAULT CODE: P012800.// PERFORMED
   GUIDED TEST CHECK OF COOLANT TEMPERATURE HOSE. ACTUAL VALUES
   CHECK OK.// PERFORMED FURTHER GUIDED TESTS OF COOLANT
   TEMPERATURE, ACTUAL VALUES OK.// CLEARED CODES.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

D       INSP- PERFORM COMPLIMENTARY MULTI-POINT INSPECTION WITH A $49.95
        VALUE AT NO CHARGE.
   INSP               I         INSP- PERFORM                                               N/C

# Repair Order Detail - Customer Copy

RO Number: 321608          RO Status: PRE-INVOICED

Customer: EVAZYAN,RITA
Phone(s): Contact: ▉▉▉        Main: ▉▉▉        Cell: ▉▉▉
Vehicle: WDC0G5EB0KF612051   2019   GLC350E4   POLAR_WHI-
                                               TE

Mileage: 27,410              Payment type: CASH           Waiter: No
Service advisor: 565         Promised time: 05:00 PM      Estimate:      220.00
Tag number: T1208            Promised date: 03/08/2022

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

COMPLIMENTARY
MULTI-POINT
INSPECTION WITH A
$49.95 VALUE AT NO
CHARGE.

Tech(s):  173

| Pts: | 0.00 Lbr: | 0.00 Other: | 0.00 Total Line D: | 0.00 |
|---|---|---|---|---|

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

E       Perform Tire Pressure Check and Inflate Service as per CA Code Of
        Regulation 95550.  Regulation for Under Inflated Vehicle Tires.
        (does not include additional repairs) $10.00 Value

    TPS            I          Perform Tire Pressure                        N/C
                              Check and Inflate
                              Service as per CA
                              Code Of Regulation
                              95550.  Regulation
                              for Under Inflated
                              Vehicle Tires.  (does
                              not include
                              additional repairs)
                              $10.00 Value

Tech(s):  173

| Pts: | 0.00 Lbr: | 0.00 Other: | 0.00 Total Line E: | 0.00 |
|---|---|---|---|---|

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

F       I'm Agreeing to receiving Communication messages through Text
        Message and Email on my cell phone.

    TXT            I          I'm Agreeing to                              N/C
                              receiving
                              Communication
                              messages through Text
                              Message and Email on
                              my cell phone.

Tech(s):  173

| Pts: | 0.00 Lbr: | 0.00 Other: | 0.00 Total Line F: | 0.00 |
|---|---|---|---|---|

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

G       COURTESY VEHICLE IS PROVIDED FOR ONE DAY ONLY. ADDITIONAL DAYS
        WILL BE AUTHORIZED AS REQUIRED. A PENALTY OF $90.00/DAY WILL
        APPLY IF COURTESY VEHICLE IS NOT RETURNED THE SAME DAY WHEN
        REPAIRS ARE COMP

    CVPL           I          COURTESY VEHICLE IS                          N/C
                              PROVIDED FOR ONE DAY
                              ONLY. ADDITIONAL DAYS
                              WILL BE AUTHORIZED AS

# Repair Order Detail - Customer Copy

RO Number: 321608              RO Status: PRE-INVOICED

Customer: EVAZYAN,RITA
Phone(s): Contact: ███████    Main: ████████    Cell: ███████████
Vehicle: WDC0G5EB0KF612051    2019   GLC350E4    POLAR_WHI-
                                                 TE

Mileage: 27,410              Payment type: CASH        Waiter: No
Service advisor: 565         Promised time: 05:00 PM   Estimate:    220.00
Tag number: T1208            Promised date: 03/08/2022

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
                          REQUIRED. A PENALTY
                          OF $90.00/DAY WILL
                          APPLY IF COURTESY
                          VEHICLE IS NOT
                          RETURNED THE SAME DAY
                          WHEN REPAIRS ARE COMP
        Tech(s):  173
Pts:           0.00  Lbr:            0.00  Other:        0.00  Total Line G:        0.00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
H**     FLEX A SERVICE REPLACE ENGINE OIL WITH MOBIL ONE SYNTHETIC,
        REPLACE ENGINE OIL FILTER WITH FLEECE FILTER, TOP OFF BRAKE AND
        WASHER FLUID ALSO ADD WASHER CLEANING Solvent. SOME MODELS MAY
        VARY,AMG,BLUE,HYBRD,SLS,GTS,MAYBACH. $199.95 PLUS TAX & FEES.
    FLEXA          CPM       FLEX A SERVICE                              130.39
                            REPLACE ENGINE OIL
                            WITH MOBIL ONE
                            SYNTHETIC, REPLACE
                            ENGINE OIL FILTER
                            WITH FLEECE FILTER,
                            TOP OFF BRAKE AND
                            WASHER FLUID ALSO ADD
                            WASHER CLEANING
                            Solvent. SOME MODELS
                            MAY
                            VARY,AMG,BLUE,HYBRD,S
                            LS,GTS,MAYBACH.
                            $199.95 PLUS TAX &
                            FEES.
        Tech(s):  173
        270-180-01-09              1  TS OIL FILTER ELEMENT              16.00
        007603-014106             1  SEAL RING,VLRUB                     3.70
        000-989-79-02-19-BIFU     7  MB 229.5 SAE 5W-40                 42.21
                                     BULK
        1                         7  OIL HAZMAT FEE                      2.24
        000-986-20-00-13          1  WINDSHIELD WASHER                   6.00
                                     FLUID
    SUBL       C       $207.50/C1A 2-BXDT75E                           -207.50
    SUBL       WM08    $207.50/C1A 2-BXDT75E                             N/C
Pts:          67.91  Lbr:       130.39  Other:     -205.26  Total Line H:     -6.96
Story: 27412 SERVICE A  PERFORMED SERVICE A// TOPPED OFF FLUIDS//
RESET MAINTENANCE LIGHT C1A CLAIM AUTH##C1A 2-BXDT75E:
Amount: $207.50 claimed in sublet.* In the DTC/Activity#
field enter: C1A 2-BXDT75E. *Use Damage code 21804.
Page 3. Created: 03/04/2022 03:35:39 PM

# Repair Order Detail – Customer Copy

RO Number: 321608          RO Status: PRE-INVOICED

Customer: EVAZYAN,RITA
Phone(s): Contact: ▮▮▮▮▮          Main: ▮▮▮▮▮          Cell: ▮▮▮▮▮
Vehicle: WDC0G5EB0KF612051          2019   GLC350E4     POLAR_WHI-
                                                        TE

Mileage: 27,410                Payment type: CASH        Waiter: No
Service advisor: 565           Promised time: 05:00 PM   Estimate:    220.00
Tag number: T1208              Promised date: 03/08/2022

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

|                           |         |
|---------------------------|--------:|
| Customer Pay              |         |
| Labor                     |  130.39 |
| Parts                     |   67.91 |
| Lube                      |    0.00 |
| Sublet                    | -207.50 |
| Miscellaneous/Shop Charge |    2.24 |
| Deductible                |    0.00 |
| Total Charges             |   -6.96 |
| Less Insurance/Adjustment |    0.00 |
| Sales Tax                 |    6.96 |
| Total                     |    0.00 |

Customer Number: 266727

839537

MERCEDES-BENZ OF ARCADIA

*INVOICE*


Mercedes-Benz

101 North Santa Anita Ave.
Arcadia, CA 91006
626-701-8904
Fax: (626) 462-3045
www.rusnakarcadia.com

RITA EVAZYAN

Page 1 of 4

Cell:

SERVICE-PARTS DEPT. HOURS.
MONDAY THRU FRIDAY 7:00 A.M. TO 7:00 P.M.
SATURDAY 8:00 A.M. TO 4:00 P.M.

SERVICE ADVISOR: 350052 SEONG MIN CHO

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| WHITE | 19 | MERCEDES-BENZ TRUCK | WDC0G5EB0KF612051 | 8LKS302 | 28006 / 28009 | TO073 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 30JUN19 | | | 19:00 31MAR22 | | 248.00 | CASH | 31MAR22 |

| R.O. OPENED | READY | OPTIONS: ENG:2.0_Liter_Hybrid |
|---|---|---|
| 07:57 30MAR22 | 17:23 31MAR22 | |

| LINE | OPCODE | TECH | TYPE | HOURS | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|

A CUSTOMER STATES THAT CHECK ENGINE WARNING LIGHT ON AT DASH. PLEASE
   CHECK AND ADVISE
CAUSE: Ac compressor internal electrical fault.
  30MBZ-CEL "CHECK ENGINE " WARNING LIGHT ON AT
    DASH
      1252      W                                             (N/C)
      350054    W                                         (N/C)
  830641 CHECK INDIVIDUAL PARTS OF CLIMATE CONTROL:
    .................. AS PER FAULT CODE
      1252      W                                             (N/C)
  540650 ON-BOARD POWER SUPPLY VOLTAGE MAINTAIN
    (WHEN CHECKING/ TESTING AND TROUBLESHOOTING)
      350054    W                                        (N/C)
  541011 PERFORM QUICK TEST
      350054    W                                        (N/C)
  837351 COMPRESSOR REMOVE/INSTALL (AFTER CHECK)
    ALL AIR CONDITIONERS
      350054    W                                        (N/C)
  837383 COMPRESSOR REPLACE (WITH COMPRESSOR
    REMOVED) ALL AIR CONDITIONERS
      350054    W                                      (N/C)
  831762 EXTRACT REFRIGERANT, CHECK FORLEAKS,
    REFILL (WHEN WORKING ONAIR CONDITIONING)
      350054    W                                       (N/C)
  831202 FLUSH AIR CONDITIONING (SYSTEMDRAINED)
      350054    W                                       (N/C)
  836513 REMOVE/INSTALL EXPANSION VALVE, REPLACE IF
    NECESSARY (SYSTEM DRAINED)
      350054    W                                      (N/C)
  611086 LOWER ENGINE COMPARTMENT PANELING FRONT
    AND CENTER PARTS REMOVE/INSTALL
      350054    W                                      (N/C)
  836623 REPLACE RECEIVER DRIERS OF ALLAIR
    CONDITIONING SYSTEMS (SYSTEM DRAINED)

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Authorization Obtained By: | | DESCRIPTION | TOTALS |
|---|---|---|---|---|---|---|---|
| $ | $ | | | ☐ Telephone ☐ Fax (See Attached) ☐ E-mail (See Attached) | *HAZARDOUS WASTE DISPOSAL COSTS: We have added this charge to cover costs associated with the handling, management and disposal of toxic wastes or hazardous substances under California and Federal Law. | LABOR AMOUNT | |
| Revised Estimate | | | | ☐ Telephone ☐ Fax (See Attached) ☐ E-mail (See Attached) | | PARTS AMOUNT | |
| $ | $ | | | | | GAS, OIL, LUBE | |
| ☐ Tire pressure check/inflation service was performed. | | | | | | SUBLET AMOUNT | |
| RF____psi LF____psi RR____psi LR____psi | | | | | ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED. | MISC. CHARGES | |
| ☐ Customer declined tire pressure check/inflation service. | | | Initials | | | TOTAL CHARGES | |
| By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received for had the opportunity to inspect any replaced parts as requested by you. | | | | | | LESS INSURANCE | |
| | | | | | ☐ Some Parts Not Returnable | SALES TAX | |
| DATE | CUSTOMER SIGNATURE | | AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE | | | PLEASE PAY THIS AMOUNT | |

NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.
*CUSTOMER COPY*

STORAGE CHARGES: Equal to $100.00 per day, if vehicle is not picked up in 3 days.

DealerCAP 7014 CDK Global, LLC (01/17) SERVICE INVOICE TYPE 2 - SI7C - "LIMITED WARRANTY" - CALIFORNIA - 9095027 C

B.A.R. REG. #: ARD216892

EPA# CAD 044413003

Customer Number: **266727**   **839537**   **MERCEDES-BENZ OF ARCADIA**

**\*INVOICE\***



101 North Santa Anita Ave.
Arcadia, CA 91006
626-701-8904
Fax: (626) 462-3045
www.rusnakarcadia.com

*RITA EVAZYAN*

**Page 2 of 4**

Mercedes-Benz

Cell:

SERVICE-PARTS DEPT. HOURS.
MONDAY THRU FRIDAY 7:00 A.M. TO 7:00 P.M.
SATURDAY 8:00 A.M. TO 4:00 P.M.

SERVICE ADVISOR: *350052 SEONG MIN CHO*

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
| WHITE | 19 | MERCEDES-BENZ TRUCK | WDC0G5EB0KF612051 | 8LKS302 | 28006 / 28009 | TO073 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
| 30JUN19 | | | 19:00 31MAR22 | | 248.00 | CASH | 31MAR22 |

| R.O. OPENED | READY | OPTIONS: ENG:2.0_Liter_Hybrid |
|-------------|-------|-------------------------------|
| 07:57 30MAR22 | 17:23 31MAR22 | |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|------|--------|------|------|-------|--|------|-----|-------|
| | 350054 | | W | | | | | (N/C) |
| 831784 REPLACE FRONT EVAPORATOR SHUTOFF VALVE | | | | | | | | |
| | 350054 | | W | | | | | (N/C) |
| 541014 PERFORM POWER DISCONNECT/ INITIAL STARTUP | | | | | | | | |
| FOR HIGH- VOLTAGE ON-BOARD ELECTRICAL SYSTEM | | | | | | | | |
| (AFTER QUICK TEST) | | | | | | | | |
| | 1252 | | W | | | | | (N/C) |
| 1 000-830-32-04 EXCHANGE REFRIGERANT | | | | | | | | |
| COMPRESSOR | | | | | | | | (N/C) |
| 2 023-997-63-45-64 PROFILE SEALING RING | | | | | | | | (N/C) |
| 4 023-997-65-45-64 PROFILE SEALING RING | | | | | | | | (N/C) |
| 4 023-997-62-45-64 SECTIONAL SEALING | | | | | | | | |
| RING | | | | | | | | (N/C) |
| 1 099-830-01-00 EXPANSION VALVE | | | | | | | | (N/C) |
| 1 205-830-15-03 DS EXPANSION VALVE | | | | | | | | (N/C) |
| 3 Q-4-83-0192 REFRIGERANT 30LD CYLINDER | | | | | | | | (N/C) |
| 1 222-830-18-01 EXPANSION VALVE | | | | | | | | (N/C) |
| 1 205-830-02-06-28 SHUTOFF VALVE | | | | | | | | (N/C) |
| 1 099-835-00-00 REFRIGERANT DRIER | | | | | | | | (N/C) |
| 1 000-989-06-06-11 REFRIGERANT MACHINE | | | | | | | | |
| OIL | | | | | | | | (N/C) |

PARTS: 0.00 LABOR: 0.00 OTHER: 0.00 TOTAL LINE A: 0.00
28009
Customer states engine light on and AC stopped working.
Connected battery maintainer. Performed short test. Multiple fault
codes.
M.E
-P06A000 The actuation of the refrigerant compressor has an
electrical fault.
-B229400 The electric motor of the electric refrigerant compressor
is blocked.
AC
-P06A000 The actuation of the refrigerant compressor has an
electrical fault.

| Original Estimate (Parts & Labor) | Total Additional Costs Authorized | Approved By: | Date & Time | Authorization Obtained By: | | DESCRIPTION | TOTALS |
|---|---|---|---|---|---|---|---|
| $ | $ | | | ☐ Telephone ☐ Fax (See Attached) ☐ E-mail (See Attached) | \*HAZARDOUS WASTE DISPOSAL COSTS: We have added this charge to cover costs associated with the handling, management and disposal of toxic wastes under hazardous substances under California and Federal Law. | LABOR AMOUNT | |
| Revised Estimate | | | | ☐ Telephone ☐ Fax (See Attached) ☐ E-mail (See Attached) | | PARTS AMOUNT | |
| $ | | | | | | GAS, OIL, LUBE | |
| ☐ Tire pressure check/inflation service was performed. | | | | | | SUBLET AMOUNT | |
| RF___psi LF___psi RR___psi LR___psi | | | | | **ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.** | MISC. CHARGES | |
| ☐ Customer declined tire pressure check/inflation service. Initials___ | | | | | | TOTAL CHARGES | |
| By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. | | | | | ☐ Some Parts Not Returnable | LESS INSURANCE | |
| | | | | | | SALES TAX | |
| DATE | CUSTOMER SIGNATURE | | AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE | | | PLEASE PAY THIS AMOUNT | |

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**
*CUSTOMER COPY*

STORAGE CHARGES: Equal to $100.00 per day, if vehicle is not picked up in 3 days.

DealerCAP 2014 CDK Global, LLC (01/17) SERVICE INVOICE TYPE 2  SIJC - "LIMITED WARRANTY" CALIFORNIA - 5636032 C   B.A.R. REG.# ARD216892   EPA# CAD 044413003

Customer Number:**266727**

**839537**

**MERCEDES-BENZ OF ARCADIA**

*\*INVOICE\**

101 North Santa Anita Ave.
Arcadia, CA 91006
626-701-8904
Fax: (626) 462-3045
www.rusnakarcadia.com

*RITA EVAZYAN*

**Page 3 of 4**


Mercedes-Benz

Cell:

SERVICE-PARTS DEPT. HOURS.
MONDAY THRU FRIDAY 7:00 A.M. TO 7:00 P.M.
SATURDAY 8:00 A.M. TO 4:00 P.M.

SERVICE ADVISOR:**350052 SEONG MIN CHO**

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| WHITE | 19 | MERCEDES-BENZ TRUCK | WDC0G5EB0KF612051 | 8LKS302 | 28006 / 28009 | TO073 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 30JUN19 | | | 19:00 31MAR22 | | 248.00 | CASH | 31MAR22 |

| R.O. OPENED | READY | OPTIONS: ENG:2.0_Liter_Hybrid |
|---|---|---|
| 07:57 30MAR22 | 17:23 31MAR22 | |

| LINE | OPCODE | TECH | TYPE | HOURS | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|

-B229271 The electric refrigerant compressor has a malfunction. The
actuator is blocked.
Performed guided test checked amperage draw during compressor
actuation. found amperage would at times exceed max. Causing Ac
compressor to shut off. Deactivate HV system. Visually inspect Hybrid
cables for any damage. No visible damage. Guided test result to replace
compressor due to excessive amp draw. Evacuate AC system. Remove AC
compressor, Remove Cowling, wiper motor to access and remove Expansion
valve. Remove upper radiator support to access and remove desiccant
pack. Connect AC system flush machine to perform multiple flushes as
requested in technical topic Feb of 2021.. Actuate hybrid system shut
off valves to ensure complete system flush. Replace Expansion valve at
evaporator, Replace expansion valve at Hybrid heat exchanger, Replace
Shut off valve at Evaporator. All seals replaced. Install new Dryer
packet. Refill system with 1.47lb of freon and 1.2oz of compressor oil
as specified in Wis with Compressor and Dryer replacement. Performed
High voltage re activation. Cleared all faults. Performed Compressor
break in procedure as indicated in Wis. Function test OK. AC now
functioning properly No Engine light.
*****************************************************
B CUSTOMER STATES THAT THE AC IS BLOWING HOT AIR. PLEASE CHECK AND
      ADVISE
    A SEE LINE A
        350054    I                                                    (N/C)
PARTS:    0.00 LABOR:    0.00 OTHER:    0.00  TOTAL LINE B:    0.00
*****************************************************
C INSPECT TIRES, FOUND MODERATE WEAR.
    TIREY INSPECT TIRES, FOUND MODERATE WEAR.
        350054    I                                                    (N/C)
PARTS:    0.00 LABOR:    0.00 OTHER:    0.00  TOTAL LINE C:    0.00
*****************************************************
D PLEASE CHECK TIRE PRESSURES. INFLATE TO FACTORY RECOMMENDED
      SPECIFICATIONS AND DOCUMENT AS NECESSARY AS PER CALIFORNIA AIR
      RESOURCES BOARD (CARB) REQUIREMENTS.

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Authorization Obtained By: | "HAZARDOUS WASTE DISPOSAL COSTS: We have added this charge to cover costs associated with the handling, management and disposal of toxic wastes or hazardous substances under California and Federal Law. | DESCRIPTION | TOTALS |
|---|---|---|---|---|---|---|---|
| $ | $ | | | ☐ Telephone ☐ Fax (See Attached) ☐ email (See Attached) | | LABOR AMOUNT | |
| Revised Estimate | | | | ☐ Telephone ☐ Fax (See Attached) ☐ email (See Attached) | | PARTS AMOUNT | |
| $ | $ | | | | | GAS, OIL, LUBE | |
| ☐ Tire pressure check/inflation service was performed. | | | | | ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED. | SUBLET AMOUNT | |
| RF___psi LF___psi RR___psi LR___psi | | | | | | MISC. CHARGES | |
| ☐ Customer declined tire pressure check/inflation service. | | | Initials | | ☐ Some Parts Not Returnable | TOTAL CHARGES | |
| By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized on this Invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. | | | | | | LESS INSURANCE | |
| DATE | CUSTOMER SIGNATURE | | AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE | | | SALES TAX | |
| | | | | | | PLEASE PAY THIS AMOUNT | |

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**
*CUSTOMER COPY*

STORAGE CHARGES: Equal to $100.00 per day, if vehicle is not
picked up in 3 days.

DealerCAP  2014 CDK Global, LLC (01117) SERVICE INVOICE TYPE 2 - SVIC - "LIMITED WARRANTY"  CALIFORNIA - 5030077  C

B.A.R. REG.# ARD216892          EPA# CAD 044413003

Customer Number: **266727**

**839537**

**MERCEDES-BENZ OF ARCADIA**

101 North Santa Anita Ave.
Arcadia, CA 91006
626-701-8904
Fax: (626) 462-3045
www.rusnakarcadia.com

*INVOICE*


Mercedes-Benz

*RITA EVAZYAN*

**Page 4 of 4**

Cell:

SERVICE-PARTS DEPT. HOURS.
MONDAY THRU FRIDAY 7:00 A.M. TO 7:00 P.M.
SATURDAY 8:00 A.M. TO 4:00 P.M.

SERVICE ADVISOR: *350052 SEONG MIN CHO*

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| WHITE | 19 | MERCEDES-BENZ TRUCK | WDC0G5EB0KF612051 | 8LKS302 | 28006 / 28009 | TO073 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 30JUN19 | | | 19:00 31MAR22 | | 248.00 | CASH | 31MAR22 |

| R.O. OPENED | READY | OPTIONS: ENG:2.0_Liter_Hybrid |
|---|---|---|
| 07:57 30MAR22 | 17:23 31MAR22 | |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|

```
      INF  PLEASE CHECK TIRE PRESSURES. INFLATE TO
           FACTORY RECOMMENDED SPECIFICATIONS AND
           DOCUMENT AS NECESSARY AS PER CALIFORNIA AIR
           RESOURCES BOARD (CARB) REQUIREMENTS.
           350054      I                                                    (N/C)
 PARTS:        0.00 LABOR:         0.00 OTHER:       0.00  TOTAL LINE D:       0.00
           ******************************************************
 E PERFORM MULTI-POINT INSPECTION
      VIS PERFORM MULTI-POINT INSPECTION
           350054      I                                                    (N/C)
 PARTS:        0.00 LABOR:         0.00 OTHER:       0.00  TOTAL LINE E:       0.00
           ******************************************************
 F RUSNAK IS LOANING YOU A VEHICLE WHILE YOUR CAR IS IN FOR SERVICE. YOU
      ARE REQUIRED TO RETURN THE VEHICLE AS SOON AS YOUR VEHICLE IS
      READY.
      ILOAN RUSNAK IS LOANING YOU A VEHICLE WHILE YOUR
           CAR IS IN FOR SERVICE. YOU ARE REQUIRED TO
           RETURN THE VEHICLE AS SOON AS YOUR VEHICLE
           IS READY.
           350054      I                                                    (N/C)
 PARTS:        0.00 LABOR:         0.00 OTHER:       0.00  TOTAL LINE F:       0.00
           ******************************************************
 EST: 0.00              31MAR22 17:22  SA: 350052
    CONTACT:
 ******************************************************

    --CATCH ALL A/C WARM AIR,CHECK
 ENGINE
```

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Authorization Obtained By: | *HAZARDOUS WASTE DISPOSAL COSTS:* We have added this charge to cover costs associated with the handling, management and disposal of toxic wastes or hazardous substances under California and Federal Law. | DESCRIPTION | TOTALS |
|---|---|---|---|---|---|---|---|
| $ | $ | | | ☐ Telephone ☐ Fax (See Attached) ☐ mail (See Attached) | | LABOR AMOUNT | $ 0.00 |
| Revised Estimate | | | | ☐ Telephone ☐ Fax (See Attached) ☐ mail (See Attached) | | PARTS AMOUNT | $ 0.00 |
| $ | $ | | | | | GAS, OIL, LUBE | $ 0.00 |

☐ Tire pressure check/inflation service was performed.
RF _____ psi LF _____ psi RR _____ psi LR _____ psi
☐ Customer declined tire pressure check/inflation service.          Initials _____

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received or had the opportunity to inspect any replaced parts as requested by you.

| ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED. ☐ Some Parts Not Returnable | SUBLET AMOUNT | $ 0.00 |
|---|---|---|
| | MISC. CHARGES | $ 0.00 |
| | TOTAL CHARGES | $ 0.00 |
| | LESS INSURANCE | $ 0.00 |
| | SALES TAX | $ 0.00 |

DATE _____ CUSTOMER SIGNATURE _____ AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

| PLEASE PAY THIS AMOUNT | $ 0.00 |
|---|---|

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**
*CUSTOMER COPY*

STORAGE CHARGES: Equal to $100.00 per day. If vehicle is not picked up in 3 days.

DealerCAP 2014 CDK Global, LLC (01/15 SERVICE INVOICE TYPE 2 SI3C "LIMITED WARRANTY" - CALIFORNIA 9528072 C
B.A.R. REG.# ARD216892       EPA# CAD 044413003



**Mercedes-Benz of Arcadia**
101 N. Santa Anita Avenue
Arcadia, California, 91006, US
Phone: 6264623000
www.rusnakarcadia.com/

| | |
|---|---|
| Repair Order #: | **839537** |
| Tag #: | **TO073** |
| Advisor: | **David Cho** |
| Advisor No. #: | **350052** |
| Order Open Date: | **2022-03-30** |



EVAZYAN,RITA



Home Phone #:
Cell Phone #:
Contact Phone #:
Email Address:

**2019 MLT GLC35E**

VIN #: **WDC0G5EB0KF612051**
Color #: **WHITE**
Mileage In/Out #: **28006/28009**

Job # A                                                   **Labor Total:    No Charge**

## CUSTOMER STATES THAT CHECK ENGINE WARNING LIGHT ON AT DASH. PLEASE CHECK AND ADVISE

**Cause:** Ac compressor internal electrical fault.
**Correction(s):**

| | |
|---|---|
| 30MBZ-CEL  "CHECK ENGINE " WARNING LIGHT ON AT DASH | No Charge |
| Tech Number: 1252   Labor Type: W | |
| 830641   CHECK INDIVIDUAL PARTS OF CLIMATE CONTROL: ................... AS PER FAULT CODE | No Charge |
| Tech Number: 1252   Labor Type: W | |
| 540650   ON-BOARD POWER SUPPLY VOLTAGE MAINTAIN (WHEN CHECKING/ TESTING AND TROUBLESHOOTING) | No Charge |
| Tech Number: 350054   Labor Type: W | |
| 541011   PERFORM QUICK TEST | No Charge |
| Tech Number: 350054   Labor Type: W | |
| 837351   COMPRESSOR REMOVE/INSTALL (AFTER CHECK) ALL AIR CONDITIONERS | No Charge |
| Tech Number: 350054   Labor Type: W | |
| 837383   COMPRESSOR REPLACE (WITH COMPRESSOR REMOVED) ALL AIR CONDITIONERS | No Charge |
| Tech Number: 350054   Labor Type: W | |
| 831762   EXTRACT REFRIGERANT, CHECK FORLEAKS, REFILL (WHEN WORKING ONAIR CONDITIONING) | No Charge |
| Tech Number: 350054   Labor Type: W | |
| 831202   FLUSH AIR CONDITIONING (SYSTEMDRAINED) | No Charge |
| Tech Number: 350054   Labor Type: W | |
| 836513   REMOVE/INSTALL EXPANSION VALVE, REPLACE IF NECESSARY (SYSTEM DRAINED) | No Charge |
| Tech Number: 350054   Labor Type: W | |
| 611086   LOWER ENGINE COMPARTMENT PANELING FRONT AND CENTER PARTS REMOVE/INSTALL | No Charge |
| Tech Number: 350054   Labor Type: W | |
| 836623   REPLACE RECEIVER DRIERS OF ALLAIR CONDITIONING SYSTEMS (SYSTEM DRAINED) | No Charge |
| Tech Number: 350054   Labor Type: W | |
| 831784   REPLACE FRONT EVAPORATOR SHUTOFF VALVE | No Charge |
| Tech Number: 350054   Labor Type: W | |



**Mercedes-Benz of Arcadia**
101 N. Santa Anita Avenue
Arcadia, California, 91006, US
Phone: 6264623000
www.rusnakarcadia.com/

| | |
|---|---|
| Repair Order #: | **839537** |
| Tag #: | **TO073** |
| Advisor: | **David Cho** |
| Advisor No. #: | **350052** |
| Order Open Date: | **2022-03-30** |

541014   PERFORM POWER DISCONNECT/ INITIAL STARTUP FOR
HIGH- VOLTAGE ON-BOARD ELECTRICAL SYSTEM (AFTER QUICK TEST)
Tech Number: 1252   Labor Type: W

No Charge

**Parts Total:     No Charge**

| Part Number | Part Description | Qty | List |
|---|---|---|---|
| 000-830-32-04 | EXCHANGE REFRIGERANT COMPRESSOR | 1 | |
| 023-997-63-45-64 | PROFILE SEALING RING | 2 | |
| 023-997-65-45-64 | PROFILE SEALING RING | 4 | |
| 023-997-62-45-64 | SECTIONAL SEALING RING | 4 | |
| 099-830-01-00 | EXPANSION VALVE | 1 | |
| 205-830-15-03 | DS EXPANSION VALVE | 1 | |
| Q-4-83-0192 | REFRIGERANT 30LD CYLINDER | 3 | |
| 222-830-18-01 | EXPANSION VALVE | 1 | |
| 205-830-02-06-28 | SHUTOFF VALVE | 1 | |
| 099-835-00-00 | REFRIGERANT DRIER | 1 | |
| 000-989-06-06-11 | REFRIGERANT MACHINE OIL | 1 | |

**Misc Total:     No Charge**

| **Job # A Total** | **$ 0.00** |
|---|---|

Job # B                                          **Labor Total:     No Charge**

**CUSTOMER STATES THAT THE AC IS BLOWING HOT AIR. PLEASE CHECK AND ADVISE**
Cause:
Correction(s):
   A   SEE LINE A                                   No Charge
 Tech Number: 350054   Labor Type: I

| Part Number | Part Description | Qty | List |
|---|---|---|---|
| | | | |

**Parts Total:     No Charge**

**Misc Total:     No Charge**



**Mercedes-Benz of Arcadia**
101 N. Santa Anita Avenue
Arcadia, California, 91006, US
Phone: 6264623000
www.rusnakarcadia.com/

| | |
|---|---|
| Repair Order #: | **839537** |
| Tag #: | **TO073** |
| Advisor: | **David Cho** |
| Advisor No. #: | **350052** |
| Order Open Date: | **2022-03-30** |

| **Job # B Total** | **$ 0.00** |
|---|---|

Job # C                                              **Labor Total:    No Charge**

**INSPECT TIRES, FOUND MODERATE WEAR.**
**Cause:**
**Correction(s):**
   TIREY   INSPECT TIRES, FOUND MODERATE WEAR.                    No Charge
   Tech Number: 350054   Labor Type: I

| Part Number | Part Description | Qty | List | **Parts Total:** | **No Charge** |
|---|---|---|---|---|---|
| | | | | **Misc Total:** | **No Charge** |

| **Job # C Total** | **$ 0.00** |
|---|---|

Job # D                                              **Labor Total:    No Charge**

**PLEASE CHECK TIRE PRESSURES. INFLATE TO FACTORY RECOMMENDED**
**SPECIFICATIONS AND DOCUMENT AS NECESSARY AS PER CALIFORNIA AIR RESOURCES**
**BOARD (CARB) REQUIREMENTS.**
**Cause:**
**Correction(s):**
   INF   PLEASE CHECK TIRE PRESSURES. INFLATE TO FACTORY          No Charge
   RECOMMENDED SPECIFICATIONS AND DOCUMENT AS NECESSARY AS
   PER CALIFORNIA AIR RESOURCES BOARD (CARB) REQUIREMENTS.
   Tech Number: 350054   Labor Type: I

| Part Number | Part Description | Qty | List | **Parts Total:** | **No Charge** |
|---|---|---|---|---|---|
| | | | | **Misc Total:** | **No Charge** |

| **Job # D Total** | **$ 0.00** |
|---|---|



**Mercedes-Benz of Arcadia**
101 N. Santa Anita Avenue
Arcadia, California, 91006, US
Phone: 6264623000
www.rusnakarcadia.com/

| | |
|---|---|
| Repair Order #: | **839537** |
| Tag #: | **TO073** |
| Advisor: | **David Cho** |
| Advisor No. #: | **350052** |
| Order Open Date: | **2022-03-30** |

Job # E                                          **Labor Total:    No Charge**

**PERFORM MULTI-POINT INSPECTION**
**Cause:**
**Correction(s):**
   VIS   PERFORM MULTI-POINT INSPECTION                    No Charge
   Tech Number: 350054   Labor Type: I

| Part Number | Part Description | Qty | List | | |
|---|---|---|---|---|---|
| | | | | **Parts Total:** | **No Charge** |
| | | | | **Misc Total:** | **No Charge** |

| **Job # E Total** | **$ 0.00** |
|---|---|

Job # F                                          **Labor Total:    No Charge**

**RUSNAK IS LOANING YOU A VEHICLE WHILE YOUR CAR IS IN FOR SERVICE. YOU ARE REQUIRED TO RETURN THE VEHICLE AS SOON AS YOUR VEHICLE IS READY.**
**Cause:**
**Correction(s):**
   ILOAN   RUSNAK IS LOANING YOU A VEHICLE WHILE YOUR CAR IS IN      No Charge
   FOR SERVICE. YOU ARE REQUIRED TO RETURN THE VEHICLE AS SOON
   AS YOUR VEHICLE IS READY.
   Tech Number: 350054   Labor Type: I

| Part Number | Part Description | Qty | List | | |
|---|---|---|---|---|---|
| | | | | **Parts Total:** | **No Charge** |
| | | | | **Misc Total:** | **No Charge** |

| **Job # F Total** | **$ 0.00** |
|---|---|

RO Comments

--CATCH ALL A/C WARM AIR,CHECK ENGINE



**Mercedes-Benz of Arcadia**
101 N. Santa Anita Avenue
Arcadia, California, 91006, US
Phone: 6264623000
www.rusnakarcadia.com/

| | |
|---|---|
| Repair Order #: | **839537** |
| Tag #: | **TO073** |
| Advisor: | **David Cho** |
| Advisor No. #: | **350052** |
| Order Open Date: | **2022-03-30** |

## Amount Totals

| | |
|---|---|
| Total Labor: | **$ 0.00** |
| Total Parts: | **$ 0.00** |
| Miscellaneous + Discounts: | **$ 0.00** |
| Sales Tax: | **$ 0.00** |
| Shop Supplies: | **$ 0.00** |

| **Customer Total:** | **$ 0.00** |
|---|---|

## Terms and Acceptance

Customer acknowledges approval of work described in this Repair Order Summary. Any Warranties on the product sold herein are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

Please look for a survey on your service experience. The manufactures survey will be sent to you by email. If you are not sure if your current email address is on file please check with your service advisor.

We're working hard to make customers for life!

✗ _SJAZTAN_

Audit Trail

| | |
|---|---|
| **DOCUMENT ID** | 50f05a5f-0213-4712-9b2f-7ecca1ca8d97.pdf |
| **STATUS** | SIGNED |

## Document History

| | | |
|---|---|---|
| **CREATED** | 17:43:13 Mar-31-2022 PDT | signature request with id [5101073] created using apikey [MGJIZWEwYmNIOWlwN2RkNjVkZWE1YmU0] from IP [10.0.24.36]. associated document id is [5101075]. |
| **VIEWED** | 18:33:40 Mar-31-2022 PDT | view document request received for signature request with id [5101073] with document id [5101075] from IP address [10.0.23.36] |
| **SIGNED** | 18:35:28 Mar-31-2022 PDT | document with id [5101075] associated with signature request with id [5101073] signed by IP [10.0.24.36] |

1
2
3
4
5
6
7
8
9
10
11
12    **EXHIBIT D**
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# THE MARGARIAN LAW FIRM

462 West Colorado Street | Glendale, CA 91204
Main 818.553.1000 | Fax 818.553.1005

June 9, 2022

## VIA CERTIFIED U.S. MAIL, USPS Tracking # 7020 1810 0000 5996 2365

Mercedes-Benz USA, LLC
Customer Assistance Center
1 Mercedes-Benz Dr.
Sandy Springs, GA 30328

| | |
|---|---|
| *Re:* | *Evazyan Rita v. Mercedes-Benz USA, LLC* |
| *Vehicle:* | *2019 Mercedes GLC350E4* |
| *VIN:* | *WDC0G5EB0KF612051* |
| *Our File No.:* | *LL220505-2546* |

Dear Sir or Madam:

Pursuant to California Civil Code 1793.22(b) (3), please be advised that this office represents the above-named individual regarding claims against your company pursuant to the California Song-Beverly Consumer Warranty Act ("Lemon Law") and the Federal Magnuson-Moss Warranty Act with regard to the above-referenced vehicle. Please direct all future contacts and correspondences to our office as such.

**Having been formally notified of our representation, you are instructed not to contact our client under any circumstances. Direct all inquiries to this office. If you fail to act in conformity with this directive, injunctive relief will be sought against you.**

**Pursuant to California Civil Code 1794 (d) and/or 15 U.S.C. 2310(d), you are hereby notified that any settlement made with our client requires payment of our attorneys' fees. If you settle directly with our client and do not make arrangements for payment of our attorneys' fees, we will file suit against you. In addition, you are hereby notified of our attorneys' lien.**

There are numerous defects and non-conformities present in my client's automobile for which relief is sought, and numerous attempts to repair the vehicle have been unsuccessful. These defects and non-conformities include, but are not limited to:

1

# THE MARGARIAN LAW FIRM

462 West Colorado Street | Glendale, CA 91204
Main 818.553.1000 | Fax 818.553.1005

1.  Defective engine – over six (6) failed repair attempts;
2.  Defective thermostat – over six (6) failed repair attempts;
3.  Defective motor mount – over six (6) failed repair attempts;
4.  Defective engine cover– over six (6) failed repair attempts;
5.  Defective lower engine paneling – over six (6) failed repair attempts;
6.  Defective cooling system – over six (6) failed repair attempts;
7.  Defective charge air cooler – over six (6) failed repair attempts;
8.  Defective engine coolant temperature sensor – over six (6) failed repair attempts;
9.  Defective thermostat – over six (6) failed repair attempts;
10. Defective intake manifold – over six (6) failed repair attempts;
11. Defective expansion valve at evaporator – over six (6) failed repair attempts;
12. Defective expansion valve at hybrid heat exchanger – over six (6) failed repair attempts;
13. Defective shut off valve – over six (6) failed repair attempts;
14. Defective compressor – over six (6) failed repair attempts;
15. Defective dryer – over six (6) failed repair attempts;
16. Defective seals – over six (6) failed repair attempts;
17. Defective air conditioning system – over three (3) failed repair attempts;
18. Defective radio – over one (1) failed repair attempts;
19. Defective automatic air condition control unit software – over one (1) failed repair attempts;
20. Any additional complaints made by my client, whether or not they are contained in your company's records or on any repair orders.

The defects and non-conformities listed above constitute a substantial impairment of the use, value and safety of the subject vehicle. As you can see in your records, my client has been most accommodating with respect to the constant and continuing problems with the subject vehicle. Despite nine (9) failed repair attempts, the subject vehicle remains defective. Moreover, the subject vehicle has been at the dealership undergoing repairs in excess of thirty-four (34) days. As such the subject vehicle qualifies for a statutory repurchase under the presumption clause of the Song-Beverly Warranty Act. Therefore, there has been a failure and refusal to conform the subject vehicle to its expressed and implied warranties under the law. Because of these defects and non-conformities, my client has justifiably lost confidence in the vehicle and has limited use of the vehicle. When my client acquired the vehicle, my client did not expect to receive a defective vehicle that would endanger her life.

Therefore, you are hereby notified that my client is revoking acceptance of this vehicle. My client has directed me to demand the cancellation of the contracts and the return of all funds paid towards this vehicle, including any trade-in value given, all collateral charges, finance charges and incidental and consequential damages, plus civil penalties. The subject vehicle clearly met the definition of a "lemon" under the Song-Beverly Consumer Warranty Act. Mercedes-Benz USA, LLC (MBUSA) was obligated to offer a statutory repurchase/refund. MBUSA's failure to do so constitutes willful breach of the warranty terms and entitles our client to a recover of civil penalties twice in the amount of the original contracted sum.

2



# THE MARGARIAN LAW FIRM

462 West Colorado Street | Glendale, CA 91204
Main 818.553.1000 | Fax 818.553.1005

Our attorneys' fees are minimal at this stage and we would prefer to resolve this matter without the need for any more time spent on our part or on the part of your attorneys. Accordingly, if you wish to resolve this matter amicably, please feel free to contact my office. If the matter has not been resolved within thirty (30) days from the date of this letter, a lawsuit will be filed.

Failure to offer a remedy within the herein noted deadline or a unilateral request for or statement of self-granted extension of time for pre-litigation evaluation shall not be acceptable and shall be deemed a refusal to offer a timely remedy under the Song-Beverly Act. The only acceptable remedy shall be either an unequivocal offer to provide a statutory refund plus fees or an offer to provide a statutory refund plus fees upon confirmation of the history of listed non-conformities, within the herein stated deadline.

Very truly yours,

Hovanes Margarian
Attorney at Law

3

# VOLUNTARY EFFICIENT LITIGATION STIPULATIONS



**Superior Court of California
County of Los Angeles**



**Los Angeles County
Bar Association
Litigation Section**

**Los Angeles County
Bar Association Labor and
Employment Law Section**



**Consumer Attorneys
Association of Los Angeles**



**Southern California
Defense Counsel**



**Association of
Business Trial Lawyers**



**California Employment
Lawyers Association**

The Early Organizational Meeting Stipulation, Discovery Resolution Stipulation, and Motions in Limine Stipulation are voluntary stipulations entered into by the parties.  The parties may enter into one, two, or all three of the stipulations; however, they may not alter the stipulations as written, because the Court wants to ensure uniformity of application. These stipulations are meant to encourage cooperation between the parties and to assist in resolving issues in a manner that promotes economic case resolution and judicial efficiency.

*The following organizations endorse the goal of promoting efficiency in litigation and ask that counsel consider using these stipulations as a voluntary way to promote communications and procedures among counsel and with the court to fairly resolve issues in their cases.*

◆**Los Angeles County Bar Association Litigation Section**◆

◆ **Los Angeles County Bar Association
Labor and Employment Law Section**◆

◆**Consumer Attorneys Association of Los Angeles**◆

◆**Southern California Defense Counsel**◆

◆**Association of Business Trial Lawyers**◆

◆**California Employment Lawyers Association**◆

LACIV 230 (NEW)

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| TELEPHONE NO.:                          FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| **STIPULATION – EARLY ORGANIZATIONAL MEETING** | CASE NUMBER: |
|---|---|

**This stipulation is intended to encourage cooperation among the parties at an early stage in the litigation and to assist the parties in efficient case resolution.**

**The parties agree that:**

1. The parties commit to conduct an initial conference (in-person or via teleconference or via videoconference) within 15 days from the date this stipulation is signed, *to discuss and consider whether there can be agreement on the following*:

    a. Are motions to challenge the pleadings necessary? If the issue can be resolved by amendment as of right, or if the Court would allow leave to amend, could an amended complaint resolve most or all of the issues a demurrer might otherwise raise? If so, the parties agree to work through pleading issues so that a demurrer need only raise issues they cannot resolve. Is the issue that the defendant seeks to raise amenable to resolution on demurrer, or would some other type of motion be preferable? Could a voluntary targeted exchange of documents or information by any party cure an uncertainty in the pleadings?

    b. Initial mutual exchanges of documents at the "core" of the litigation. (For example, in an employment case, the employment records, personnel file and documents relating to the conduct in question could be considered "core." In a personal injury case, an incident or police report, medical records, and repair or maintenance records could be considered "core.");

    c. Exchange of names and contact information of witnesses;

    d. Any insurance agreement that may be available to satisfy part or all of a judgment, or to indemnify or reimburse for payments made to satisfy a judgment;

    e. Exchange of any other information that might be helpful to facilitate understanding, handling, or resolution of the case in a manner that preserves objections or privileges by agreement;

    f. Controlling issues of law that, if resolved early, will promote efficiency and economy in other phases of the case. Also, when and how such issues can be presented to the Court;

    g. Whether or when the case should be scheduled with a settlement officer, what discovery or court ruling on legal issues is reasonably required to make settlement discussions meaningful, and whether the parties wish to use a sitting judge or a private mediator or other options as

**STIPULATION – EARLY ORGANIZATIONAL MEETING**

| SHORT TITLE | CASE NUMBER: |
|---|---|
| | |

discussed in the "Alternative Dispute Resolution (ADR) Information Package" served with the complaint;

h. Computation of damages, including documents, not privileged or protected from disclosure, on which such computation is based;

i. Whether the case is suitable for the Expedited Jury Trial procedures (see information at *www.lacourt.org* under "*Civil*" and then under "*General Information*").

2. The time for a defending party to respond to a complaint or cross-complaint will be extended to _____ for the complaint, and _____ for the cross-
   (INSERT DATE)                                              (INSERT DATE)
   complaint, which is comprised of the 30 days to respond under Government Code § 68616(b), and the 30 days permitted by Code of Civil Procedure section 1054(a), good cause having been found by the Civil Supervising Judge due to the case management benefits provided by this Stipulation. A copy of the General Order can be found at *www.lacourt.org* under "*Civil*", click on "*General Information*", then click on "*Voluntary Efficient Litigation Stipulations*".

3. The parties will prepare a joint report titled "Joint Status Report Pursuant to Initial Conference and Early Organizational Meeting Stipulation, and if desired, a proposed order summarizing results of their meet and confer and advising the Court of any way it may assist the parties' efficient conduct or resolution of the case. The parties shall attach the Joint Status Report to the Case Management Conference statement, and file the documents when the CMC statement is due.

4. References to "days" mean calendar days, unless otherwise noted. If the date for performing any act pursuant to this stipulation falls on a Saturday, Sunday or Court holiday, then the time for performing that act shall be extended to the next Court day

The following parties stipulate:

Date:

_____          ➢ _____
(TYPE OR PRINT NAME)                              (ATTORNEY FOR PLAINTIFF)

Date:

_____          ➢ _____
(TYPE OR PRINT NAME)                              (ATTORNEY FOR DEFENDANT)

Date:

_____          ➢ _____
(TYPE OR PRINT NAME)                              (ATTORNEY FOR DEFENDANT)

Date:

_____          ➢ _____
(TYPE OR PRINT NAME)                              (ATTORNEY FOR DEFENDANT)

Date:

_____          ➢ _____
(TYPE OR PRINT NAME)                              (ATTORNEY FOR _____)

Date:

_____          ➢ _____
(TYPE OR PRINT NAME)                              (ATTORNEY FOR _____)

Date:

_____          ➢ _____
(TYPE OR PRINT NAME)                              (ATTORNEY FOR _____)

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| TELEPHONE NO.:         FAX NO. (Optional): E-MAIL ADDRESS (Optional): ATTORNEY FOR (Name): | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| **STIPULATION – DISCOVERY RESOLUTION** | CASE NUMBER: |
|---|---|

**This stipulation is intended to provide a fast and informal resolution of discovery issues through limited paperwork and an informal conference with the Court to aid in the resolution of the issues.**

**The parties agree that:**

1. Prior to the discovery cut-off in this action, no discovery motion shall be filed or heard unless the moving party first makes a written request for an Informal Discovery Conference pursuant to the terms of this stipulation.

2. At the Informal Discovery Conference the Court will consider the dispute presented by parties and determine whether it can be resolved informally. Nothing set forth herein will preclude a party from making a record at the conclusion of an Informal Discovery Conference, either orally or in writing.

3. Following a reasonable and good faith attempt at an informal resolution of each issue to be presented, a party may request an Informal Discovery Conference pursuant to the following procedures:

   a. The party requesting the Informal Discovery Conference will:

      i.   File a Request for Informal Discovery Conference with the clerk's office on the approved form (copy attached) and deliver a courtesy, conformed copy to the assigned department;

      ii.  Include a brief summary of the dispute and specify the relief requested; and

      iii. Serve the opposing party pursuant to any authorized or agreed method of service that ensures that the opposing party receives the Request for Informal Discovery Conference no later than the next court day following the filing.

   b. Any Answer to a Request for Informal Discovery Conference must:

      i.   Also be filed on the approved form (copy attached);

      ii.  Include a brief summary of why the requested relief should be denied;

| SHORT TITLE | CASE NUMBER: |
|---|---|
| | |

iii.   Be filed within two (2) court days of receipt of the Request; and

iv.   Be served on the opposing party pursuant to any authorized or agreed upon method of service that ensures that the opposing party receives the Answer no later than the next court day following the filing.

c.   No other pleadings, including but not limited to exhibits, declarations, or attachments, will be accepted.

d.   If the Court has not granted or denied the Request for Informal Discovery Conference within ten (10) days following the filing of the Request, then it shall be deemed to have been denied.  If the Court acts on the Request, the parties will be notified whether the Request for Informal Discovery Conference has been granted or denied and, if granted, the date and time of the Informal Discovery Conference, which must be within twenty (20) days of the filing of the Request for Informal Discovery Conference.

e.   If the conference is not held within twenty (20) days of the filing of the Request for Informal Discovery Conference, unless extended by agreement of the parties and the Court, then the Request for the Informal Discovery Conference shall be deemed to have been denied at that time.

4.   If (a) the Court has denied a conference or (b) one of the time deadlines above has expired without the Court having acted or (c) the Informal Discovery Conference is concluded without resolving the dispute, then a party may file a discovery motion to address unresolved issues.

5.   The parties hereby further agree that the time for making a motion to compel or other discovery motion is tolled from the date of filing of the Request for Informal Discovery Conference until (a) the request is denied or deemed denied or (b) twenty (20) days after the filing of the Request for Informal Discovery Conference, whichever is earlier, unless extended by Order of the Court.

It is the understanding and intent of the parties that this stipulation shall, for each discovery dispute to which it applies, constitute a writing memorializing a "specific later date to which the propounding [or demanding or requesting] party and the responding party have agreed in writing," within the meaning of Code Civil Procedure sections 2030.300(c), 2031.320(c), and 2033.290(c).

6.   Nothing herein will preclude any party from applying *ex parte* for appropriate relief, including an order shortening time for a motion to be heard concerning discovery.

7.   Any party may terminate this stipulation by giving twenty-one (21) days notice of intent to terminate the stipulation.

8.   References to "days" mean calendar days, unless otherwise noted.  If the date for performing any act pursuant to this stipulation falls on a Saturday, Sunday or Court holiday, then the time for performing that act shall be extended to the next Court day.

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

## The following parties stipulate:

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

➢  _____
(ATTORNEY FOR PLAINTIFF)

➢  _____
(ATTORNEY FOR DEFENDANT)

➢  _____
(ATTORNEY FOR DEFENDANT)

➢  _____
(ATTORNEY FOR DEFENDANT)

➢  _____
(ATTORNEY FOR _____)

➢  _____
(ATTORNEY FOR _____)

➢  _____
(ATTORNEY FOR _____)

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| TELEPHONE NO.:<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | FAX NO. (Optional): | |

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| **INFORMAL DISCOVERY CONFERENCE**<br>(pursuant to the Discovery Resolution Stipulation of the parties) | CASE NUMBER: |
|---|---|

1. This document relates to:

   ☐ Request for Informal Discovery Conference
   ☐ Answer to Request for Informal Discovery Conference

2. Deadline for Court to decide on Request: _____ (insert date 10 calendar days following filing of the Request).

3. Deadline for Court to hold Informal Discovery Conference: _____ (insert date 20 calendar days following filing of the Request).

4. **For a Request for Informal Discovery Conference, <u>briefly</u> describe the nature of the discovery dispute, including the facts and legal arguments at issue. For an Answer to Request for Informal Discovery Conference, <u>briefly</u> describe why the Court should deny the requested discovery, including the facts and legal arguments at issue.**

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| TELEPHONE NO.:                    FAX NO. (Optional): E-MAIL ADDRESS (Optional): ATTORNEY FOR (Name): | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| **STIPULATION AND ORDER – MOTIONS IN LIMINE** | CASE NUMBER: |
|---|---|

**This stipulation is intended to provide fast and informal resolution of evidentiary issues through diligent efforts to define and discuss such issues and limit paperwork.**

**The parties agree that:**

1. At least _____ days before the final status conference, each party will provide all other parties with a list containing a one paragraph explanation of each proposed motion in limine. Each one paragraph explanation must identify the substance of a single proposed motion in limine and the grounds for the proposed motion.

2. The parties thereafter will meet and confer, either in person or via teleconference or videoconference, concerning all proposed motions in limine. In that meet and confer, the parties will determine:

   a. Whether the parties can stipulate to any of the proposed motions. If the parties so stipulate, they may file a stipulation and proposed order with the Court.

   b. Whether any of the proposed motions can be briefed and submitted by means of a short joint statement of issues. For each motion which can be addressed by a short joint statement of issues, a short joint statement of issues must be filed with the Court 10 days prior to the final status conference. Each side's portion of the short joint statement of issues may not exceed three pages. The parties will meet and confer to agree on a date and manner for exchanging the parties' respective portions of the short joint statement of issues and the process for filing the short joint statement of issues.

3. All proposed motions in limine that are not either the subject of a stipulation or briefed via a short joint statement of issues will be briefed and filed in accordance with the California Rules of Court and the Los Angeles Superior Court Rules.

| SHORT TITLE | CASE NUMBER |
|---|---|
| | |

**The following parties stipulate:**

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

➢ _____
(ATTORNEY FOR PLAINTIFF)

➢ _____
(ATTORNEY FOR DEFENDANT)

➢ _____
(ATTORNEY FOR DEFENDANT)

➢ _____
(ATTORNEY FOR DEFENDANT)

➢ _____
(ATTORNEY FOR _____ )

➢ _____
(ATTORNEY FOR _____ )

➢ _____
(ATTORNEY FOR _____ )

## THE COURT SO ORDERS.

Date: _____

_____
JUDICIAL OFFICER

ctronically FILED by Superior Court of California, County of Los Angeles on 07/21/2022 11:58 AM Sherri R. Carter, Executive Officer/Clerk of Court, by J. Hernandez, Deputy Clerk

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

| | FOR COURT USE ONLY<br>(SOLO PARA USO DE LA CORTE) |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company;
and DOES 1 through 30, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

RITA EVAZYAN, an individual

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* LOS ANGELES SUPERIOR COURT<br>North Central Judicial District, Glendale Courthouse<br>600 East Broadway, Glendale, CA 91206 | CASE NUMBER:<br>*(Número del Caso):*<br>22GDCV00438 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Hovanes Margarian, Esq., 462 West Colorado Street, Glendale, CA 91204, Tel: (818) 553-1000

| DATE: 07/21/2022<br>*(Fecha)* | Clerk, by<br>*(Secretario)* | Sherri R. Carter Executive Officer / Clerk of Court<br>J. Hernandez | , Deputy<br>*(Adjunto)* |
|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*



[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

    under: ☐ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)
             ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
             ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
             ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Electronically FILED by Superior Court of California, County of Los Angeles on 07/21/2022 10:08 PM Sherri R. Carter, Executive Officer/Clerk of Court, by J. Hernandez, Deputy Clerk

1  Hovanes Margarian, SBN 246359
   hovanes@margarianlaw.com
2  Armen Margarian, SBN 313775
   armen@margarianlaw.com
3  Shushanik Margarian, SBN 318617
   shushanik@margarianlaw.com
4  THE MARGARIAN LAW FIRM
   462 West Colorado Street
5  Glendale, California 91204
   Telephone Number: (818) 553-1000
6  Facsimile Number: (818) 553-1005

7  Attorneys for Plaintiff
   RITA EVAZYAN

8

9             **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

10        **THE COUNTY OF LOS ANGELES, NORTH CENTRAL DISTRICT**

11

12  RITA EVAZYAN, an individual,          Case No.:   22GDCV00438

13          Plaintiff,
                                          **PLAINTIFF'S STATEMENT OF**
14  vs.                                   **DAMAGES**

15  MERCEDES-BENZ USA, LLC, a Delaware
    Limited Liability Company; and DOES 1 through
16  30, inclusive,

17          Defendants.

18

19

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                    -1-

NOW COMES Plaintiff RITA EVAZYAN, an individual, by and through Plaintiff's attorneys of record, The Margarian Law Firm, with Plaintiff's Statement of Damages against Defendants MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company; and DOES 1 through 30, inclusive, alleges and affirmatively states as follows:

## DAMAGES

1. Actual Damages:
   a. Cost of lease pursuant to the Motor Vehicle Lease Agreement, Twenty-Three Thousand Thirty-Nine Dollars and No Cents ($23,039.00);
   b. Cost of purchase pursuant to the Retail Installment Sale Contract, Forty-Four Thousand Six Hundred Nine Dollars and Forty-Six Cents ($44,609.46).
2. Civil penalties pursuant to Magnuson-Moss Warranty Act, UCC, and California Code:
   a. Twice the actual damages, hence One Hundred Thirty-Five Thousand Two Hundred Ninety-Six Dollars and Ninety-Two Cents ($135,296.92).
3. Attorneys' fees:
   a. At an hourly rate of $750.00.
4. Costs:

| | |
|---|---|
| Filing Fees | $439.20 |
| e-Filing Fees | $25.83 |
| Service of Process Fees | $40.00 |
| Sub-Total | $505.03 |

Grand total of Two Hundred Three Thousand Four Hundred Fifty Dollars and Forty-One Cents ($203,450.41) plus Attorneys' fees to date at time of settlement or judgment. The proposed form of judgment is an immediate cash payment of the aforementioned sums. This Statement of Damages is subject to amendment.

DATED: 07/21/2022

THE MARGARIAN LAW FIRM
462 West Colorado Street
Glendale, California 91204

By /s/ Hovanes Margarian
Hovanes Margarian
Attorney for Plaintiff
RITA EVAZYAN

## Superior Court of California, County of Los Angeles

---

# ALTERNATIVE DISPUTE RESOLUTION (ADR)
# INFORMATION PACKAGE

**THE PLAINTIFF MUST SERVE THIS ADR INFORMATION PACKAGE ON EACH PARTY WITH THE COMPLAINT.**

**CROSS-COMPLAINANTS** must serve this ADR Information Package on any new parties named to the action with the cross-complaint.

---

### What is ADR?
ADR helps people find solutions to their legal disputes without going to trial. The main types of ADR are negotiation, mediation, arbitration, and settlement conferences. When ADR is done by phone, videoconference or computer, it may be called Online Dispute Resolution (ODR). These alternatives to litigation and trial are described below.

### Advantages of ADR
- **Saves Time:** ADR is faster than going to trial.
- **Saves Money:** Parties can save on court costs, attorney's fees, and witness fees.
- **Keeps Control** (with the parties): Parties choose their ADR process and provider for voluntary ADR.
- **Reduces Stress/Protects Privacy:** ADR is done outside the courtroom, in private offices, by phone or online.

### Disadvantages of ADR
- **Costs:** If the parties do not resolve their dispute, they may have to pay for ADR, litigation, and trial.
- **No Public Trial:** ADR does not provide a public trial or a decision by a judge or jury.

### Main Types of ADR

1. **Negotiation**: Parties often talk with each other in person, or by phone or online about resolving their case with a settlement agreement instead of a trial. If the parties have lawyers, they will negotiate for their clients.

2. **Mediation**: In mediation, a neutral mediator listens to each person's concerns, helps them evaluate the strengths and weaknesses of their case, and works with them to try to create a settlement agreement that is acceptable to all.  Mediators do not decide the outcome. Parties may go to trial if they decide not to settle.

   **Mediation may be appropriate when the parties**
   - want to work out a solution but need help from a neutral person.
   - have communication problems or strong emotions that interfere with resolution.

   **Mediation may not be appropriate when the parties**
   - want a public trial and want a judge or jury to decide the outcome.
   - lack equal bargaining power or have a history of physical/emotional abuse.

## How to Arrange Mediation in Los Angeles County

Mediation for **civil cases** is voluntary and parties may select any mediator they wish. Options include:

a. **The Civil Mediation Vendor Resource List**
If all parties in an active civil case agree to mediation, they may contact these organizations to request a "Resource List Mediation" for mediation at reduced cost or no cost (for selected cases).

- **ADR Services, Inc.** Case Manager Elizabeth Sanchez, elizabeth@adrservices.com (949) 863-9800
- **JAMS, Inc.** Reggie Joseph, RJoseph@jamsadr.com (310) 309-6209
- **Mediation Center of Los Angeles** Program Manager info@mediationLA.org (833) 476-9145

**These organizations cannot accept every case and they may decline cases at their discretion.** They may offer online mediation by videoconference for cases they accept. Before contacting these organizations, review important information and FAQs at www.lacourt.org/ADR.Res.List

**NOTE: The Civil Mediation Vendor Resource List program does not accept family law, probate or small claims cases.**

b. **Los Angeles County Dispute Resolution Programs**
https://hrc.lacounty.gov/wp-content/uploads/2020/05/DRP-Fact-Sheet-23October19-Current-as-of-October-2019-1.pdf

Day of trial mediation programs have been paused until further notice.

**Online Dispute Resolution (ODR).** Parties in small claims and unlawful detainer (eviction) cases should carefully review the Notice and other information they may receive about (ODR) requirements for their case.

c. Mediators and ADR and Bar organizations that provide mediation may be found on the internet.

3. **Arbitration**: Arbitration is less formal than trial, but like trial, the parties present evidence and arguments to the person who decides the outcome. In "binding" arbitration, the arbitrator's decision is final; there is no right to trial. In "nonbinding" arbitration, any party can request a trial after the arbitrator's decision. For more information about arbitration, visit http://www.courts.ca.gov/programs-adr.htm

4. **Mandatory Settlement Conferences (MSC)**: MSCs are ordered by the Court and are often held close to the trial date or on the day of trial. The parties and their attorneys meet with a judge or settlement officer who does not make a decision but who instead assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. For information about the Court's MSC programs for civil cases, visit http://www.lacourt.org/division/civil/C10047.aspx

Los Angeles Superior Court ADR website: http://www.lacourt.org/division/civil/C10109.aspx
For general information and videos about ADR, visit http://www.courts.ca.gov/programs-adr.htm

Electronically FILED by Superior Court of California, County of Los Angeles on 07/21/2022 12:05 PM Sherri R. Carter, Executive Officer/Clerk of Court, by J. Hernandez, Deputy Clerk

Case 2:22-cv-06032-JLS-MRW   Document 1-1   Filed 08/24/22   Page 108 of 115   Page ID #:117

**CM-010**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>HOVANES MARGARIAN ESQ., SBN 246359<br>THE MARGARIAN LAW FIRM<br>462 WEST COLORADO STREET<br>GLENDALE, CALIFORNIA 91204<br>TELEPHONE NO.: (818) 553-1000     FAX NO.: (818) 553-1005<br>ATTORNEY FOR *(Name):* RITA EVAZYAN, an individual | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 600 East Broadway, Glendale, CA 91206
MAILING ADDRESS: 600 East Broadway, Glendale, CA 91206
CITY AND ZIP CODE: Glendale, CA 91206
BRANCH NAME: North Central Judicial District, Glendale Courthouse

CASE NAME:
RITA EVAZYAN v. MERCEDES-BENZ USA, LLC, et al.

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| ☑ Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | ☐ Limited<br>(Amount<br>demanded is<br>$25,000 or less) | ☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | 22GDCV00438 |
| | | | | JUDGE: |
| | | | | DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☑ Other contract (37)
**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☑ is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary   b. ☑ nonmonetary; declaratory or injunctive relief   c. ☐ punitive
4. Number of causes of action *(specify):* NINE (9)
5. This case ☐ is ☑ is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 07/21/2022

Hovanes Margarian, Esq.
_____
(TYPE OR PRINT NAME)

▶ /s/ Hovanes Margarian
_____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute
**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

**CIVIL CASE COVER SHEET**

| SHORT TITLE:  RITA EVAZYAN v. MERCEDES-BENZ USA, LLC, et al. | CASE NUMBER  22GDCV00438 |
|---|---|

# CIVIL CASE COVER SHEET ADDENDUM AND
## STATEMENT OF LOCATION
### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

| **This form is required pursuant to Local Rule 2.3 in all new civil case filings in the Los Angeles Superior Court.** |
|---|

**Step 1:** After completing the Civil Case Cover Sheet (Judicial Council form CM-010), find the exact case type in Column A that corresponds to the case type indicated in the Civil Case Cover Sheet.

**Step 2:** In Column B, check the box for the type of action that best describes the nature of the case.

**Step 3:** In Column C, circle the number which explains the reason for the court filing location you have chosen.

| **Applicable Reasons for Choosing Court Filing Location (Column C)** |
|---|

1. Class actions must be filed in the Stanley Mosk Courthouse, Central District.
2. Permissive filing in central district.
3. Location where cause of action arose.
4. Mandatory personal injury filing in North District.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.

7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office.
11. Mandatory filing location (Hub Cases – unlawful detainer, limited non-collection, limited collection, or personal injury).

| | **A**  Civil Case Cover Sheet Category No. | **B**  Type of Action  (Check only one) | **C**  Applicable Reasons -  See Step 3 Above |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1, 4, 11 |
| | Uninsured Motorist (46) | ☐ A7110  Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1, 4, 11 |
| **Other Personal Injury/Property Damage/Wrongful Death Tort** | Asbestos (04) | ☐ A6070  Asbestos Property Damage | 1, 11 |
| | | ☐ A7221  Asbestos - Personal Injury/Wrongful Death | 1, 11 |
| | Product Liability (24) | ☐ A7260  Product Liability (not asbestos or toxic/environmental) | 1, 4, 11 |
| | Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons | 1, 4, 11 |
| | | ☐ A7240  Other Professional Health Care Malpractice | 1, 4, 11 |
| | Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250  Premises Liability (e.g., slip and fall) | 1, 4, 11 |
| | | ☐ A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1, 4, 11 |
| | | ☐ A7270  Intentional Infliction of Emotional Distress | 1, 4, 11 |
| | | ☐ A7220  Other Personal Injury/Property Damage/Wrongful Death | 1, 4, 11 |

LACIV 109 (Rev 2/16)  
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM  
AND STATEMENT OF LOCATION**

Local Rule 2.3  
Page 1 of 4

| SHORT TITLE: | CASE NUMBER |
|---|---|
| RITA EVAZYAN v. MERCEDES-BENZ USA, LLC, et al. | 22GDCV00438 |

| | **A**<br>Civil Case Cover Sheet Category No. | **B**<br>Type of Action<br>(Check only one) | **C** Applicable<br>Reasons - See Step 3<br>Above |
|---|---|---|---|
| **Non-Personal Injury/ Property Damage/ Wrongful Death Tort** | Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1, 2, 3 |
| | Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1, 2, 3 |
| | Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1, 2, 3 |
| | Fraud (16) | ☐ A6013  Fraud (no contract) | 1, 2, 3 |
| | Professional Negligence (25) | ☐ A6017  Legal Malpractice | 1, 2, 3 |
| | | ☐ A6050  Other Professional Malpractice (not medical or legal) | 1, 2, 3 |
| | Other (35) | ☐ A6025  Other Non-Personal Injury/Property Damage tort | 1, 2, 3 |
| **Employment** | Wrongful Termination (36) | ☐ A6037  Wrongful Termination | 1, 2, 3 |
| | Other Employment (15) | ☐ A6024  Other Employment Complaint Case | 1, 2, 3 |
| | | ☐ A6109  Labor Commissioner Appeals | 10 |
| **Contract** | Breach of Contract/ Warranty (06)<br>(not insurance) | ☐ A6004  Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2, 5 |
| | | ☐ A6008  Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2, 5 |
| | | ☐ A6019  Negligent Breach of Contract/Warranty (no fraud) | 1, 2, 5 |
| | | ☐ A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 1, 2, 5 |
| | Collections (09) | ☐ A6002  Collections Case-Seller Plaintiff | 5, 6, 11 |
| | | ☐ A6012  Other Promissory Note/Collections Case | 5, 11 |
| | | ☐ A6034  Collections Case-Purchased Debt (Charged Off Consumer Debt Purchased on or after January 1, 2014) | 5, 6, 11 |
| | Insurance Coverage (18) | ☐ A6015  Insurance Coverage (not complex) | 1, 2, 5, 8 |
| | Other Contract (37) | ☑ A6009  Contractual Fraud | 1, 2, 3, 5 |
| | | ☐ A6031  Tortious Interference | 1, 2, 3, 5 |
| | | ☐ A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1, 2, 3, 8, 9 |
| **Real Property** | Eminent Domain/Inverse Condemnation (14) | ☐ A7300  Eminent Domain/Condemnation     Number of parcels_____ | 2, 6 |
| | Wrongful Eviction (33) | ☐ A6023  Wrongful Eviction Case | 2, 6 |
| | Other Real Property (26) | ☐ A6018  Mortgage Foreclosure | 2, 6 |
| | | ☐ A6032  Quiet Title | 2, 6 |
| | | ☐ A6060  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2, 6 |
| **Unlawful Detainer** | Unlawful Detainer-Commercial (31) | ☐ A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer-Residential (32) | ☐ A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer-Post-Foreclosure (34) | ☐ A6020F Unlawful Detainer-Post-Foreclosure | 2, 6, 11 |
| | Unlawful Detainer-Drugs (38) | ☐ A6022  Unlawful Detainer-Drugs | 2, 6, 11 |

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

| SHORT TITLE: RITA EVAZYAN v. MERCEDES-BENZ USA, LLC, et al. | CASE NUMBER 22GDCV00438 |
| --- | --- |

| **A** Civil Case Cover Sheet Category No. | **B** Type of Action (Check only one) | **C** Applicable Reasons - See Step 3 Above |
| --- | --- | --- |
| **Judicial Review** | | |
| Asset Forfeiture (05) | ☐ A6108  Asset Forfeiture Case | 2, 3, 6 |
| Petition re Arbitration (11) | ☐ A6115  Petition to Compel/Confirm/Vacate Arbitration | 2, 5 |
| Writ of Mandate (02) | ☐ A6151  Writ - Administrative Mandamus | 2, 8 |
| | ☐ A6152  Writ - Mandamus on Limited Court Case Matter | 2 |
| | ☐ A6153  Writ - Other Limited Court Case Review | 2 |
| Other Judicial Review (39) | ☐ A6150  Other Writ /Judicial Review | 2, 8 |
| **Provisionally Complex Litigation** | | |
| Antitrust/Trade Regulation (03) | ☐ A6003  Antitrust/Trade Regulation | 1, 2, 8 |
| Construction Defect (10) | ☐ A6007  Construction Defect | 1, 2, 3 |
| Claims Involving Mass Tort (40) | ☐ A6006  Claims Involving Mass Tort | 1, 2, 8 |
| Securities Litigation (28) | ☐ A6035  Securities Litigation Case | 1, 2, 8 |
| Toxic Tort Environmental (30) | ☐ A6036  Toxic Tort/Environmental | 1, 2, 3, 8 |
| Insurance Coverage Claims from Complex Case (41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1, 2, 5, 8 |
| **Enforcement of Judgment** | | |
| Enforcement of Judgment (20) | ☐ A6141  Sister State Judgment | 2, 5, 11 |
| | ☐ A6160  Abstract of Judgment | 2, 6 |
| | ☐ A6107  Confession of Judgment (non-domestic relations) | 2, 9 |
| | ☐ A6140  Administrative Agency Award (not unpaid taxes) | 2, 8 |
| | ☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax | 2, 8 |
| | ☐ A6112  Other Enforcement of Judgment Case | 2, 8, 9 |
| **Miscellaneous Civil Complaints** | | |
| RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1, 2, 8 |
| Other Complaints (Not Specified Above) (42) | ☐ A6030  Declaratory Relief Only | 1, 2, 8 |
| | ☐ A6040  Injunctive Relief Only (not domestic/harassment) | 2, 8 |
| | ☐ A6011  Other Commercial Complaint Case (non-tort/non-complex) | 1, 2, 8 |
| | ☐ A6000  Other Civil Complaint (non-tort/non-complex) | 1, 2, 8 |
| **Miscellaneous Civil Petitions** | | |
| Partnership Corporation Governance (21) | ☐ A6113  Partnership and Corporate Governance Case | 2, 8 |
| Other Petitions (Not Specified Above) (43) | ☐ A6121  Civil Harassment | 2, 3, 9 |
| | ☐ A6123  Workplace Harassment | 2, 3, 9 |
| | ☐ A6124  Elder/Dependent Adult Abuse Case | 2, 3, 9 |
| | ☐ A6190  Election Contest | 2 |
| | ☐ A6110  Petition for Change of Name/Change of Gender | 2, 7 |
| | ☐ A6170  Petition for Relief from Late Claim Law | 2, 3, 8 |
| | ☐ A6100  Other Civil Petition | 2, 9 |

| SHORT TITLE: RITA EVAZYAN v. MERCEDES-BENZ USA, LLC, et al. | CASE NUMBER 22GDCV00438 |
|---|---|

**Step 4: Statement of Reason and Address**: Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected. Enter the address which is the basis for the filing location, including zip code. (No address required for class action cases).

| REASON: | ADDRESS: 700 S. Brand Boulevard |
|---|---|
| ☐ 1. ☐ 2. ☑ 3. ☐ 4. ☐ 5. ☐ 6. ☐ 7. ☐ 8. ☐ 9. ☐ 10. ☐ 11. | |

| CITY: Glendale | STATE: CA | ZIP CODE: 91204 | |
|---|---|---|---|

**Step 5: Certification of Assignment**: I certify that this case is properly filed in the ___North Central Judicial___ District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., §392 et seq., and Local Rule 2.3(a)(1)(E)].

Dated: 07/21/2022 _____      /s/ Hovanes Margarian _____
                                        (SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet, Judicial Council form CM-010.

4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 02/16).

5. Payment in full of the filing fee, unless there is court order for waiver, partial or scheduled payments.

6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

LACIV 109 (Rev 2/16)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.3
Page 4 of 4

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Glendale Courthouse<br>600 East Broadway, Glendale, CA 91206 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>07/21/2022<br><br>Sherri R. Carter, Executive Officer / Clerk of Court<br><br>By: _____ J. Hernandez _____ Deputy |
| **NOTICE OF CASE ASSIGNMENT**<br><br>**UNLIMITED CIVIL CASE** | |
| **Your case is assigned for all purposes to the judicial officer indicated below.** | CASE NUMBER:<br>22GDCV00438 |

### THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT

| | ASSIGNED JUDGE | DEPT | ROOM | | | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|---|---|---|
| ✔ | Ralph C. Hofer | D | | | | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record

on 07/22/2022
    (Date)

Sherri R. Carter, Executive Officer / Clerk of Court

By J. Hernandez _____ , Deputy Clerk

LACIV 190 (Rev 6/18)
LASC Approved 05/06

### NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE

## INSTRUCTIONS FOR HANDLING UNLIMITED CIVIL CASES

The following critical provisions of the California Rules of Court, Title 3, Division 7, as applicable in the Superior Court, are summarized for your assistance.

### APPLICATION
The Division 7 Rules were effective January 1, 2007.  They apply to all general civil cases.

### PRIORITY OVER OTHER RULES
The Division 7 Rules shall have priority over all other Local Rules to the extent the others are inconsistent.

### CHALLENGE TO ASSIGNED JUDGE
A challenge under Code of Civil Procedure Section 170.6 must be made within **15** days after notice of assignment for all purposes to a judge, or if a party has not yet appeared, within 15 days of the first appearance.

### TIME STANDARDS
Cases assigned to the Independent Calendaring Courts will be subject to processing under the following time standards:

### COMPLAINTS
All complaints shall be served within 60 days of filing and proof of service shall be filed within 90 days.

### CROSS-COMPLAINTS
Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed.  Cross-complaints shall be served within 30 days of the filing date and a proof of service filed within 60 days of the filing date.

### STATUS CONFERENCE
A status conference will be scheduled by the assigned Independent Calendar Judge no later than 270 days after the filing of the complaint.  Counsel must be fully prepared to discuss the following issues: alternative dispute resolution, bifurcation, settlement, trial date, and expert witnesses.

### FINAL STATUS CONFERENCE
The Court will require the parties to attend a final status conference not more than 10 days before the scheduled trial date.  All parties shall have motions in limine, bifurcation motions, statements of major evidentiary issues, dispositive motions, requested form jury instructions, special jury instructions, and special jury verdicts timely filed and served prior to the conference.  These matters may be heard and resolved at this conference.  At least five days before this conference, counsel must also have exchanged lists of exhibits and witnesses, and have submitted to the court a brief statement of the case to be read to the jury panel as required by Chapter Three of the Los Angeles Superior Court Rules.

### SANCTIONS
The court will impose appropriate sanctions for the failure or refusal to comply with Chapter Three Rules, orders made by the Court, and time standards or deadlines established by the Court or by the Chapter Three Rules.  Such sanctions may be on a party, or if appropriate, on counsel for a party.

**This is not a complete delineation of the Division 7 or Chapter Three Rules, and adherence only to the above provisions is therefore not a guarantee against the imposition of sanctions under Trial Court Delay Reduction.  Careful reading and compliance with the actual Chapter Rules is imperative.**

### Class Actions
Pursuant to Local Rule 2.3, all class actions shall be filed at the Stanley Mosk Courthouse and are randomly assigned to a complex judge at the designated complex courthouse.  If the case is found not to be a class action it will be returned to an Independent Calendar Courtroom for all purposes.

### *Provisionally Complex Cases
Cases filed as provisionally complex are initially assigned to the Supervising Judge of complex litigation for determination of complex status.  If the case is deemed to be complex within the meaning of California Rules of Court 3.400 et seq., it will be randomly assigned to a complex judge at the designated complex courthouse.  If the case is found not to be complex, it will be returned to an Independent Calendar Courtroom for all purposes.

**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**