| | |
|---|---|
| 1 | Hovanes Margarian (Bar No. 246359) |
| | hovanes@margarianlaw.com |
| 2 | THE MARGARIAN LAW FIRM |
| 3 | 462 West Colorado Street |
| | Glendale, California 91204 |
| 4 | Telephone Number: (818) 553-1000 |
| 5 | Facsimile Number: (818) 553-1005 |

Attorneys for Plaintiff
Rita Evazyan

Soheyl Tahsildoost (Bar No. 271294)
Donna Hooper (Bar. No. 206604)
THETA LAW FIRM, LLP
15901 Hawthorne Blvd., Ste. 270
Lawndale, CA 90260
Telephone: (424) 297-3103
Facsimile: (424) 286-2244
eservice@thetafirm.com

Attorneys for Defendant Mercedes-Benz USA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA EVAZYAN, an individual, | Case No.: 2:22-cv-06032-JLS-MRW |
| Plaintiff, | |
| vs. | **JOINT NOTICE OF SETTLEMENT** |
| MERCEDES-BENZ USA, LLC, A Delaware Limited Liability Company; and DOES 1 through 30, inclusive, | |
| Defendants. | Judge: Hon. Josephine L. Staton |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff, RITA EVAZYAN, and Defendant,

1

**JOINT NOTICE OF SETTLEMENT**

Case 2:22-cv-06032-JLS-MRW   Document 14   Filed 01/24/23   Page 2 of 2   Page ID #:169

MERCEDES-BENZ USA, LLC, (the "Parties"), jointly write to advise this Court that they have settled this matter by way of an accepted Rule 68 offer. However, the attorneys' fees, costs, expenses remain unsettled and Plaintiff intends to file a motion.

The Parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms is pending. Once all terms of the settlement are completed and payment is received by Plaintiff, including payment of attorneys' fees to be determined by agreement or motion, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.

DATED: January 24, 2023           THE MARGARIAN LAW FIRM


By:   /s/ Hovanes Margarian
      HOVANES MARGARIAN
      Attorneys for Plaintiff RITA EVAZYAN

DATED: January 24, 2023           THETA LAW FIRM, LLP


By:   _____
      DONNA HOOPER
      SOHEYL TAHSILDOOST
      Attorneys for Defendant MERCEDES-BENZ USA, LLC

2
**JOINT NOTICE OF SETTLEMENT**