1  Hovanes Margarian, SBN 246359
   hovanes@margarianlaw.com
2  Armen Margarian, SBN 313775
   armen@margarianlaw.com
3  Shushanik Margarian, SBN 318617
   shushanik@margarianlaw.com
4  THE MARGARIAN LAW FIRM
   462 West Colorado Street
5  Glendale, California 91204
   Telephone Number: (818) 553-1000
6  Facsimile Number: (818) 553-1005

7  Attorneys for Plaintiff
   RITA EVAZYAN

8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11

12  RITA EVAZYAN, an individual,              Case No.: 2:22-cv-06032-JLS (MRWx)

13            Plaintiff,                      *District Judge: Josephine L. Staton*
                                              *Magistrate Judge: Michael R. Wilner*
14  vs.
                                             **DECLARATION OF HOVANES**
15  MERCEDES-BENZ USA, LLC, a               **MARGARIAN IN RESPONSE TO**
    Delaware Limited Liability Company; and **ORDER TO SHOW CAUSE RE LACK**
16  DOES 1 through 30, inclusive,           **OF PROSECUTION: PROOF OF**
                                             **SERVICE**
17            Defendants.
                                             Complaint Filed: July 21, 2022
18                                           Removal Date: August 24, 2022

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

---

DECLARATION OF HOVANES MARGARIAN IN RESPONSE TO ORDER TO SHOW CAUSE RE
LACK OF PROSECUTION: PROOF OF SERVICE

## DECLARATION OF HOVANES MARGARIAN

I, Hovanes Margarian, hereby declare as follows:

1. I am an attorney at law, licensed to practice in all courts in the State of California. I am the counsel of record for Plaintiff RITA EVAZYAN, an individual ("Plaintiff"). I have personal knowledge of the facts stated in this declaration and if called upon as a witness, I could and would competently testify thereto.

2. The underlying dispute in this matter is an automobile lemon law action that arose in connection with Plaintiff's lease of the new 2019 Mercedes Light Truck bearing the Vehicle Identification Number WDC0G5EB0KF612051 ("Vehicle") manufactured by Defendant MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company ("Defendant") (collectively with Plaintiff referred to as the "Parties")

3. On July 21, 2022, Plaintiff filed her Complaint for Damages ("Complaint") against Defendant alleging Fraud and Deceit; Breach of Written Warranty Pursuant to the Magnuson-Moss Warranty Act; Breach of Implied Warranty Pursuant to the Magnuson-Moss Warranty Act; Breach of Written Warranty Pursuant to the Song-Berverly Consumer Warranty Act; Breach of Implied Warranty Pursuant to the Song-Berverly Consumer Warranty Act; Violation of Business and Professions Code § 17200, *et seq*.; Violation of Business and Professions Code § 17500, *et seq*.; Negligence; and Strict Liability.

4. On July 25, 2022, Plaintiff served her Complaint on Defendant.

5. On August 24, 2022, Defendant removed this action from the Superior Court of the State of California, County of Los Angeles, to the United States District Court for the Central District of California, pursuant to 28 U.S.C. §§ 1331, 1332, 1441(a), and 1446. (Dkt. 1.)

6. On August 29, 2022, the Parties stipulated to extend the Defendant's deadline to respond to the Complaint and set it for September 21, 2022. (Dkt. 8.)

7. On September 21, 2022, the Parties stipulated again to extend the Defendant's deadline to respond to the Complaint and set it for October 12, 2022. (Dkt. 9.)

8. On September 27, 2022, by the order of the Court, the Defendant's deadline to

respond to the Complaint was extended and set for October 12, 2022. (Dkt. 10.)

9.  On October 11, 2022, Defendant served on Plaintiff its Fed. R. Civ. Proc. Rule 68 Offer ("Offer").

10. On October 12, 2022, the Parties stipulated for the third time to extend the Defendant's deadline to respond to the Complaint and set it for October 26, 2022. (Dkt. 12.)

11. On October 24, 2022, I signed and prepared the Offer to be forwarded to Defendant for filing.

12. I realized recently that the email had not gone out to the Opposing Counsel and informed the Opposing Counsel about that.

13. The Parties are currently working on the settlement.

14. On January 24, 2023, Defendant filed the Joint Notice of Settlement to inform the Court about this process. (Dkt. 14)

15. I respectfully apologize to the Court for my error and not keeping it informed sooner.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: January 24, 2023              THE MARGARIAN LAW FIRM

                                     462 West Colorado Street
                                     Glendale, California 91204

                                     By */s/ Hovanes Margarian*
                                     Hovanes Margarian
                                     Attorney for Plaintiff
                                     RITA EVAZYAN

DECLARATION OF HOVANES MARGARIAN IN RESPONSE TO ORDER TO SHOW CAUSE RE
LACK OF PROSECUTION: PROOF OF SERVICE

**PROOF OF SERVICE**
*Rita Evazyan vs. Mercedes-Benz USA, LLC, et al.*
**United States Central District of California**
**District Court Case No.: 2:22-cv-06032-JLS (MRWx)**

I declare that I am employed by The Margarian Law Firm. I am over the age of eighteen years and not a party to the within cause; my business address is 462 West Colorado Street, Glendale, California 91204.

On the date set forth below, I served the foregoing document(s) described as:

**DECLARATION OF HOVANES MARGARIAN IN RESPONSE TO ORDER TO SHOW CAUSE RE LACK OF PROSECUTION: PROOF OF SERVICE**

On the parties in said cause:

| | |
|---|---|
| THETA LAW FIRM, LLP<br>15901 Hawthorne Boulevard, Suite 270<br>Lawndale, California 90260<br>Soheyl Tahsildoost (Bar No. 271294)<br>Donna Hooper (Bar No. 206604)<br><br>E-mail: st@thetafirm.com<br>    donna@thetafirm.com<br>    eservice@thetafirm.com | Telephone: (424) 297-3103<br>Facsimile: (424) 286-2244<br><br><br><br><br>*Attorneys for Defendant*<br>*MERCEDES-BENZ USA, LLC.* |

☒ (**BY E-FILE**) I caused such documents to be transmitted by e-file with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:
st@thetafirm.com; donna@thetafirm.com; eservice@thetafirm.com.

☒ (**FEDERAL**): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on January 24, 2023, at Los Angeles, California.

_____*/s/ Hovanes Margarian*_____
**Hovanes Margarian**

-4-

DECLARATION OF HOVANES MARGARIAN IN RESPONSE TO ORDER TO SHOW CAUSE RE LACK OF PROSECUTION: PROOF OF SERVICE