JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA EVAZYAN, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company; and DOES 1 through 30, inclusive,<br><br>    Defendants. | Case No.: 2:22-cv-06032-JLS (MRWx)<br><br>**JUDGMENT** |

On December 06, 2023, the Court issued its Order Granting in Part Plaintiff's Motion for Attorney's Fees, Costs, and Expenses (Dkt. 28) ("Order"). Pursuant to the Order, Plaintiff RITA EVAZYAN ("Plaintiff") is deemed the prevailing party and awarded $13,816.00 in attorneys' fees.

Any award of costs will be determined pursuant to Federal Rule of Civil Procedure 54 and Local Rules 54-2 through 54-6.

**IT IS SO ORDERED.**

DATED: December 21, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE